JS 44 (Rev. 3/99)    Case 2:04-cv-00085-DF   Document 1   Filed 03/04/2004   Page 1 of 6

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
DataTreasury Corporation

**DEFENDANTS** 2-04CV-85
Small Value Payments Company (SVPCo)

(b) County of Residence of First Listed Plaintiff: Melville, NY
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
see attached list

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury—Med. Malpractice | ☐ 620 Other Food & Drug |  | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury—Product Liability |  |  | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck |  | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights |  |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☒ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General |  | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |  |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property |  / ☐ 550 Civil Rights |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
|  | / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Title 35 U.S.C.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ monetary and/or injunctive relief
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions) JUDGE Folsom/Craven
DOCKET NUMBER 5:03CV-039
5:02CV-124
5:02CV-95
2:03CV-459

DATE: 3-2-04
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT
04 MAR -2 PM 3: 53
TX EASTERN-MARSHALL
BY_____

| | | |
|---|---|---|
| DATATREASURY CORP. | § | |
| *Plaintiff* | § | |
| VS. | § | CV No.: 2-04CV-85 |
| | § | JURY DEMAND |
| SMALL VALUE PAYMENTS | § | |
| COMPANY (SVPCo) | § | |
| *Defendant* | § | |
| | § | |

## COMPLAINT FOR PATENT INFRINGEMENT

### I. THE PARTIES

1. Plaintiff DataTreasury Corporation ("DataTreasury") is a Delaware corporation that maintains its principal place of business at 175 Pinelawn Drive, Melville, New York 11747.

2. Defendant Small Value Payments Company (SVPCo) is a Delaware Limited Liability Company that maintains its principal place of business at 100 Broad Street, New York, New York.

### II. JURISDICTION AND VENUE

3. This action arises under the patent laws of the United States, Title 35 of the United States Code. The Court's jurisdiction over this action is proper under the above statutes, including 35 U.S.C. § 271 et seq. and 28 U.S.C. § 1338.

4. Personal jurisdiction exists generally over SVPCo pursuant to 28 U.S.C. § 1391 because it has sufficient minimum contact with the forum as a result of business conducted within the State of Texas and within this district. Personal jurisdiction also exists specifically over SVPCo because of SVPCo's conduct in making, using, selling, offering to sell, and/or importing, directly, contributorily, and/or by inducement, infringing products and services within the State of Texas and within this district, in particular for JP Morgan Chase, an infringing Defendant in the United States District Court for the Eastern District of Texas.

5. Venue is proper in this Court under 28 U.S.C. §§1391(b), (c), and (d), as well as 28 U.S.C., § 1400(b).

### III. PATENT INFRINGMENT

6. DataTreasury is the owner as assignee of all rights, title and interest in and under United States Patent No. 5,910,988 ("the '988 patent"), which duly and legally issued on June 8, 1999, with Claudio Ballard as the named inventor, for an invention in a remote image capture with centralized processing and storage.

7. DataTreasury is the owner as assignee of all rights, title, and interest in and under United States Patent No. 6,032,137 ("the '137 patent"), which duly and legally issued on February 29, 2000, with Claudio Ballard as the named inventor, for an invention in a remote image capture with centralized processing and storage.

8. SVPCo has been and is infringing the '988 and '137 patents by making, using, selling, offering for sale, and/or importing in or into the United States, directly,

contributorily, and/or by inducement, without authority, products and services that fall within the scope of the claims of the '988 and '137 patents, including but not limited to electronic clearing and point-of-sale check-to-debit services. SVPCo will continue to infringe the '988 and '137 patents unless enjoined by this Court. DataTreasury is without an adequate remedy at law.

9. SVPCo has been and is actively inducing and/or contributing to the infringement of the '988 and '137 patents among themselves and by others.

10. SVPCo's infringement of the '988 and '137 patents has been and is willful.

11. This is an exceptional case within the meaning of 35 U.S.C. § 285.

## IV. JURY DEMAND

Plaintiffs request a trial by jury.

## V. PRAYER FOR RELIEF

DataTreasury respectfully requests the following relief:

A. That the Court declares that the '988 and '137 patents are valid and enforceable and that they are infringed by SVPCo.

B. That the Court enters a preliminary and thereafter a permanent injunction against SVPCo's direct infringement of the '988 and '137 patents;

C. That the Court enter a preliminary and thereafter a permanent injunction against SVPCo's active inducement of infringement and/or contributory infringement of the '988 and '137 patents among themselves and by others;

D. That the Court award damages to DataTreasury to which it is entitled for patent infringement;

E. That the Court award interest on the damages to DataTreasury;

F. That the Court treble all damages and interest for willful infringement

G. That the Court award to DataTreasury its costs and attorneys' fees incurred in this action; and

H. Such other and further relief as the Court deems just and proper.

Respectfully submitted,

Edward L. Hohn
Attorney-in-Charge
State Bar No. 09813240
Nix, Patterson & Roach, LLP
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333
903.645.4415 (facsimile)
edhohn@nixlawfirm.com

Rod A. Cooper
State Bar No. 90001628
The Cooper Law Firm
545 E. John Carpenter Freeway,
Suite 1460
Irving, Texas 75062
972.831.1188
972.692.5445
rcooper@cooperiplaw.com

Joe Kendall
State Bar No. 11260700
PROVOST * UMPHREY
3232 McKinney, Suite 700
Dallas, Texas 75204
214.744.3000
214.744.3015 (facsimile)
*jkendall@provostumphrey.com*

T. John Ward, Jr.
State Bar No. 00794818
LAW OFFICE OF T. JOHN WARD, JR., P.C.
P.O. Box 1231
Longview, Texas 75606-1231
903.757.6400 (telephone)
903.758.7397 (facsimile)
*jw@jwfirm.com*

Eric M. Albritton
State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606-2649
903.757.8449 (telephone)
903.758.7397 (facsimile)
*eric@albrittonlawfirm.com*

**ATTORNEYS FOR PLAINTIFF**