

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION



---------------------------------- x
DATATREASURY CORPORATION,      :
                               :
            Plaintiff,         :
                               :
       v.                      :    Case No. 2-04CV-85
                               :
SMALL VALUE PAYMENTS           :    **RULE 7.1 STATEMENT**
COMPANY,                       :
                               :
            Defendant.         :
---------------------------------- x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff The Small Value Payments Company ("SVPCo"), formerly a Delaware Limited Liability Company with its principal place of business in New York, New York, hereby certifies that on July 1, 2004, SVPCo, The Clearing House, Clearing House Interbank Payments Systems (CHIPS), Electronic Payments Network (EPN), Electronic Clearing Services (ECS), and National Check Exchange (NCE) merged into The Clearing House Payments Company. The Clearing House Payments Company is a Delaware Limited Liability Company with its principal place of business in New York.

SVPCo further certifies that no parent corporation or publicly held corporation owns (directly or indirectly) 10% or more stock in The Clearing House Payments Company.

Dated: New York, New York
August 30, 2004

*P.tw.M.*

Preston W. McGee
Flowers Davis, P.L.L.C.
1021 ESE Loop 232, Suite 200
Tyler, Texas 75701
(903) 534-8063
(903) 534-1650 Facsimile
pmcgee@tyler.net

Of Counsel:
James H. Carter
James T. Williams
Heather E. Abelson
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Lawrence F. Scinto
Ronald A. Clayton
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, New York 10112-3801
(212) 218-2254

*Attorneys for Defendant The Small Value Payments Company*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Rule 7.1 Certification of Defendant Small Value Payments Company has been served on all counsel of record on this the 30 day of August, 2004.

_____
Preston W. McGee