IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| DATATREASURY CORP., | § |  |
| Plaintiff, | § |  |
|  | § |  |
| vs. | § | No. 2:04cv85 |
|  | § | Hon. David J. Folsom |
| SMALL VALUE PAYMENTS | § |  |
| COMPANY | § |  |
| Defendant. | § |  |

(Plaintiff's Proposed) DOCKET CONTROL ORDER

Pursuant to the Court's authority under Federal Rules of Civil Procedure 16 and 26, it is hereby ORDERDED that the parties comply with the following docket control timetable:

| STEP | ACTION | RULE | DATE |
|---|---|---|---|
| 1 | Initial Case Management Conference | Patent L.R. 2-1 FRCP 26(f) | To be determined |
| 2 | Parties Exchange Initial Disclosures | FRCP 26(f) | 1/7/05 |
| 3 | Patentee serves Disclosure of Asserted Claims and Preliminary Infringement Contentions | Patent L.R. 3-1 | 1/14/05 |
| 4 | Patentee makes Document Production Accompanying Disclosure | Patent L. R. 3-2 | 1/14/05 |
| 5 | Case Management Statement | Patent L.R. 2-1 FRCP 26(f) | 1/7/05 |
| 6 | Accused Infringer serves Preliminary Invalidity Contentions | Patent L. R. 3-3 | 1/14/05 |
| 7 | Accused Infringer makes Document Production Accompanying Preliminary Initial Disclosures | Patent L.R. 3-4 | 1/14/05 |
| 8 | If necessary, Parties | Patent L. R. 4-1 (a) | 1/14/05 |

|  | | | |
|---|---|---|---|
|  | Exchange any Proposed Terms and Claim Elements for Construction not already before the Court | | |
| 9 | If necessary, Parties meet and confer to discuss list of Proposed Terms and Claim Elements for Construction not already before the Court | Patent L. R. 4-1 (b) | 1/14/05 |
| 10 | If necessary, Parties make Exchange of Preliminary Claim Constructions and Extrinsic Evidence not already before the Court | Patent L. R. 4-2 | 1/21/05 |
| 11 | If necessary, Parties meet and confer to discuss Preliminary Claim Constructions and Extrinsic Evidence not already before the Court | Patent L. R. 4-2 (c) | 1/28/05 |
| 12 | If necessary, Parties meet and confer to discuss Claim Construction Proceedings | | 2/4/05 |
| 12(a) | If necessary, Parties exchange Supplemental Preliminary Claim Construction | | 2/4/05 |
| 13 | Parties Jointly file joint Claim Construction and Prehearing Statement | Patent L. R. 4-3 | 2/11/05 |
| 14 | Completion of Claim Construction Discovery | Patent L. R. 4-4 | 2/18/05 |
| 15 | Patentee files Opening Claim Construction Brief on Claim Construction issues | | 2/25/05 |
| 16 | Accused Infringer files Responsive Claim Construction Brief on Claim Construction issues | | 3/4/05 |
| 17 | Patentee files Reply Brief on Claim Construction issues | | 3/11/05 |
| 18 | Hearing on Claim Construction issues | | 3/18/05 |
| 19 | Ruling on Claim Construction issues entered by the Court | | 5/9/05 |

| | | | |
|---|---|---|---|
| 20 | Patentee makes Final Infringement Contentions | Patent L.R. 3-6 (a) | 6/8/05 |
| 21 | Accused Infringer makes Final Invalidity Contentions | Patent L. R. 3-6 (b) | 6/28/05 |
| 22 | Accused Infringer makes Disclosure Relating to Willfulness | Patent L. R. 3-8 | 6/28/05 |
| 23 | File Summary Judgment Motions on Invalidity | Patent L. R. 5-2 | 4/8/05 |
| 24 | Completion of Unenforceability Discovery | Patent L. R. 6-5 | 4/22/05 |
| 25 | File Responsive Briefs to Summary Judgment Motions on Invalidity | Patent L.R. 5-2 | 4/25/05 |
| 26 | Accused Infringer makes Final Unenforceability Contentions | Patent L.R. 6-4 | 4/26/05 |
| 27 | File Reply Briefs Regarding Summary Judgment Motions on Invalidity | Patent L.R. 5-2 | 5/10/05 |
| 28 | File Summary Judgment Motions on Unenforceability | Patent L.R. 6-6 | 6/10/05 |
| 29 | File Responsive Briefs to Summary Judgment Motions on Unenforceability | Patent L.R. 6-6 | 6/24/05 |
| 30 | File Reply Briefs Regarding Summary Judgment Motions on Unenforceability | Patent L.R. 6-6 | 7/1/05 |
| 31 | Parties file Amended Pleadings | | 7/4/05 |
| 32 | Parties make Final Designations of all Expert Witnesses (except rebuttal witnesses) | | 7/4/05 |
| 33(a) | Parties Provide Expert Witness Reports | | 7/11/05 |
| 33(b) | Parties Provide Rebuttal Expert Witness Reports | | 7/25/05 |
| 34 | Completion of all Remaining Fact Discovery | | 8/8/05 |
| 35 | Completion of all Remaining Expert Discovery | | 8/22/05 |
| 36 | Patentee identifies Trial Witnesses | | 8/29/05 |

| 37 | Accused Infringer identifies Trial Witnesses | | 9/5/05 |
|---|---|---|---|
| 38 | Deadline for filing all Dispositive and *Daubert* Motions | | 9/12/05 |
| 39 | Deadline for filing Responses to Dispositive and *Daubert* Motions | | 9/19/05 |
| 40 | Parties to file Proposed Joint Final Pretrial Order that includes Proposed Jury Instructions, Joint Verdict Forms & Motions in *Limine* | | 9/26/05 |
| 41 | Final Pretrial Conference before Judge David Folsom | | 10/3/05 |
| 42 | Jury Selection | | To be determined. |

This Docket Control Order shall not be modified except by leave of Court or upon agreement of all parties.

SIGNED this _____day of _____, 2004,


_____
HON. DAVID J. FOLSOM
UNITED STATES DISTRICT JUDGE