# United States District Court
# Eastern District of Texas

DATATREASURY CORP

V.

SMALL VALUE PAYMENTS COMPANY

## CIVIL NOTICE

CASE NUMBER: 2:04-CV-85

_X_ TAKE NOTICE that a proceeding in this case has been set for the place, date, & time set forth below:

| PLACE | DATE & TIME |
|---|---|
| United States Post Office and Courthouse<br>500 N State Line<br>Texarkana, TX 75501 | Tuesday, January 11, 2005, at 10:30 am |

TYPE OF PROCEEDING:

## MANAGEMENT CONFERENCE

____ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE & TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE & TIME |
|---|---|---|
|  |  |  |

Honorable David Folsom
U.S. DISTRICT JUDGE

December 22, 2004
DATE

(by) Mel Martin, Courtoom Deputy

To:   PTY ATTYS OF RECORD
      COURT REPORTER
      COURT COORDINATOR
      CSO

dockets.Justia.com