# IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| **DATATREASURY CORPORATION** | § § § | |
| **V.** | § § | No. **2:03CV459** |
| **MAGTEK, INC., f/k/a MAG-TEK, INC.** | § § § | |

| | | |
|---|---|---|
| **DATATREASURY CORPORATION** | § § § | |
| **V.** | § § | No. **2:04CV85** |
| **SMALL VALUE PAYMENTS CO.** | § § | |

| | | |
|---|---|---|
| **DATATREASURY CORPORATION** | § § § | |
| **V.** | § § | No. **5:02CV95** |
| **INGENICO S.A.,** *d/b/a* **GROUPE INGENICO, and INGENICO, INC.** | § § § | |

| | | |
|---|---|---|
| **DATATREASURY CORPORATION** | § § § | |
| **V.** | § § § | No. **5:02CV124** |
| **J.P. MORGAN CHASE & CO., J.P. MORGAN CHASE BANK, AFFILIATED COMPUTER SERVICES, INC., and ACS IMAGE SOLUTIONS, INC.** | § § § § § | |

| | | |
|---|---|---|
| **DATATREASURY CORPORATION** | § § § | |
| **V.** | § § § | No. **5:03CV39** |
| **FIRST DATA CORPORATION, FIRST DATA MERCHANT SERVICES CORP., TELECHECK SERVICES, INC.** *d/b/a* **TELECHECK INTERNATIONAL, INC., and MICROBILT CORPORATION** | § § § § § § | |

**O R D E R**

Dockets.Justia.com

The court has scheduled a hearing at <u>10:00 A.M., Thursday, January 20, 2005</u> in Texarkana to hear objections to the Report and Recommendation of the United States Magistrate Judge, filed November 2, 2004, for cause nos. 5:02CV95 (Dkt. No. 155), 5:02CV124 (Dkt. No. 214), and 5:03CV39 (Dkt. No. 118). Each side shall have <u>thirty (30) minutes</u> for presentation.

The court has also rescheduled the management conferences for cause nos. 2:03CV459 and 2:03CV85, originally set for Tuesday, January 11, 2005, to follow the presentations.

**SIGNED this 5th day of January, 2005.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE