IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORP., § | |
| Plaintiff § | |
| § | No. 2:04CV85 |
| vs. § | Hon. David J. Folsom |
| § | |
| SMALL VALUE PAYMENTS § | |
| COMPANY § | |
| Defendant § | |

## AGREED MOTION FOR ENTRY OF
## AGREED CASE MANAGEMENT ORDER

Comes now DataTreasury Corporation and files this Agreed Motion for Entry of Agreed Case Management Order. A copy of the Agreed Case Management Order is attached hereto as Exhibit "A", and the parties request this Court to enter it of record.

Respectfully submitted,

_____
Ed Hohn
State Bar No. 09813240
D. Neil Smith
State Bar No. 00797450
**NIX PATTERSON & ROACH, L.L.P.**
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.4415 (facsimile)
edhohn@nixlawfirm.com
dnsmith@nixlawfirm.com

Rod A. Cooper
State Bar No. 90001628
**THE COOPER LAW FIRM**
545 E. John Carpenter Frwy. Ste. 1460
Irving, Texas 75062
972.831.1188 (telephone)
972.692.5445 (facsimile)
rcooper@cooperiplaw.com

Joe Kendall
State Bar No. 11260700
**PROVOST * UMPHREY, L.L.P.**
3232 McKinney, Ste. 700
Dallas, Texas 75204
214.774.3000 (telephone)
214.744.3015 (facsimile)
jkendall@provostumphrey.com

Eric Albritton
State Bar No. 00790215
**ALBRITTON LAW FIRM**
109 West Tyler Street
Longview, Texas 75601
903.757.8449 (telephone)
903.758.7397 (facsimile)
eric@albrittonlawfirm.com

Johnny Ward
State Bar No. 090794818
**THE LAW OFFICE OF T. JOHN WARD, JR.**
P.O. Box 1231
Longview, Texas 75601
903.757.6400 (telephone)
903.758.7397 (facsimile)
jw@jwfirm.com

ATTORNEYS FOR PLAINTIFF
DATATREASURY CORPORATION


/s/  Preston W. McGee
Preston W. McGee
State Bar No. 13620600
**FLOWERS & MCGEE, P.L.L.C.**
1021 ESE Loop 323, Ste. 200
Tyler, Texas 75701
903.534.8063 (telephone)
903.534.1650 (facsimile)
pmcgee@tyler.net

Of Counsel:
James H. Carter
James T. Williams
Heather E. Abelson
**SULLIVAN & CROMWELL, L.L.P.**
125 Broad Street
New York, NY  10004
212.558.4000 (telephone)
212.558.3588 (facsimile)

carterj@sullcrom.com
williamsj@sullcrom.com
abelsonh@sullcrom.com

Lawrence F. Scinto
Ronald A. Clayton
**FITZPATRICK CELLA HARPER & SCINTO**
30 Rockefeller Plaza
New York, NY  10112-3801
212.218.2100 (telephone)
212.218.2200 (facsimile)
lscinto@fchs.com
rclayton@fchs.com

ATTORNEYS FOR
THE CLEARING HOUSE PAYMENTS
COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Motion has been delivered to all counsel of record via e-mail on this 18th day of January, 2005.

_____
Moni King, Paralegal