FILED CLERK
U.S. DISTRICT COURT

05 JAN 19 PM 4:10

TEXAS-EASTERN

BY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORP., | § | |
| Plaintiff | § | No. 2:04cv85 |
| | § | Hon. David J. Folsom |
| vs. | § | |
| | § | |
| SMALL VALUE PAYMENTS | § | |
| COMPANY | § | |
| Defendant | § | |

## AGREED CASE MANAGEMENT ORDER

Pursuant to the Court's authority under Federal Rules of Civil Procedure 16 and 26, it is hereby ORDERED that the parties comply with the following docket control timetable:

| STEP | ACTION | SVPCo |
|---|---|---|
| 1 | Initial Case Management Conference | 1/20/05 |
| 2 | Parties Exchange Initial Disclosures | 1/28/05 |
| 3 | Patentee serves Disclosure of Asserted Claims and Preliminary Infringement Contentions | 3/18/05 |
| 4 | Patentee makes Document Production Accompanying Disclosure | 3/18/05 |
| 5 | Case Management Statement | 2/18/05 |
| 6 | Accused Infringer serves Preliminary Invalidity Contentions | 5/27/05 |
| 7 | Accused Infringer makes Document Production Accompanying Preliminary Initial Disclosures | 5/27/05 |
| 8 | If necessary, Parties Exchange any Proposed Terms and Claim Elements for Construction | 6/10/05 |
| 9 | If necessary, Parties meet and confer to discuss list of Proposed Terms and Claim Elements for Construction | 6/17/05 |

| 10 | If necessary, Parties make Exchange of Preliminary Claim Constructions and Extrinsic Evidence | 6/24/05 |
|---|---|---|
| 11 | If necessary, Parties meet and confer to discuss Preliminary Claim Constructions and Extrinsic Evidence | 7/1/05 |
| 12 | If necessary, Parties meet and confer to discuss Claim Construction Proceedings | 7/8/05 |
| 12(a) | If necessary, Parties exchange Supplemental Preliminary Claim Construction | 7/15/05 |
| 13 | Parties Jointly file joint Claim Construction and Prehearing Statement | 7/22/05 |
| 14 | Completion of Claim Construction Discovery | 8/19/05 |
| 15 | Opening Claim Construction Brief on Claim Construction issues | 9/2/05 |
| 16 | Responsive Claim Construction Brief on Claim Construction issues | 9/16/05 |
| 17 | Reply Brief on Claim Construction issues | 9/23/05 |
| 18 | Hearing on Claim Construction issues | To be determined. |
| 19 | Ruling on Claim Construction issues entered by the Court | To be determined. |
| 20 | Patentee makes Final Infringement Contentions | CCR + 4 wks |
| 21 | Accused Infringer makes Disclosure Relating to Willfulness | CCR + 4 wks |
| 22 | Parties file Amended Pleadings | CCR + 4 wks |
| 23 | Deadline for Third Party Joinder | CCR + 4 wks |
| 24 | Accused Infringer makes Final Invalidity Contentions | CCR + 8 wks |
| 25 | Completion of Unenforceability Discovery | CCR + 20 wks |
| 26 | Completion of all Remaining Fact Discovery | CCR + 20 wks |
| 27 | Accused Infringer makes Final Unenforceability Contentions | CCR + 24 wks |
| 28 | Parties make Final Designations of all Expert Witnesses (except rebuttal witnesses) | CCR + 24 wks |

| 29 | Parties Provide Expert Witness Reports | CCR + 24 wks |
|---|---|---|
| 30 | Parties Provide Rebuttal Expert Witness Reports | CCR + 28 wks |
| 31 | Completion of all Remaining Expert Discovery | CCR + 32 wks |
| 32 | File Summary Judgment Motions on Invalidity | CCR + 36 wks |
| 33 | File Summary Judgment Motions on Unenforceability | CCR + 36 wks |
| 34(a) | Deadline for filing all Dispositive and Daubert Motions | CCR + 36 wks |
| 34(b) | File Responsive Briefs to Summary Judgment Motions on Invalidity | CCR + 40 wks |
| 35 | File Responsive Briefs to Summary Judgment Motions on Unenforceability | CCR + 40 wks |
| 36 | Deadline for filing Responses to Dispositive and Daubert Motions | CCR + 40 wks |
| 37 | File Reply Briefs Regarding Summary Judgment Motions on Invalidity | CCR + 44 wks |
| 38 | File Reply Briefs Regarding Summary Judgment Motions on Unenforceability | CCR + 44 wks |
| 39 | Deadline for filing Replies to Dispositive and Daubert Motions | CCR + 44 wks |
| 40 | Patentee identifies Trial Witnesses | CCR + 45 wks |
|  | Accused Infringer identifies Trial Witness | CCR + 46 wks |
| 41 | Parties to file Proposed Joint Pretrial Order that includes Proposed Jury Instructions, Joint Verdict Forms & Motions in Limine | CCR + 48 wks |
| 42 | Final Pretrial Conference before Judge David Folsom | 10/3/06 |
| 43 | Jury Selection | To be determined |

This docket control order shall not be modified except by leave of Court or upon agreement of all parties.

SIGNED this _19th_ day of _____Jan._____, 2005.


_____
HON. DAVID J. FOLSOM
UNITED STATES DISTRICT JUDGE


_____
D. Neil Smith
Attorney for Plaintiff

_____
Preston McGee
Attorney for Defendant