Appendix K

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Marshall/~~Texarka~~ DIVISION
APPLICATION TO APPEAR PRO HAC VICE

1. Applicant's address: _Sullivan & Cromwell LLP, 125 Broad St., New York, NY 10004_
2. This application is being made for the following case: _DataTreasury Corp. v. SVP Corp_
representing the following party/ies: _SVP Corp_  _2:04cv85_
3. Applicant was admitted to practice in _New York_ (state) on _April 17, 1978_
(date of admission).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. There are no pending grievances or criminal matters pending against the applicant.
7. Applicant has been admitted to practice in the following courts: _SDNY, NDNY, DCT, Second, Third, Fifth, Federal Circuits, US Supreme Court_
8. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
9. Applicant has included the requisite $25 fee (see Local Rule AT-1(d).
10. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, _James H. Carter_ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this Court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

_Jan. 20, 2005_
Date

Signature: _James H. Carter_
Name (please print): _James H. Carter_
State Bar Number: _____
Firm Name: _Sullivan & Cromwell LLP_
Address: _125 Broad St., New York, NY 10004_
Telephone #: _212-558-3638_
Fax #: _212-558-4370_

Applicant is hereby authorized to enter an appearance as counsel for the party/parties listed above in the case(s) listed above. This application is hereby APPROVED for the court on this _20th_ day of _January_, 20_05_ (see Local Rule AT-1(d)).

DAVID J. MALAND, CLERK
EASTERN DISTRICT OF TEXAS

By _Mae Velvin_
Deputy Clerk

o\rules\phv form  Revised 12/16/02