IN THE UNITED STATES DISTRICT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § § | |
| VS. | § § § | Civil Action No.: 2:05cv290 |
| VIEWPOINTE ARCHIVE SEVICES, L.L.C | § | |

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § § | |
| VS. | § § § | Civil Action No. 2:05cv291 |
| WELLS FARGO & COMPANY; WELLS FARGO BANK, NATIONAL ASSOCIATION | § § § | |

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § § | |
| VS. | § § § | Civil Action No.: 2:05cv292 |
| BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION | § § § | |

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § § | |
| VS. | § § § | Civil Action No.: 2:05cv293 |
| WACHOVIA CORPORATION; WACHOVIA BANK NATIONAL ASSOCIATION | § § § | |

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § § | |
| VS. | § § § | Civil Action No.: 2:05cv294 |
| CITIGROUP, INC,: CITIBANK NATIONAL ASSOCIATION | § § § | |

| DATATREASURY CORPORATION | § | |
| --- | --- | --- |
| | § | |
| VS. | § | Civil Action No.: 2:03cv459 |
| | § | |
| MAGTEK, INC., f/k/a | § | |
| MAG-TEK, INC. | § | |

| DATATREASURY CORPORATION | § | |
| --- | --- | --- |
| | § | |
| VS. | § | Civil Action No.: 2:04cv85 |
| | § | |
| SMALL VALUE PAYMENTS COMPANY | § | |

| DATATREASURY CORPORATION | § | |
| --- | --- | --- |
| | § | |
| VS. | § | Civil Action No.: 2:05cv73 |
| | § | |
| NCR CORPORATION | § | |

## NOTICE OF APPEARANCE OF
## ROD COOPER

DataTreasury Corporation, Plaintiff in the above-entitled and numbered civil actions, files this Notice of Appearance of **Rod Cooper**, and hereby notifies the court and all parties of record that, in addition to the attorneys already representing it, **Rod Cooper, State Bar No 90001628, Cooper Law Firm, 545 E. John Carpenter Freeway, Ste. 1460, Irving, Texas 75062**, will be appearing as attorney of record on Plaintiff's behalf in the above-styled and numbered causes. Notice of this designation has been provided to all other parties, according to the Federal Rules of Civil Procedure.

Respectfully submitted,

2

Rod Cooper
545 E. John Carpenter Freeway
Irving, Texas 75062
972.831.1188; 972.692.5445 (fax)
rcooper@cooperiplaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served via facsimile, on this 21 day of July, 2004, upon the following:

**Counsel for CitiGroup:**
EDWIN DEYOUNG
ROY HARDIN
CARL SHERZ
**LOCKE LIDDELL & SAPP, L.L.P.**
2200 Ross Avenue, Ste. 2200
Dallas, Texas  75201

**Counsel for SVPCo**
PRESTON MCGEE
**FLOWERS & MCGEE, P.L.L.C.**
1021 ESE Loop 323, Ste. 200
Tyler, Texas  75701

**Counsel for Mag-Tek**
OTIS CARROLL
WESLEY HILL
**IRELAND CARROLL & KELLEY, P.C.**
6101 South Broadway Ave., Ste. 500
Tyler, Texas  75703

DAVID DILLARD
**CHRISTIE PARKER & HALE, L.L.P.**
350 W. Colorado Blvd., Ste. 500
Pasadena, California  91105

**Counsel for NCR:**
SCOTT PARTRIDGE
**BAKER BOTTS L.L.P.**

One Shell Plaza
910 Louisiana Street
Houston, TX  77002

HOWARD SPEIGHT
**BAKER BOTTS, L.L.P.**
One Shell Plaza
910 Louisiana Street
Houston, Texas  77002

**Counsel for DataTreasury**
ED HOHN
**NIX PATTERSON & ROACH**
205 Linda Drive
Daingerfield, Texas  75638

HON. JOE KENDALL
**PROVOST * UMPHREY**
3232 McKinney Ste. 700
Dallas, Texas  75204

ERIC ALBRITTON
**ERIC ALBRITTON P.C.**
PO. Box 2649
Longview, Texas  75606

JOHNNY WARD
P.O. Box 1231
Longview, Texas  75606

*Rod Cooper*

4