IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

DATATREASURY CORP., §
    Plaintiff §
 §
 § No. 2:04CV85
vs. § Hon. David J. Folsom
 §
SMALL VALUE PAYMENTS §
COMPANY §
    Defendant §

## JOINT AGREED MOTION FOR ENTRY OF
## AMENDED AGREED CASE MANAGEMENT ORDER

Come now DataTreasury Corporation and Small Value Payments Company (SVPCo) and file this Joint Agreed Motion for Entry of Amended Agreed Case Management Order. A copy of the Amended Agreed Case Management Order is attached hereto as Exhibit "A", and the parties request this Court to enter it of record.

Respectfully submitted,

Ed Hohn
State Bar No. 09813240
D. Neil Smith
State Bar No. 00797450
NIX PATTERSON & ROACH, L.L.P.
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.4415 (facsimile)
edhohn@nixlawfirm.com
dnsmith@nixlawfirm.com

Rod A. Cooper
State Bar No. 90001628
THE COOPER LAW FIRM
545 E. John Carpenter Frwy. Ste. 1460
Irving, Texas 75062
972.831.1188 (telephone)
972.692.5445 (facsimile)
rcooper@cooperiplaw.com

Joe Kendall
State Bar No. 11260700
**PROVOST \* UMPHREY, L.L.P.**
3232 McKinney, Ste. 700
Dallas, Texas 75204
214.774.3000 (telephone)
214.744.3015 (facsimile)
jkendall@provostumphrey.com

Eric Albritton
State Bar No. 00790215
**ALBRITTON LAW FIRM**
109 West Tyler Street
Longview, Texas 75601
903.757.8449 (telephone)
903.758.7397 (facsimile)
eric@albrittonlawfirm.com

Johnny Ward
State Bar No. 090794818
**THE LAW OFFICE OF T. JOHN WARD, JR.**
P.O. Box 1231
Longview, Texas 75601
903.757.6400 (telephone)
903.758.7397 (facsimile)
jw@jwfirm.com

ATTORNEYS FOR PLAINTIFF
DATATREASURY CORPORATION

*/s/ P.W.M.*

Preston W. McGee
State Bar No. 13620600
**FLOWERS & MCGEE, P.L.L.C.**
1021 ESE Loop 323, Ste. 200
Tyler, Texas 75701
903.534.8063 (telephone)
903.534.1650 (facsimile)
pmcgee@tyler.net

Of Counsel:
James H. Carter
James T. Williams
Heather E. Abelson
**SULLIVAN & CROMWELL, L.L.P.**
125 Broad Street
New York, NY 10004
212.558.4000 (telephone)
212.558.3588 (facsimile)

carterj@sullcrom.com
williamsj@sullcrom.com
abelsonh@sullcrom.com

Lawrence F. Scinto
Ronald A. Clayton
**FITZPATRICK CELLA HARPER & SCINTO**
30 Rockefeller Plaza
New York, NY 10112-3801
212.218.2100 (telephone)
212.218.2200 (facsimile)
lscinto@fchs.com
rclayton@fchs.com

ATTORNEYS FOR
THE CLEARING HOUSE PAYMENTS
COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and forgoing Motion has been delivered to all counsel of record via electronic delivery on this 20th day of July, 2005.

D. Neil Smith