UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | 2:04cv85 (DF) |
| | § | |
| SMALL VALUE PAYMENTS COMPANY | § | |
| Defendant | § | |

## JOINT AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER

COME NOW Plaintiff, DataTreasury Corporation, and Defendant, Small Value Payments Company, and file this Joint Agreed Motion for Entry of Protective Order. A proposed Protective Order is attached hereto as Exhibit A, and the parties request the Court to enter this Protective Order of record.

Respectfully submitted,

_____
Edward L. Hohn
State Bar No. 09813240
D. Neil Smith
State Bar No. 00797450
**NIX PATTERSON & ROACH, L.L.P.**
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.4415 (facsimile)
edhohn@nixlawfirm.com
dnsmith@nixlawfirm.com

Rod A. Cooper
State Bar No. 90001628
**THE COOPER LAW FIRM**
545 E. John Carpenter Frwy, Ste. 1460
Irving, Texas 75062
972.831.1188 (telephone)
972.692.5445 (facsimile)
rcooper@cooperiplaw.com

Anthony K. Bruster
State Bar No. 24036280
**NIX PATTERSON & ROACH, L.L.P.**
2900 St. Michael Drive, 5th Floor
Texarkana, Texas 75503
903.223.3999 (telephone)
903.223.8520 (facsimile)
akbruster@nixlawfirm.com

Joe Kendall
State Bar No. 11260700
Karl Rupp
State Bar No. 24035243
**PROVOST * UMPHREY**
3232 McKinney, Suite 700
Dallas, Texas 75204
214.744.3000 (telephone)
214.744.3015 (facsimile)
jkendall@provostumphrey.com
krupp@provostumphrey.com

Eric Albritton
State Bar No. 00790215
**ALBRITTON LAW FIRM**
109 W. Tyler
Longview, Texas 75601
903.757.8449 (telephone)
903.758.7397 (facsimile)
eric@emafirm.com

Johnny Ward
State Bar No. 00794818
**THE LAW OFFICE OF T. JOHN WARD, JR.**
P.O. Box 1231
Longview, Texas 75601
903.757.6400 (telephone)
903.758.7397 (facsimile)
jw@jwfirm.com

ATTORNEYS FOR
DATATREASURY CORPORATION


THE CLEARING HOUSE PAYMENTS
COMPANY, L.L.C.
(successor in interest to THE SMALL
VALUE PAYMENTS COMPANY)
By its Attorneys of Record:

Preston W. McGee
State Bar No. 13620600
**FLOWERS DAVIS, P.L.L.C.**
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701
903.534.8063 (telephone)
903.534.1650 (facsimile)
pmcgee@tyler.net

Of Counsel:

James H. Carter
James T. Williams
Heather Abelson
**SULLIVAN & CROMWELL, L.L.P.**
125 Broad Street
New York, New York 10004-2498
212.558.4000 (telephone)
212.558.3588 (facsimile)
carterj@sullcrom.com
williamsj@sullcrom.com
abelsonh@sullcrom.com

Lawrence F. Scinto
Ronald A. Clayton
Stephen E. Belisle
**FITZPATRICK CELLA HARPER & SCINTO**
30 Rockefellar Plaza
New York, New York 10112-3801
212.218.2100 (telephone)
212.218.2200 (facsimile)
lscinto@fchs.com
rclayton@fchs.com
sbelisle@fchs.com

## CERTIFICATE OF CONFERENCE

I certify I have spoken with Preston McGee, counsel for Small Value Payments Company, and he is not opposed to this Motion.

Signed this 24th day of August, 2005.

_____
D. Neil Smith

## CERTIFICATE OF CONFERENCE

I hereby certify that a copy of the above and foregoing document has been served on all counsel of record via electronic notification, on this 24th day of August, 2005.

_____
D. Neil Smith