UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORP. | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 2-04CV-85 |
| | § | |
| SMALL VALUE PAYMENTS COMPANY | § | Hon. David J. Folsom |
| (SVPCo) | § | |
| | § | |
| Defendant. | § | |
| | § | |

# DEFENDANT THE CLEARING HOUSE PAYMENTS COMPANY, LLC F/K/A SMALL VALUE PAYMENTS COMPANY'S NOTICE OF DISCLOSURE

NOW COMES Defendant The Clearing House Payments Company, LLC f/k/a Small Value Payments Company ("SVPCo"), and files this its Notice of Disclosure pursuant to Local Rule CV-26 (c), having timely served upon opposing counsel of record Defendant's Initial Disclosure pursuant to FRCP 26(a)(1).

1

Respectfully Submitted,

*[signature: P.t W.M.]*

Preston W. McGee
Texas State Bar No. 13620600
Flowers Davis, P.L.L.C.
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701
Tel: (903) 534-8063
Fax: (903) 534-1650
pmcgee@tyler.net

Of Counsel:
James H. Carter
James T. Williams
Heather E. Abelson
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel:  (212) 558-4000
Fax: (212) 558-3588
carterj@sullcrom.com
williamsj@sullcrom.com
abelsonh@sullcrom.com

Lawrence F. Scinto
Ronald A. Clayton
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, New York 10112-3801
Tel:  (212) 218-2100
Fax:  (212) 218-2200
lscinto@fchs.com
rclayton@fchs.com

*Attorneys for The Clearing House Payments Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on this the 30th day of August, 2005.

   X          Via ECF

| | |
|---|---|
| Ed Hohn<br>D. Neil Smith<br>Nix Patterson & Roach, L.L.P.<br>205 Linda Drive<br>Daingerfield, Texas 75638<br>edhohn@nixlawfirm.com<br>dnsmith@nixlawfirm.com | Rod A. Cooper<br>The Cooper Law Firm<br>545 E. John Carpenter Frwy. Ste. 1460<br>Irving, Texas 75062<br>rcooper@cooperiplaw.com |
| Joe Kendall<br>Provost Umphrey, L.L.P.<br>3232 McKinney, Ste. 700<br>Dallas, Texas 75204<br>ikendall@provostumphrey.com | Eric Albritton<br>Albritton Law Firm<br>109 West Tyler Street<br>Longview, Texas 75601<br>eric@albrittonlawfirm.com |
| Johnny Ward<br>The Law Office of T. John Ward, Jr.<br>P.O. Box 1231<br>Longview, Texas 75601<br>jw@jwfirm.com | |

_P T W.M._