UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

------------------------------ x
DATATREASURY CORP.                :
                                  :
          Plaintiff,              :
                                  :
     v.                           :   No. 2-04CV-85
                                  :
SMALL VALUE PAYMENTS COMPANY      :
                                  :
          Defendant.              :
                                  :
------------------------------ x

**ORDER**

Pending before this Court is Defendant Small Value Payments Company's Motion to Compel Amended Preliminary Infringement Contentions. The Court, having considered the arguments of counsel, finds the motion to be well taken and grants the motion as follows:

IT IS HEREBY ORDERED that Plaintiff DataTreasury Corp. must amend and supplement its Preliminary Infringement Contentions to comply fully with P.R. 3-1 by _____.

SIGNED this the ___ day of _____, 20___

_____