Datatreasury Corporation v. Small Value Payments Company Doc. 27 Att. 1

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DATATREASURY CORP., | § | |
| *Plaintiff* | § | CIVIL ACTION NO. |
| | § | 2:04-CV-85 |
| vs. | § | Hon. David J. Folsom |
| | § | |
| SMALL VALUE PAYMENTS | § | |
| COMPANY | § | |
| *Defendant* | § | |

**PLAINTIFF'S PRELIMINARY CLAIM CONSTRUCTION AND EXTRINSIC EVIDENCE**

Plaintiff DataTreasury Corp. ("DataTreasury") submits the following terms and claims construction and contends that those claims previously construed by the Court should be construed in the same manner. The additional term "Image" is included for construction with the proposed construction.

Further extrinsic evidence may be provided by Professor John Hiles of the United States Post Naval Graduate School.

Dockets.Justia.com

# COURT'S CLAIM CONSTRUCTION CHART
## U.S. PATENT NOS. 5,910,988 AND 6,032,137

| CLAIM 1 [illegible] OF THE '137 PATENT | [illegible] CONSTRUCTION | [illegible] |
|---|---|---|
| Remote | "at a physical separate locations; not near or immediate; distant." | As construed by the Court in its Markman Order |
| Subsystem | "an organization of computer components that comprises a functional unit that is part of a larger system." | As construed by the Court in its Markman Order |
| Data access subsystems | "a subsystem that provides for the input of transaction data into the overall system and provides that data to other parts of the overall system." | As construed by the Court in its Markman Order |
| Data collecting subsystem | "a subsystem that receives data from remote data access subsystems and transmits that data to a central data processing subsystem." | As construed by the Court in its Markman Order |
| Subsystem identification information | "the information that identifies the remote data subsystem or a subsystem that is a part of the remote data access subsystem." | As construed by the Court in its Markman Order |
| Data access controller | "a computer chip, circuit board, or a computer that interfaces between the imaging subsystem and the remainder of the overall claimed system, and controls the operation of the imaging subsystem." | As construed by the Court in its Markman Order |

| [illegible] | [illegible] | [illegible] |
| --- | --- | --- |
| Paper transaction data, transaction data, data | "information concerning a transaction reflected on a paper document, where the 'paper transaction data' includes and image of the paper document when it is transmitted from the remote data access subsystem.."<br><br>"When the term "transaction data" is used in the claims without an accompanying definite article (*e.g.*, "the" or "said"), it should be understood to encompass any type of transaction data and not be limited to "paper transaction data." "When the term is used with a definite article (*e.g.*, "the" or "said"), it should be understood to refer to the type or types of transaction data for which there is an antecedent in the claim."<br><br>"Therefore, the word 'data' must be understood from the context of the claims in which it appears." "…'data' means 'transaction data'." | As construed by the Court in its Markman Order |

| CLAIM 1 [illegible] CLAIM 47 OF THE '137 PATENT | [illegible] CONSTRUCTION | [illegible] |
| --- | --- | --- |
| Processing | "the performance of operations upon data and information upon data and information, in contrast to the processing overhead of the operating system and networks." | As construed by the Court in its Markman Order |
| Sending | "Sending electronically." | As construed by the Court in its Markman Order |
| "Transmission" and All of its Forms (including "transmit" and "transmitting"). | "Sending of data electronically." | As construed by the Court in its Markman Order |
| Verifying | "checking or testing the accuracy, exactness or authenticity of." | As construed by the Court in its Markman Order |
| Communication Network | "a connection of computer and/or devices to facilitate the transmission of data between the computer and/or devices . . ." | As construed by the Court in its Markman Order |

| CLAIM 1 (BOTH PATENTS); CLAIM [illegible] OF THE '137 PATENT | DATA TREASURY'S PROPOSED CONSTRUCTION | COMMENTS |
|---|---|---|
| Within and between said one or more data access subsystems and said at least one data processing subsystem. | "the communication network facilitates the transmission of transaction data within the one or more data access subsystems, and within the data processing subsystem, and it also facilitates the transmission of transaction data between the various subsystems." | As construed by the Court in its Markman Order |
| External Communication Network | "a communication network that is external to the remote locations, the central location and the intermediate location." | As construed by the Court in its Markman Order |
| Encrypt | "the transformation of data into a form unreadable by anyone without a secret decryption key. Its purpose is to ensure privacy by keeping the information hidden from anyone for whom it is not intended." | As construed by the Court in its Markman Order |
| | | |

| CLAIM 2 (BOTH PATENTS) | DATA TREASURY'S PROPOSED CONSTRUCTION | COMMENTS |
|---|---|---|
| scanner | "A hardware device that captures an optical image and converts it into an electronic format where the image is represented as binary data." | As construed by the Court in its Markman Order |

| CLAIM 8 (BOTH PATENTS) | DATA TREASURY'S PROPOSED CONSTRUCTION | COMMENTS |
|---|---|---|
| Server | A computer whose role in a network is to provide services and resources to users. | As construed by the Court in its Markman Order |

| CLAIM 9 (BOTH PATENTS) | DATATREASURY'S PROPOSED CONSTRUCTION | COMMENTS |
| --- | --- | --- |
| Polling | "the interrogation of devices one at a time for various purposes, such as avoiding contention, determining operational status, or determining readiness to send or receive data." | As construed by the Court in its Markman Order |
| A Domain Name Services Program for Dynamically Assigning One of Said at Least One Server to Receive Portions of the Transaction Data for Balancing the Transaction Data Among Said at Least One Server | "a program that dynamically resolves the host names of one or more servers into IP addresses, for balancing the transaction data among the one or more servers." | As construed by the Court in its Markman Order |

| CLAIM 14 (BOTH PATENTS) | DATATREASURY'S PROPOSED CONSTRUCTION | COMMENTS |
| --- | --- | --- |
| Predefined Template | "a predefined pattern used as a guide or reference." | As construed by the Court in its Markman Order |

| CLAIM 15 (BOTH PATENTS) | DATATREASURY'S PROPOSED CONSTRUCTION | COMMENTS |
| --- | --- | --- |
| Data Entry Gateway for Correcting Errors in the Panels of Stored Transaction Data. | "a device that is connected to a network and may be used by an operator to correct errors in panels of stored transaction data." | As construed by the Court in its Markman Order |

| CLAIM 25 (BOTH PATENTS) | DATATREASURY'S PROPOSED CONSTRUCTION | COMMENTS |
| --- | --- | --- |

| [illegible] | [illegible] | [illegible] |
| --- | --- | --- |
| Network Switch | "a data-link layer device that transfers frames between connected networks or between devices connected to a network.." | As construed by the Court in its Markman Order |

| [illegible] | [illegible] | [illegible] |
| --- | --- | --- |
| Image | An optically or electronically formed representative reproduction of an object, for example, an optical reproduction formed by a lens or mirror or an electroptical device such as a charge-coupled device (CCD), or other optical system. | Webster's Third New International Dictionary Attached as Exh. A. |
| Capturing an Image of the Paper Transaction Data | "capturing an image of [documents and receipts (in '988)] [check (in '137)]. | As construed by the Court in its Markman Order |
| Capturing an Image of Documents and Receipts and Extracting Data Therefrom | "the Court will not read a location into the 'capturing' step of claim **46**."<br><br>"The Court will construe this phrase to mean 'capturing an image of documents and receipts and extraction data from the image'." | As construed by the Court in its Markman Order |
| Managing the Capturing and Sending of the Transaction Data | "managing, by way of a computer, a controller, or other device, the operation of the device or devices that capture an image of the paper transaction data and send the captured image." | As construed by the Court in its Markman Order |

| CLAIM 26 (BOTH PATENTS) | DATATREASURY'S PROPOSED CONSTRUCTION | COMMENTS |
|---|---|---|
| A Central Location | "a location that is 'central' with respect to the 'remote locations'. Or, in other words, a 'remote location' is 'remote' from a 'central' location'. A 'central' location is distinguished from a 'remote' location, as the different modifiers in those phrases plainly suggest." | As construed by the Court in its Markman Order |

| CLAIM 36 (BOTH PATENTS) | DATATREASURY'S PROPOSED CONSTRUCTION | COMMENTS |
|---|---|---|
| Collecting and Sending the Electronic or Paper Transaction Data at Intermediate Locations | Valid | As construed by the Court in its Markman Order |
| Transmitting the Transaction Data Within the Intermediate Location | "The Court has previously defined the terms 'transmitting' and the phrase 'transaction data'. This phrase thus calls for transmitting the transaction data 'within the intermediate location'. The phrase means that the transaction data is transmitted inside the intermediate location." | As construed by the Court in its Markman Order |

| CLAIM 42 (1988 PATENT) | DATATREASURY'S PROPOSED CONSTRUCTION | COMMENTS |
|---|---|---|
| Preamble | "elements recited in claim 42 preamble have been previously defined." | As construed by the Court in its Markman Order |

| [illegible] | [illegible] | [illegible] |
| --- | --- | --- |
| At Least One First Local Area Network for Transmitting Data Within a Corresponding One of Said One or More Remote Subsystems | "each remote subsystem has associated with it a local area network (LAN) for transmitting transaction data between the components of that remote subsystem." | As construed by the Court in its Markman Order |

| CLAIM 45 ('988 PATENT) | DATATREASURY'S PROPOSED CONSTRUCTION | [illegible] COMMENT |
| --- | --- | --- |
| A system as in claim 44 wherein said at least one second local area network and said at least one third local area network further comprises and further wherein said data comprises (a) electronic transactions from credit cards, smart cards and debit cards, signature data or biometric data, or (b) paper transactions from documents and receipts. | Valid | As construed by the Court in its Markman Order |

| CLAIM 46 ('988 PATENT) | DATATREASURY'S PROPOSED CONSTRUCTION | [illegible] COMMENT |
| --- | --- | --- |
| Capturing an Image of Documents and Receipts and Extracting Data Therefrom | "Thus, the Court will not rad a location into the 'capturing' step of claim 46."<br><br>"capturing an image of documents and receipts and extracting data from the image." | As construed by the Court in its Markman Order |

| [illegible] | DATA TREASURY'S PROPOSED CONSTRUCTION | COMMENTS |
|---|---|---|
| Transmitting Data from Each Remote Location to Corresponding Intermediate Location | "The Court has previously defined the terms 'transmitting' and 'data', and those constructions will apply here. Thus, the Court will construe this phrase to mean 'transmitting data', as those terms have been previously construed, from remote location to the intermediate location that corresponds to or services that remote location." | As construed by the Court in its Markman Order |
| Transmitting Data from Each Intermediate Location to Corresponding Central Locations | "The Court has previously defined the terms 'transmitting' and 'data', and those constructions will apply here. Therefore, the Court will construe this phrase to mean 'transmitting data', as those terms have been previously defined, from intermediate location to the central location that corresponds to or services that intermediate location." | As construed by the Court in its Markman Order |

| CLAIM 49 ('988 PATENT) | DATA TREASURY'S PROPOSED CONSTRUCTION | COMMENTS |
|---|---|---|
| A method as in claim 48 wherein said transmitting data from each intermediate location to corresponding central locations step further comprises the steps of: packaging the transaction data into frames; and transmitting the frames through the external communication network. | Valid | As construed by the Court in its Markman Order |

| [illegible] | [illegible] | [illegible] |
|---|---|---|
| A method as in claim 46 wherein said data is obtained from (a) electronic transactions from credit cards, smart cards and debit cards, signature data or biometric data, or (b) paper transactions from documents and receipts. | Valid. | As construed by the Court in its Markman Order |

| [illegible] | [illegible] | [illegible] |
|---|---|---|
| Paper Transaction Data Including a Payer Bank's Routing Number, a Payer Bank's Routing Information, a Payer's Account Number, a Payer's Check, a Payer Bank's Draft, a Check Amount, a Payee Bank's Identification Number, a Payee Bank's Routing Information, and a Payee's Account Number | Portions previously construed. "the Court will not construe those various components." | As construed by the Court in its Markman Order |

| [illegible] | [illegible] | [illegible] |
|---|---|---|
| [Paper] Transaction Data Including a Payer Bank's Routing Number, a Payer Bank's Routing Information, a Payer's Account Number, a Payer's Check, a Payer Bank's Draft, a Check Amount, a Payee Bank's Identification Number, a Payee Bank's Routing Information, and a Payee's Account Number | "the Court will not construe those various components." | As construed by the Court in its Markman Order |

| [illegible] | [illegible] | [illegible] |
|---|---|---|
| With the Data Access Subsystem Providing Encrypted Subsystem Identification Information and Encrypted Paper Transaction Data to the Data Processing Subsystem | "the data access subsystem encrypts subsystem identification information and encrypts paper transaction data and provides the encrypted information and encrypted data for transmission to the data processing subsystem." | As construed by the Court in its Markman Order |

Respectfully submitted,



ROD COOPER
Texas Bar No. 90001628
**THE COOPER LAW FIRM**
545 E. John Carpenter Frwy., Suite 1460
Irving, Texas 75062
972.831.1188; Fax 972.692.5445

EDWARD L. HOHN
Texas Bar No. 09813240
ANTHONY K. BRUSTER
Texas Bar No. 24036280
D. NEIL SMITH
TEXAS BAR NO. 00797450
**NIX, PATTERSON & ROACH, L.L.P.**
205 Linda Drive
Daingerfield, TX 75638
903.645.7333; Fax 903.645.4415

JOE KENDALL
Texas Bar No. 11260700
**PROVOST * UMPHREY, L.L.P.**
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
214.774.3000: Fax 214.744.3015

ERIC ALBRITTON
Texas Bar No. 0079021
**ALBRITTON LAW FIRM**
109 West Tyler Street
Longview, Texas 75601
903.757.8449: Fax 903.758.6397

JOHNNY WARD
Texas Bar No. 00794818
**THE LAW OFFICE OF T. JOHN WARD, JR.**
P.O. 1231
Longview, Texas 75601
903-757-6400; Fax 903-758-7397

**ATTORNEYS FOR PLAINTIFF
DATA TREASURY CORPORATION**

**CERTIFICATE OF SERVICE**

A true and correct copy of the above and foregoing document has been served electronically on all counsel of record for NCR on this 3rd day of January, 2006:

Preston W. McGee
Flowers Davis, P.L.L.C.
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701

Of Counsel:
James H. Carter
James T. Williams
Jane Jaang
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004

Steve Belisle
Ronald A. Clayton
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, New York 10112-3801
*Attorneys for The Clearing House Payments Company*

Rod Cooper





**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language, unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove and the Merriam-Webster editorial staff.
p. cm.
ISBN 0-87779-201-1

1. English language—Dictionaries. I. Gove, Philip Babcock, 1902–1972. II. Merriam-Webster, Inc.
PE1625.W36 1993
423–dc20 93-10630
CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

5051 QP/H00

**il·y·si·idae** \,ilə'sīə,dē\ [NL, fr. *Ilysia*, genus of burrowing snakes (fr. Gk *ilys* mud + NL *-ia*) + *-idae*; akin to OSlav *ilŭ* mud] + *-idae*] *syn of* ANILIIDAE

**im-** — see IN

**im** *abbr* immature

**IM** *abbr* **1** imperial measure **2** inner marker **3** intramuscular

**¹im·age** \'imij, -mēj\ *n* -s [ME, fr. OF, short for *imagene*, fr. L *imagin-*, *imago*; akin to L *imitari* to imitate] **1** : a reproduction of a person or thing: as **a** : STATUE **b** (1) : DEVICE, EMBLEM (2) : a figure used as a talisman or amulet esp. in conjurations (as by sorcerers in casting spells) **c** (1) : PICTURE, PORTRAIT (2) : a sculptured or fabricated object of symbolic value : IDOL; *specif* : a holy picture (as an ikon) **2** : a thing actually or seemingly reproducing another: as **a** (1) : the optical counterpart of an object produced by a lens, mirror, or other optical system and being the geometric figure made up of the foci corresponding to the points of the object — see REAL IMAGE, VIRTUAL IMAGE (2) : an analogous phenomenon in some field other than optics ⟨an acoustic ~⟩ ⟨an electric ~⟩ **b** : any likeness of an object produced on a photographic material **3** : exact likeness : SEMBLANCE **4 a** : a tangible or visible representation : INCARNATION ⟨a civil servant who is the ~ of conscientiousness⟩ **b** *archaic* : an illusory appearance : APPARITION **5 a** (1) : a mental picture : IMPRESSION ⟨a soldier haunted by ~*s* of battle⟩ ⟨~*s*, as contrasted with sensations, are the responses during a narrative —Bertrand Russell⟩ (2) : a mental conception held in common by members of a group and being symbolic of a basic attitude and orientation toward something (as a person, class, racial type, political philosophy, or nationality) ⟨the Frenchman's ~ of America⟩ **b** : the memory of a perception in psychology that is modified by subsequent experience and that contains both intellectual and emotional elements elicited by intrapsychic and extrapsychic stimuli; *also* : the representation of a stimulus object on a receptor mechanism **c** : IDEA, CONCEPT ⟨conflicting ~*s* of good and evil⟩ **6** : a markedly vivid, effective, or graphic representation or description ⟨the set for the play being the ~ of a New England village⟩ **7 a** : something concrete or abstract introduced (as in a poem or speech) to represent something else which it strikingly resembles or suggests (as the use of *sleep* for *death*) — compare EMBLEM, SYMBOL **b** : a figure of speech (as a metaphor or simile) : TROPE **8** : a person who is strikingly like another person in appearance, manner, or thought ⟨a son who is the ~ of his father⟩

**²image** \", *chiefly in pres part* -məj\ *vt* -ED/-ING/-s **1** : to describe or portray in language esp. in an effective or vivid manner **2** : to call up a mental picture of : IMAGINE ⟨we no longer ~ the native landscape in the terms beloved of Rossetti and Tennyson —Vincent Buckley⟩ **3 a** : REFLECT, MIRROR ⟨a face *imaged* in a mirror⟩ **b** : to make appear (as in desired form) : PROJECT ⟨film *imaged* on a screen⟩ **4 a** : to create a representation of : DEPICT, PORTRAY ⟨a national hero *imaged* in bronze on a village green⟩ **b** (1) : to create or produce a suggestion of : ADUMBRATE ⟨a symphony *imaging* the beauty of nature⟩ (2) : to represent symbolically : stand as a symbol of ⟨acres of headstones *imaging* the losses of war⟩

**image dissector** *n* : a camera tube resembling the iconoscope and having the electronic image focused electromagnetically through an aperture and voltages that are subsequently amplified and transmitted as television-picture signals being produced by electron multiplication

**im·age·less** \-ləs\ *adj* : characterized by absence of mental images ⟨an ~ thought⟩

**image orthicon** *n* : a camera tube that is similar to the iconoscope or the orthicon and uses secondary emission and electron multiplication to produce the voltages that are subsequently amplified and transmitted as television-picture signals

**im·ag·er** \'imijə(r), -mēj-\ *n* -s : one that images : a vivid describer or portrayer

**im·ag·ery** \-j(ə)rē, -ri\ *n* -ES [ME *imagerie*, fr. MF, fr. *image* + *-erie* -ery] **1** : the product of image makers (as a statue, emblem, or idol) : IMAGES; *also* : the art of making images **2** *obs* : IMAGE WORSHIP **3** : ornate or heightened description or figures of speech; *specif* : the often peculiarly individual concrete or figurative diction used by a writer in those portions of his texts where he wishes to produce a particular effect (as a special emotional appeal or a train of intellectual associations) ⟨Shakespeare's ~⟩ **4** : mental images; *esp* : the products of imagination ⟨psychotic ~⟩

**images** *pl of* IMAGE, *pres 3d sing of* IMAGE

**image slicer** *n* : an attachment for a stellar spectrograph comprised of a system of very small mirrors that direct strips of light from various portions of the star-image disk so that they pass through the narrow slit of the spectrograph thereby increasing the intensity of the star's spectrum several times

**image space** *n* : a space in connection with an optical system each of whose points is an image of a corresponding point in the object space

**image tube** *n* : CAMERA TUBE

**image worship** *n* : the worship of images as the special residence of a divine spirit or supernatural power : IDOLATRY

**imag·in·able** \ə'maj(ə)nəbəl\ *adj* [ME, fr. LL *imaginabilis*, fr. L *imaginari* to imagine + *-abilis* -able — more at IMAGINE] : capable of being imagined : CONCEIVABLE ⟨the biggest lies ~⟩ ⟨any ~ situation⟩ — **imag·in·able·ness** \-nəs\ *n* -ES — **imag·in·ably** \-blē, -bli\ *adv*

**imagi·nal** \ə'majən°l, *in sense 4* -māgən- *or* -mägən- *or* -māgən- *or* -mājən- *or* -majən-\ *adj* [*imagine* + *-al*] **1** : of or relating to imagination ⟨~ objects⟩ **2** [LL *imaginalis*, fr. L *imagin-*, *imago* image + *-alis* -al — more at IMAGE] : of or relating to an image ⟨the idea of weeping can be translated into its ~ equivalent, as rain —K.D.Burke⟩ **3** [NL *imagin-*, *imago* + E *-al*] : relating to mental images **4** [NL *imagin-*, *imago* + E *-al*] : of or relating to the insect imago

**imaginal disk** *also* **imaginal bud** *n* : one of the clusters of undifferentiated cells in the larvae and pupae of some insects from which the wings, legs, and other organs of the adult are formed

**imaginal type** *n* : a tendency of an individual to have images arising predominantly from one or another sense (as from vision, hearing, or taste)

**imaginant** *n* -s [L *imaginant-*, *imaginans*, pres. part. of *imaginari* to imagine — more at IMAGINE] *obs* : IMAGINER

**imag·i·nar·i·ly** \ə¦majə¦nerəlē, -li, ¦i,••'•••\ *adv* : in an imaginary manner

**imag·i·nar·i·ness** \ə'••,nerēnəs, -rin-\ *n* -ES : the quality or state of being imaginary

**¹imag·i·nary** \ə'majə,nerē, -ri\ *adj* [ME, fr. L *imaginarius*, fr. *imaginari* to imagine + *-arius* -ary] **1 a** : having no real existence : existing only in imagination or fancy : UNREAL, FANCIED, FICTITIOUS, HYPOTHETICAL ⟨to guard the cattle against their real and their ~ foes, the wolves and the witches —J.G. Frazer⟩ **b** : formed, characterized, or ascribed outside the evidence of reality : shaped, endowed, or attributed imaginatively or arbitrarily ⟨the statue of John Harvard . . . is an ~ likeness; no portrait of Harvard is known to exist —*Amer. Guide Series: Mass.*⟩ **2** *obs* : of the nature of or suggesting an image **3** *obs* : IMAGINATIVE **4** : containing or related to the imaginary unit

**syn** FANCIFUL, VISIONARY, FANTASTIC, CHIMERICAL, QUIXOTIC: IMAGINARY stresses lack of reality; it indicates an existence, formation, or ascription by imagination, not fact ⟨those nervous persons who may be terrified by *imaginary* dangers are often courageous in the face of real danger —Havelock

heighten the notion of extravagant fancy far transcending the usual, ordinary, or real ⟨one of those eoan errors to which we are subject before the clear commonplace of daylight orders and moderates our tenebrous and *fantastical* imaginations —Rose Macaulay⟩ ⟨a *fantastic* world inhabited by monsters of iron and steel —Louis Bromfield⟩ ⟨two heroes may mangle each other in every impossible and *fantastic* way, beyond the bounds of the faintest shadow of verisimilitude —H.O.Taylor⟩ CHIMERICAL suggests the wild, utterly unreal, and extravagantly imaginary characteristics of creations of classical mythology ⟨the defeat was more complete, more humiliating . . . the hopes of revival more *chimerical* —*Times Lit. Supp.*⟩ ⟨as *chimerical* as a specter —Bernard Smith⟩ QUIXOTIC describes completely unrealistic and impractical devotion to romantic or chivalric ideals ⟨was *quixotic*, and would not permit a secret service and spies —G.K.Chesterton⟩ ⟨among the last *quixotic* acts of his life was an attempt to set up a Greek academy for aspiring authors —Alfred Kreymborg⟩ ⟨be so *quixotic* as to stand upon principles at the risk of losing the business —R.M.Cunningham⟩

**²imaginary** \"\ *n* -ES **1** *obs* : a figment of imagination **2** : a complex number (as $2+3i$) whose imaginary part is not zero

**imaginary number** *n* : IMAGINARY 2

**imaginary part** *n* : the part of a complex number (as "3i" in $2+3i$) that has the imaginary unit as a factor

**imaginary unit** *n* : the positive square root of minus 1 : $+\sqrt{-1}$ — symbol *i*

**imag·i·na·tion** \ə,majə'nāshən\ *n* -s [ME *imaginacioun*, fr. MF *imagination*, fr. L *imagination-*, *imaginatio*, fr. *imaginatus* (past part. of *imaginari* to imagine) + *-ion-*, *-io* -ion — more at IMAGINE] **1** : an act or process of forming a conscious idea or mental image of something never before wholly perceived in reality by the imaginer (as through a synthesis of remembered elements of previous sensory experiences or ideas as modified by unconscious mechanisms of defense); *also* : the ability or gift of forming such conscious ideas or mental images esp. for the purposes of artistic or intellectual creation ⟨our simple apprehension of corporeal objects, if present, is sense; if absent, is ~ —Joseph Glanvill⟩ **2 a** : creative ability : GENIUS ⟨the great ~*s* of literature⟩ **b** : ability to confront and deal with a problem : RESOURCEFULNESS ⟨the attempt shows suggestions of the ~ that the situation demands⟩ **3** *obs* : a plotting or scheming esp. of evil : PLOT ⟨all their vengeance and all their ~*s* against me —Lam 3:60 (AV)⟩ **4 a** : a mental image, conception, or notion formed by the action of imagination **b** : a creation of the mind; *esp* : an idealized or poetic creation ⟨the gory ~*s* of folk poetry⟩ **c** : fanciful or empty assumption ⟨idle ~*s*⟩ **5** : popular or traditional belief : usual or accepted conception ⟨the Magna Charta . . . has operated in the meaning given it in ~ rather than by its literal contents —John Dewey⟩

**syn** FANCY, FANTASY, PHANTASY: IMAGINATION, freer of derogatory connotations than the other terms, is the most comprehensive, applying to the power of creating, in the mind or in an outward form as in a literary work, images of things once known but absent, of things never seen or never seen in their entirety, of things actually nonexistent, of things created new from diverse old elements, or of things perfected or idealized; it may carry the implication of mere tricky concoction, as of things unreal or odd, but is more frequently nearer the other extreme in suggesting the genuine artist's gift of perceiving more deeply or essentially and creating the interestingly and the significantly new and vital ⟨all youth lives much in reverie; thereby the stronger minds anticipate and rehearse themselves for life in a thousand *imaginations* —H.G.Wells⟩ ⟨*imagination* being little else than another name for illusion —Samuel Butler⟩ ⟨the *imagination* is able to manipulate nature as by creating three legs and five arms but it is not able to create a totally new nature —Wallace Stevens⟩ ⟨the production of vivid images, usually visual images . . . is the commonest and the least interesting thing which is referred to by *imagination* —I.A.Richards⟩ ⟨a product of fancy rather than imagination — if one accepts fancy as decorative and *imagination* as creative —Pamela L. Travers⟩ ⟨*imagination*, in his opinion, gets at relationships that are true at the deepest level of experience —F.A.Pottle⟩ ⟨*imagination* is something akin to what it was in Wordsworth, a means of deepest insight and sympathy —Roy Pascal⟩ ⟨it is only through *imagination* that men become aware of what the world might be —Bertrand Russell⟩ FANCY now usu. suggests the power to conceive and give expression to images of things removed from reality, usu. of things purely, sometimes frivolously though often delightfully, imaginary, often contrasting with IMAGINATION in suggesting a more superficial often factitious power of inventing the novel or unreal by recombining existing elements as opposed to the imagination's gift of grasping a deeper, more organic reality ⟨like all weak men of a vivid *fancy*, he was constantly framing dramas of which he was the towering lord —G.D.Brown⟩ ⟨the associative faculty performs, to a varying extent in individual cases, constantly shifting arrangements and rearrangements of the data of observation, thought, feeling . . . which Coleridge distinguishes from imagination by the word *fancy* —George Whalley⟩ ⟨in a creative artist the imagination functions . . . in three ways. It is partly mere *fancy*, which moves happily into make-believe —K.P.Kempton⟩ FANTASY or PHANTASY suggests the power of unrestrained, often extravagant or delusive, fancy, stressing the unreal more than *fancy*; PHANTASY is used more frequently than FANTASY in the technical sense of image-making power in general ⟨hard to say where the actuality ends and the *fantasy* begins in these sketches of life —B.C.L.Keelan⟩ ⟨fairy stories and *fantasy* are phenomenally popular —Lavinia R. Davis⟩ ⟨an appealing *fantasy*, though its appeal does not lie in what is fantastic about it. It lies in what is realistic and homely —*Time*⟩ ⟨a *fantasy* . . . may be distinguished from the representation of something that actually exists, but it is not opposed to "reality" and not an "escape" from reality. Thus, the idea of a rational society, or the image of a good house to be built, or the story of something that never happened, is a fantasy —Lionel Trilling⟩ ⟨this mechanical man or robot idea has been decidedly overdone in the writings of *fantasy* —C.C. Furnas⟩ ⟨a mixture . . . of comic *phantasy*, improbable adventure and rainbow colors —G.E.Fox⟩ ⟨a novelist is a person who has a highly developed gift of *phantasy* —Bernard De Voto⟩ ⟨its invention is based on the extinction of a wish *phantasy* belonging to the period of puberty —D.F.Tait⟩

**imag·i·na·tion·al** \-shən°l, -shnəl\ *adj* : of, relating to, involving, caused by, or suggestive of the imagination

**imag·i·na·tive** \ə'maj(ə)nəd·|iv, -jə,nā|, |t|, |ēv *also* |əv\ *adj* [ME, fr. MF *imaginatif*, fr. *imagination* + *-if* -ive] **1** : of or relating to the imagination: as **a** : created, inspired, guided, or drawn from the imagination and not from known facts or sources ⟨an ~ biography⟩ **b** : tending to provoke, excite, or enliven the imagination ⟨a few ~ comments⟩ **c** (1) : able to handle new or difficult problems : RESOURCEFUL ⟨a young and ~ general⟩ (2) : imbued with or showing an ability to draw conclusions, suggest hypotheses, make comparisons, or create systems ⟨an ~ interpretation of a poem⟩ ⟨an ~ critic⟩ ⟨~ research⟩ (3) : full of freshness, originality, or vividness ⟨~ patterns⟩ **d** : devoid of truth : FALSE ⟨the report of his death was wholly ~⟩ **2** : of or relating to images; *esp* : showing a distinctive or fine command of artistic images ⟨~ diction⟩

**imag·i·na·tive·ly** \|əvlē, -li\ *adv* : in an imaginative manner ⟨a play produced ~⟩ ⟨an ~ planned garden⟩

**imag·in·er** \-j(ə)nə(r)\ *n* -s [ME, fr. *i* that imagines

**imaging** *pres part of* IMAGE

**im·ag·ism** \'imi,jizəm, -mē,-, -mə,-\ *n* poetry (as in America and England t advocating concrete language and figur subject matter, freedom in the use of me romantic or mystic themes — compare s

**¹im·ag·ist** \-jəst\ *n* -s [¹*image* + *-ist*] : precepts of imagism

**²im·ag·ist** \"\ *or* **im·ag·is·tic** \¦••¦jis relating to imagism — **im·ag·is·ti·ca** -li\ *adv*

**ima·go** \ə'mā(,)gō, -mä(-, -mȧ(-\ *n*, *pl* **im** \-māgə,nēz; -mägə,nēz, -mág-, -,nās; -n fr. L, image — more at IMAGE] **1** : an i sexually mature usu. winged state — co PUPA **2** : a conception of the parent t unconscious, elaborated by infantile p with the affect pertaining to the infan idealized mental image of any person in

**imam** \ə'mäm, (')ē¦-, -mam\ *n* -s [Ar *i* leader of a mosque **2** : the caliph who i ular head of Islam **3** : one of the tw leaders of the Shi'a appointed to guide r earthly representatives descended from pointed head of the Muslim community of the four orthodox schools of Musli : any authoritative Muslim scholar who terpretation or is followed as an auth law **5** : any of various sovereign prin from Muhammad and that exercise s leadership over a Muslim region

**imam·ate** \-,āt\ *n* -s *often cap* **1** : t **2** : the region or country ruled over b Yemen⟩

**imami** \-ē\ *n* -s [Ar *imāmī*, fr. *imām*] *u*

**iman·to·phyl·lum** \(,)ī,mantə'filəm\ *himanto-* (fr. *himant-*, *himas* thong) + CLIVIA

**ima·ret** \ə'märət\ *n* -s [Turk, fr. Ar inn or hospice in Turkey

**ima·ri ware** \ə'märē-\ *n*, *usu cap I* [fr it is made] : a Hizen porcelain charact red, green, and blue with a design o blossoms or hedges of brushwood gr rocks

**im·balance** \(')im+\ *n* [¹*in-* + *balance* as **a** (1) : loss of parallel relation be of the eyes caused by faulty action of th often resulting in diplopia (2) : equilibrium (as in a gland) **b** : lack o ments of a nation's economy (as betwe international payments or between co disproportion between the number of r population

**imbarn** *vt* -ED/-ING/-s [²*in-* + *barn* (n.) or store in a barn : GARNER

**im·base** \əm+\ *var of* EMBASE

**im·bat** \(')im¦bät\ *n* -s [Turk] : a co the Levant (as in Cyprus)

**im·ba·uba** \,imbə'übə\ *also* **im·ba·ub** *ambaúba*, *imbaúba*, *umbaúba*, fr. Tup : TRUMPETWOOD

**im·be** \(')im¦bā\ *n* -s [Pg *imbé*, fr. Tup derived from the stems of an epiphytic *dendron imbe*) **2** : the plant that yield

**¹im·be·cile** \'imbəsəl *also* -(,)sil *or* -,sīl [MF *imbecille*, fr. L *imbecillus* weak, ¹in- + *-becillus* (perh. fr. *bacillus*, *bacill*. at BACILLUS] **1** *archaic* : WEAK, FEEBL *imbecillus*] **a** : of, relating to, or **b** : markedly inane, idiotic, foolish, generalized term of contempt

**²imbecile** \"\ *n* -s [F *imbécile*, fr. *i* marked by mental deficiency: as **a** : o normal average intelligence and intell usu. above that of an idiot but below feebleminded person who has a menta three to seven years and who requires vision in the performance of routine (as feeding and clothing himself) **2** : generalized term of contempt **syn** see

**im·be·cile·ly** \-əl(l)|ē, -il(l)|, -īl|, -ēl|, manner

**im·be·cil·ic** \¦imbə¦silik, -ilēk\ *adj* : gestive of an imbecile ⟨an ~ grin⟩ ⟨~

**im·be·cil·i·ty** \,imbə'siləd·ē, -lətē, -i\ *n* L *imbecillitat-*, *imbecillitas* weakness, *imbecillus* + *-itat-*, *-itas* -ity] **1 a** : being weak **b** : INCAPACITY, INABILITY *imbécillité*, fr. L *imbecillitat-*, *imbecil*. state of being mentally weak — compa **3 a** : complete nonsense : utter foolish live without food⟩; *also* : FUTILITY foolish or nonsensical

**imbed** *var of* EMBED

**imbellious** *also* **imbellic** *adj* [L *imbell* fr. *bellum* war) + E *-ous* or *-ic* — : not warlike

**im·bibe** \əm'bīb\ *vb* -ED/-ING/-s [in s fr. MF *embiber*, fr. L *imbibere* to dri ²in- + *bibere* to drink; in other senses, at POTABLE] *vt* **1** *archaic* : to cause t **2 a** : to receive into the mind and moral principles⟩ **b** : to assimilate (a take into solution **3 a** : to consume quantities of strong coffee⟩ **b** : to dri can ~ as much nourishment through roots —F.J.Taylor⟩ ⟨a sponge *imbib* **1** : DRINK 2 **2 a** : to take in or up liqu similate moisture, gas, light, or heat

**im·bib·er** \-ībə(r)\ *n* -s : one that im

**im·bi·bi·tion** \,imbə'bishən, -m,bī'bi- ME *imbybycyon*, fr. MF *imbibition*, fr. of *imbibere*) + MF *-ion*; in other sens *-ion*] **1** *obs* **a** : saturation with or solu ture of solid and liquid by such imbi action of imbibing: as **a** : the takin fluid by a colloidal system resulting in possible explanation of certain biologi retention of water by desert plants⟩ SYNERESIS 2 **b** : IMBIBITION PROCESS

**im·bi·bi·tion·al** \¦•(,)•¦bishən°l, -shnə or characterized by imbibition

**imbibition process** *n* : a process by print is produced by absorption of a relief image or a differentially absorb a similar medium or in which a previc is transferred by absorption from one

**im·bi·rus·sú** \¦imbərə¦sü, -rü¦sü\ *n* - *russú*, fr. Tupi *embirussú*, *imbirussú*, *bira* + *-ussú* big] : a timber tree of S that is an undetermined species of t