Datatreasury Corporation v. Small Value Payments Company Doc. 27 Att. 2


# EXHIBIT 2

## CONSTRUCTION OF CLAIM TERMS, PHRASES AND CLAUSES OF U.S. PATENT NO. 5,910,988

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
|---|---|---|
| **Claim 1** | | |
| Preamble: "system for central management, storage and report generation of remotely captured paper transactions from documents and receipts" | -- a system that centrally manages paper transaction data, centrally stores paper transaction data, and centrally generates informative reports based on paper transaction data extracted from remotely captured images of both documents and receipts --<br><br>Preamble is limiting. | The language of the claims; '988 patent, including cols. 3:25-35, 4:60-5:9, 14:19-27, 20:66-21:32, and 21:49-60, and the corresponding sections of the '137 patent; '137 patent file history, including 2/16/1999 Petition to Make Special; FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); D014161-185 (DataTreasury Corp.: Review of Business Strategy, dated February 2000); D059384; D056177-182; D034206-207; and D059799. |
| "subsystem identification information" | -- information that identifies the remote data access subsystem, or a subsystem that is a part of the remote data access subsystem -- | The language of the claims; '988 patent, including cols. 7:52-8:43, 9:9-10:67, 16:66-19:64, and 20:66-21:32, and Figs. 3A, 3B and 8, and the corresponding sections of the '137 patent; '137 patent, including cols. 21:62-22:40 and Fig. 10; '988 patent file history, including 10/23/1998 Petition to Make Special, and 2/5/1999 Amendment and Response, including p. 4; '137 patent file history, including 2/16/1999 Petition to Make Special; PLAINTIFF DATATREASURY'S RESPONSE TO DEFENDANTS INGENICO'S THREE MOTIONS FOR SUMMARY JUDGMENT OF INVALIDITY, including all Declarations and Rebuttal Reports of DataTreasury's Expert John E. Hiles; FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); D014161-185 (DataTreasury Corp.: Review of Business Strategy, dated February 2000); D059384; D056177-182; D034206-207; and D059799. |



Dockets.Justia.com

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
|---|---|---|
| "capturing … paper transaction data" | -- acquiring the paper transaction data via the capture of images of documents and receipts from which the paper transaction data is extracted, and recording the same in digital electronic form -- | The language of the claims; '988 patent, including cols. 5:45-57, 7:52-60, and 9:9-10:67, and Figs. 2, 3A and 3B, and the corresponding sections of the '137 patent; '988 patent file history, including 10/23/1998 Petition to Make Special; '137 patent file history, including 2/16/1999 Petition to Make Special; U.S. Patent Appln. No. 09/454,492 (Ballard) prosecution history, including 7/3/2001 Office Action, 1/2/2002 Amendment in Response to the First Office Action, and 4/8/2003 Amendment; MICROSOFT PRESS COMPUTER DICTIONARY (3d ed. 1997); FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); and D059799. |
| "capturing … subsystem identification information" | -- acquiring the subsystem identification information, and recording the same in digital electronic form -- | The language of the claims; '988 patent, including cols. 5:45-57, 7:52-60, and 9:9-10:67, and Figs. 2, 3A and 3B, and the corresponding sections of the '137 patent; '988 patent file history, including 10/23/1998 Petition to Make Special, and 2/5/1999 Amendment and Response, including p. 4; '137 patent file history, including 2/16/1999 Petition to Make Special; U.S. Patent Appln. No. 09/454,492 (Ballard) prosecution history, including 7/3/2001 Office Action, 1/2/2002 Amendment in Response to the First Office Action, and 4/8/2003 Amendment; MICROSOFT PRESS COMPUTER DICTIONARY (3d ed. 1997); FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); and D059799. |
| "documents and receipts" | -- written or printed papers [documents] and written or printed paper acknowledgments of something received such as money or goods [receipts], but not "checks" as recited in the '137 patent -- | The language of the claims; '988 patent, including cols. 8:32-39 and 9:9-10:67, and Fig. 3B, and the corresponding sections of the '137 patent; NEW WEBSTER'S COMPREHENSIVE DICTIONARY (1985) (written or printed paper; written acknowledgement of something received, as money or goods); and WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY (1993) (a writing acknowledging the taking or receiving of goods or money delivered or paid). |

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
|---|---|---|
| "capturing the documents and receipts" | -- opto-electronically acquiring images of both documents and receipts, and recording the images in digital electronic form -- | The language of the claims; '988 patent, including cols. 5:45-57, 7:52-60 and 9:9-10:67, and Figs. 2, 3A and 3B, and the corresponding sections of the '137 patent; '988 patent file history, including 10/23/1998 Petition to Make Special; '137 patent file history, including 2/16/1999 Petition to Make Special; U.S. Patent Appln. No. 09/454,492 (Ballard) prosecution history, including 7/3/2001 Office Action, 1/2/2002 Amendment in Response to the First Office Action, and 4/8/2003 Amendment; MICROSOFT PRESS COMPUTER DICTIONARY (3d ed. 1997); FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); and D059799. |

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
|---|---|---|
| "central" of "central data processing subsystem" | -- a centralized subsystem, that is, a subsystem located at the center of the system communicatively connected, directly or indirectly, to all of the remote data access subsystems and to which all of the remote data access subsystems transmit encrypted images of documents and receipts containing paper transaction data and encrypted subsystem identification information -- | The language of the claims; '988 patent, including cols. 1:9-15, 4:60-5:9 and 14:19-27, and Figs. 1, 4 and 6-9, and the corresponding sections of the '137 patent; '988 patent file history, including 10/23/1998 Petition to Make Special; '137 patent file history, including 2/16/1999 Petition to Make Special; U.S. Patent Appln. No. 09/454,492 (Ballard) prosecution history, including 7/3/2001 Office Action, 1/2/2002 Amendment in Response to the First Office Action, and 4/8/2003 Amendment; IBM DICTIONARY OF COMPUTING (10th ed. 1994) (centralized network as synonym for star network; a radial, or star-like, configuration of nodes connected to a central controller or computer in which each node exchanges data directly with the central node; Fig. 140); MICROSOFT PRESS COMPUTER DICTIONARY (3d ed. 1997) (each device (node) is connected to a central computer in a star-shaped configuration; a network consisting of a central computer (the hub) surrounded by terminals); DICTIONARY OF COMPUTERS, DATA PROCESSING & TELECOMMUNICATIONS (1984) (centralized network as synonym for star network; a network configuration in which there is only one path between a central or controlling node and each end-point node); DICTIONARY OF INFORMATION TECHNOLOGY (3d ed. 1989) (each node is connected only to one central controller (host)); DICTIONARY OF COMPUTING: DATA COMMUNICATIONS, HARDWARE AND SOFTWARE BASICS, DIGITAL ELECTRONICS (1982); THE NEW IEEE STANDARD DICTIONARY OF ELECTRICAL AND ELECTRONICS TERMS (5th ed. 1993); FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); and D014161-185 (DataTreasury Corp.: Review of Business Strategy, dated February 2000). |

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
| --- | --- | --- |
| In the context of a "central data processing subsystem":<br><br>"processing … the paper transaction data and the subsystem identification information" | -- centrally systematically performing operations upon both the paper transaction data and the subsystem identification information, necessarily including: decrypting the received encrypted images of documents and receipts and the received encrypted subsystem identification information, extracting the paper transaction data from the images, performing meaningful analysis of the paper transaction data and the subsystem identification information, and generating informative reports based on the paper transaction data and the subsystem identification information, in contrast to the processing overhead of operating systems and networks and for implementing communication protocols -- | The language of the claims; '988 patent, including cols. 1:9-15, 2:3-12, 4:52-53, 4:60-5:9, 14:19-27, 20:66-21:32, and 21:49-60, Figs. 1, 3A and 8, and abstract, and the corresponding sections of the '137 patent; '988 patent file history, including 10/23/1998 Petition to Make Special; '137 patent file history, including 2/16/1999 Petition to Make Special; IBM DICTIONARY OF COMPUTING (10th ed. 1994) (systematic performance of operations upon data); DICTIONARY OF COMPUTERS, DATA PROCESSING & TELECOMMUNICATIONS (1984) (data processing performed at a single, central location on data from several locations); PLAINTIFF DATATREASURY'S RESPONSE TO DEFENDANTS INGENICO'S THREE MOTIONS FOR SUMMARY JUDGMENT OF INVALIDITY, including all Declarations and Rebuttal Reports of DataTreasury's Expert John E. Hiles; FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); D014161-185 (DataTreasury Corp.: Review of Business Strategy, dated February 2000); D059384; D056177-182; D034206-207; and D059799. |

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
|---|---|---|
| In the context of a "central data processing subsystem":<br><br>"sending … the paper transaction data and the subsystem identification information" | -- electronically sending both the extracted paper transaction data and the subsystem identification information from the central data processing subsystem to a location outside of the central data processing subsystem -- | The language of the claims; '988 patent, including cols. 1:9-15, 2:3-12, 4:60-5:9, 15:31-34, 20:11-65 and 22:9-12, Figs. 1 and 6, and abstract, and the corresponding sections of the '137 patent; '988 patent file history, including 10/23/1998 Petition to Make Special; '137 patent file history, including 2/16/1999 Petition to Make Special; and FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000). |
| In the context of a "central data processing subsystem":<br><br>"verifying … the paper transaction data and the subsystem identification information" | -- centrally checking or testing the accuracy, exactness or authenticity of both the extracted paper transaction data and the subsystem identification information by comparison with known data or a recognized standard or authority -- | The language of the claims; '988 patent, including cols. 1:27-39, 2:23-67, 3:1-15, 4:18-21 and 14:62-15:9, Fig. 1, and abstract, and the corresponding sections of the '137 patent; '137 patent, including cols. 21:62-22:40 and Fig. 10; '988 patent file history, including 10/23/1998 Petition to Make Special, 12/29/1998 Office Action, and 2/5/1999 Amendment and Response, including p. 4; '137 patent file history, including 2/16/1999 Petition to Make Special; WO99/11021 prosecution history, including 10/24/2005 Communication; NEW WEBSTER'S COMPREHENSIVE DICTIONARY (1985) (to examine or test the correctness or authenticity of); WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY (1993) (to check or test the accuracy or exactness of: confirm the truth or truthfulness of by or as if by comparison with known data or a recognized standard or authority); FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); D014161-185 (DataTreasury Corp.: Review of Business Strategy, dated February 2000); D059384; D056177-182; and D034206-207. |

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
|---|---|---|
| In the context of a "central data processing subsystem":<br><br>"storing the paper transaction data and the subsystem identification information" | -- centrally electronically recording both the extracted paper transaction data and the subsystem identification information in permanent or semi-permanent form in auxiliary storage devices that permit later retrieval of that data and information -- | The language of the claims; '988 patent, including cols. 4:60-5:9, 7:25-28, 14:19-42, and 16:13-65, Figs. 1 and 6, and the corresponding sections of the '137 patent; '988 patent file history, including 10/23/1998 Petition to Make Special; '137 patent file history, including 2/16/1999 Petition to Make Special; IBM DICTIONARY OF COMPUTING (10th ed. 1994) (The terms storage and memory are sometimes used loosely as synonyms. In a more precise and useful sense, the term memory pertains to the part of storage in which instructions are executed (main storage or execution space) and excludes auxiliary storage devices such as disks, diskettes, mass storage devices, and magnetic tape.); MICROSOFT PRESS COMPUTER DICTIONARY (3d ed. 1997) (recording computer data in permanent or semi-permanent form in auxiliary storage devices); FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); D014161-185 (DataTreasury Corp.: Review of Business Strategy, dated February 2000); and D059799. |
| **Claim 26** | | |
| Preamble: "method for central management, storage and verification of remotely captured paper transactions from documents and receipts" | -- a method for centrally managing paper transaction data, centrally storing paper transaction data, and centrally verifying paper transaction data extracted from remotely captured images of both documents and receipts --<br><br>Preamble is limiting. | The language of the claims; '988 patent, including cols. 3:25-35, 4:60-5:9, 14:19-27, 20:66-21:32, and 21:49-60, and the corresponding sections of the '137 patent; '137 patent file history, including 2/16/1999 Petition to Make Special; FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); D014161-185 (DataTreasury Corp.: Review of Business Strategy, dated February 2000); D059384; D056177-182; D034206-207; and D059799. |

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
| --- | --- | --- |
| Preamble: "verification of remotely captured paper transactions" | -- centrally checking or testing the accuracy, exactness or authenticity of the extracted paper transaction data by comparison with known data or a recognized standard or authority --<br><br>Preamble is limiting. | The language of the claims; '988 patent, including cols. 1:27-39, 2:23-67, 3:1-15, 4:18-21 and 14:62-15:9, Fig. 1, and abstract, and the corresponding sections of the '137 patent; '137 patent, including cols. 21:62-22:40 and Fig. 10; '988 patent file history, including 10/23/1998 Petition to Make Special; '137 patent file history, including 2/16/1999 Petition to Make Special; NEW WEBSTER'S COMPREHENSIVE DICTIONARY (1985) (to examine or test the correctness or authenticity of); WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY (1993) (to check or test the accuracy or exactness of: confirm the truth or truthfulness of by or as if by comparison with known data or a recognized standard or authority); FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); D014161-185 (DataTreasury Corp.: Review of Business Strategy, dated February 2000); D059384; D056177-182; and D034206-207. |
| "image" | -- an electronic representation of an original document or receipt, such as a digital bitmap representation called a Bitmap Image, digitally recorded by an opto-electronic scanning or other recording device -- | The language of the claims; '988 patent, including cols. 5:45-57, 7:52-60, and 20:66-21:32, and Fig. 3B, and the corresponding sections of the '137 patent; '988 patent file history, including 10/23/1998 Petition to Make Special, and 2/5/1999 Amendment and Response, including p. 4; '137 patent file history, including 2/16/1999 Petition to Make Special; IBM DICTIONARY OF COMPUTING (10th ed. 1994) (an electronic representation of an original document recorded by a scanning device); FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); D059384; D056177-182; D034206-207; and D059799. |

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
| --- | --- | --- |
| "subsystem identification information" | -- information that identifies the remote data access subsystem, or a subsystem that is a part of the remote data access subsystem -- | The language of the claims; '988 patent, including cols. 7:52-8:43, 9:9-10:67, 16:66-19:64, and 20:66-21:32, and Figs. 3A, 3B and 8, and the corresponding sections of the '137 patent; '137 patent, including cols. 21:62-22:40 and Fig. 10; '988 patent file history, including 10/23/1998 Petition to Make Special, and 2/5/1999 Amendment and Response, including p. 4; '137 patent file history, including 2/16/1999 Petition to Make Special; PLAINTIFF DATATREASURY'S RESPONSE TO DEFENDANTS INGENICO'S THREE MOTIONS FOR SUMMARY JUDGMENT OF INVALIDITY, including all Declarations and Rebuttal Reports of DataTreasury's Expert John E. Hiles; FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); D014161-185 (DataTreasury Corp.: Review of Business Strategy, dated February 2000); D059384; D056177-182; D034206-207; and D059799. |

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
| --- | --- | --- |
| "central location" | -- "central location" is synonymous and used interchangeably with a central data processing subsystem at that location: a centralized subsystem, that is, a subsystem located at the center of the system communicatively connected, directly or indirectly, to all of the remote data access subsystems and to which all of the remote data access subsystems transmit encrypted images of documents and receipts containing paper transaction data and encrypted subsystem identification information -- | The language of the claims; '988 patent, including cols. 1:9-15, 4:60-5:9 and 14:19-27, and Figs. 1, 4 and 6-9, and the corresponding sections of the '137 patent; '988 patent file history, including 10/23/1998 Petition to Make Special; '137 patent file history, including 2/16/1999 Petition to Make Special; U.S. Patent Appln. No. 09/454,492 (Ballard) prosecution history, including 7/3/2001 Office Action, 1/2/2002 Amendment in Response to the First Office Action, and 4/8/2003 Amendment; IBM DICTIONARY OF COMPUTING (10th ed. 1994) (centralized network as synonym for star network; a radial, or star-like, configuration of nodes connected to a central controller or computer in which each node exchanges data directly with the central node; Fig. 140); MICROSOFT PRESS COMPUTER DICTIONARY (3d ed. 1997) (each device (node) is connected to a central computer in a star-shaped configuration; a network consisting of a central computer (the hub) surrounded by terminals); DICTIONARY OF COMPUTERS, DATA PROCESSING & TELECOMMUNICATIONS (1984) (centralized network as synonym for star network; a network configuration in which there is only one path between a central or controlling node and each end-point node); DICTIONARY OF INFORMATION TECHNOLOGY (3d ed. 1989) (each node is connected only to one central controller (host)); DICTIONARY OF COMPUTING: DATA COMMUNICATIONS, HARDWARE AND SOFTWARE BASICS, DIGITAL ELECTRONICS (1982); THE NEW IEEE STANDARD DICTIONARY OF ELECTRICAL AND ELECTRONICS TERMS (5th ed. 1993); FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); and D014161-185 (DataTreasury Corp.: Review of Business Strategy, dated February 2000). |

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
|---|---|---|
| "collecting … [paper] transaction data at a central location" | -- gathering together or accumulating extracted paper transaction data by a central data processing subsystem -- | The language of the claims; '988 patent, including cols. 4:60-5:9 and 14:28-42, and Figs. 1 and 6, and the corresponding sections of the '137 patent; '988 patent file history, including 10/23/1998 Petition to Make Special; '137 patent file history, including 2/16/1999 Petition to Make Special; NEW WEBSTER'S COMPREHENSIVE DICTIONARY (1985) (to gather; to accumulate); and FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000). |
| "processing … [paper] transaction data at a central location" | -- centrally systematically performing operations upon the paper transaction data, necessarily including: decrypting the received encrypted images of documents and receipts, extracting the paper transaction data from the images, performing meaningful analysis of the paper transaction data, and generating informative reports based on the paper transaction data, in contrast to the processing overhead of operating systems and networks and for implementing communication protocols -- | The language of the claims; '988 patent, including cols. 1:9-15, 2:3-12, 4:52-53, 4:60-5:9, 14:19-27, 20:66-21:32, and 21:49-60, Figs. 1, 3A and 8, and abstract, and the corresponding sections of the '137 patent; '988 patent file history, including 10/23/1998 Petition to Make Special; '137 patent file history, including 2/16/1999 Petition to Make Special; IBM DICTIONARY OF COMPUTING (10th ed. 1994) (systematic performance of operations upon data); DICTIONARY OF COMPUTERS, DATA PROCESSING & TELECOMMUNICATIONS (1984) (data processing performed at a single, central location on data from several locations); PLAINTIFF DATATREASURY'S RESPONSE TO DEFENDANTS INGENICO'S THREE MOTIONS FOR SUMMARY JUDGMENT OF INVALIDITY, including all Declarations and Rebuttal Reports of DataTreasury's Expert John E. Hiles; FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); D014161-185 (DataTreasury Corp.: Review of Business Strategy, dated February 2000); D059384; D056177-182; D034206-207; and D059799. |

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
|---|---|---|
| "sending … [paper] transaction data at a central location" | -- electronically sending the extracted paper transaction data from the central data processing subsystem to a location outside of the central data processing subsystem -- | The language of the claims; '988 patent, including cols. 1:9-15, 2:3-12, 4:60-5:9, 15:31-34, 20:11-65 and 22:9-12, Figs. 1 and 6, and abstract, and the corresponding sections of the '137 patent; '988 patent file history, including 10/23/1998 Petition to Make Special; '137 patent file history, including 2/16/1999 Petition to Make Special; and FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000). |
| "storing … [paper] transaction data at a central location" | -- centrally electronically recording the extracted paper transaction data in permanent or semi-permanent form in auxiliary storage devices that permit later retrieval of that data -- | The language of the claims; '988 patent, including cols. 4:60-5:9, 7:25-28, 14:19-42, and 16:13-65, Figs. 1 and 6, and the corresponding sections of the '137 patent; '988 patent file history, including 10/23/1998 Petition to Make Special; '137 patent file history, including 2/16/1999 Petition to Make Special; IBM DICTIONARY OF COMPUTING (10th ed. 1994) (The terms storage and memory are sometimes used loosely as synonyms. In a more precise and useful sense, the term memory pertains to the part of storage in which instructions are executed (main storage or execution space) and excludes auxiliary storage devices such as disks, diskettes, mass storage devices, and magnetic tape.); MICROSOFT PRESS COMPUTER DICTIONARY (3d ed. 1997) (recording computer data in permanent or semi-permanent form in auxiliary storage devices); FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); D014161-185 (DataTreasury Corp.: Review of Business Strategy, dated February 2000); and D059799. |

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
|---|---|---|
| **Claim 42** | | |
| Preamble: "communication network for the transmission of data within and between one or more remote data processing subsystems, at least one intermediate data collecting subsystem and at least one central subsystem forming a tiered architecture" | -- a communication network that transmits data within remote data access subsystem(s) (bottom tier), between the remote data access subsystem(s) and their corresponding intermediate data collecting subsystem(s) (intermediate tier), within the intermediate data collecting subsystem(s), between the intermediate data collecting subsystem(s) and their corresponding central data processing subsystems (top tier), and within the central data processing subsystem(s) -- | The language of the claims; '988 patent, including cols. 4:22-27, 4:60-5:9, 11:13-19, 13:16-14:27 and 20:11-21:32, and Figs. 1, 5 and 7, and the corresponding sections of the '137 patent; '137 patent file history, including 2/16/1999 Petition to Make Special; U.S. Patent Appln. No. 09/454,492 (Ballard) prosecution history, including 7/3/2001 Office Action, 1/2/2002 Amendment in Response to the First Office Action, and 4/8/2003 Amendment; PLAINTIFF DATATREASURY'S RESPONSE TO DEFENDANTS INGENICO'S THREE MOTIONS FOR SUMMARY JUDGMENT OF INVALIDITY, including all Declarations and Rebuttal Reports of DataTreasury's Expert John E. Hiles; and FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000). |

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
|---|---|---|
| Preamble: "capturing images of documents and receipts" | -- opto-electronically acquiring images of both documents and receipts, and recording the images in digital electronic form -- | The language of the claims; '988 patent, including cols. 5:45-57, 7:52-60, 9:9-10:67 and 20:66-21:32, and Figs. 2, 3A and 3B, and the corresponding sections of the '137 patent; '988 patent file history, including 10/23/1998 Petition to Make Special; '137 patent file history, including 2/16/1999 Petition to Make Special; U.S. Patent Appln. No. 09/454,492 (Ballard) prosecution history, including 7/3/2001 Office Action, 1/2/2002 Amendment in Response to the First Office Action, and 4/8/2003 Amendment; MICROSOFT PRESS COMPUTER DICTIONARY (3d ed. 1997); IBM DICTIONARY OF COMPUTING (10th ed. 1994) (an electronic representation of an original document recorded by a scanning device); FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); D059384; D056177-182; D034206-207; and D059799. |
| "transmitting data" | -- transmitting paper transaction data corresponding to the captured images of documents and receipts -- | The language of the claims; '988 patent, including cols. 4:60-5:9, 13:16-14:27 and 20:11-65, and Figs. 1, 3A and 4-9, and the corresponding sections of the '137 patent; '988 patent file history, including 10/23/1998 Petition to Make Special; and '137 patent file history, including 2/16/1999 Petition to Make Special. |
| Relationship among "data" in each claimed component: | the "transmitted data" in each claimed component is the same paper transaction data | The language of the claims; '988 patent, including cols. 4:60-5:9, 13:16-14:27 and 20:11-65, and Figs. 1, 3A and 4-9, and the corresponding sections of the '137 patent. |

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
| --- | --- | --- |
| **Claim 46** | | |
| Preamble: "method for transmitting data within and between one or more remote subsystems, at least one intermediate subsystem and at least one central subsystem in a tiered manner" | -- a method for transmitting data within remote data access subsystem(s) (bottom tier), between the remote data access subsystem(s) and their corresponding intermediate data collecting subsystem(s) (intermediate tier), within the intermediate data collecting subsystem(s), between the intermediate data collecting subsystem(s) and their corresponding central data processing subsystem(s) (top tier), and within the central data processing subsystem(s) -- | The language of the claims; '988 patent, including cols. 4:22-27, 4:60-5:9, 11:13-19, 13:16-14:27 and 20:11-21:32, and Figs. 1, 5 and 7, and the corresponding sections of the '137 patent; '137 patent file history, including 2/16/1999 Petition to Make Special; U.S. Patent Appln. No. 09/454,492 (Ballard) prosecution history, including 7/3/2001 Office Action, 1/2/2002 Amendment in Response to the First Office Action, and 4/8/2003 Amendment; PLAINTIFF DATATREASURY'S RESPONSE TO DEFENDANTS INGENICOS' THREE MOTIONS FOR SUMMARY JUDGMENT OF INVALIDITY, including all Declarations and Rebuttal Reports of DataTreasury's Expert John E. Hiles; and FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000). |

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
|---|---|---|
| "capturing an image of documents and receipts" | -- opto-electronically acquiring images of both documents and receipts, and recording the images in digital electronic form -- | The language of the claims; '988 patent, including cols. 5:45-57, 7:52-60, 9:9-10:67 and 20:66-21:32, and Figs. 2, 3A and 3B, and the corresponding sections of the '137 patent; '988 patent file history, including 10/23/1998 Petition to Make Special; '137 patent file history, including 2/16/1999 Petition to Make Special; U.S. Patent Appln. No. 09/454,492 (Ballard) prosecution history, including 7/3/2001 Office Action, 1/2/2002 Amendment in Response to the First Office Action, and 4/8/2003 Amendment; MICROSOFT PRESS COMPUTER DICTIONARY (3d ed. 1997); IBM DICTIONARY OF COMPUTING (10th ed. 1994) (an electronic representation of an original document recorded by a scanning device); FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); D059384; D056177-182; D034206-207; and D059799. |
| "location" and "locations" | -- 'remote location(s)', 'intermediate location(s)', and 'central location(s)' are respectively synonymous and used interchangeably with the remote data access subsystem(s), intermediate data collecting subsystem(s), and central data processing subsystem(s) at those locations -- | The language of the claims; '988 patent, including cols. 1:9-15, 4:22-27, 4:60-5:9, 11:13-19 and 14:19-27, and Figs. 1, 4 and 6-9, and the corresponding sections of the '137 patent; '988 patent file history, including 10/23/1998 Petition to Make Special; '137 patent file history, including 2/16/1999 Petition to Make Special; and U.S. Patent Appln. No. 09/454,492 (Ballard) prosecution history, including 7/3/2001 Office Action, 1/2/2002 Amendment in Response to the First Office Action, and 4/8/2003 Amendment. |
| Relationship of the "extract[ed] data" to the "transmitt[ed] data": | "transmitting data" means 'transmitting at least the paper transaction data extracted from the captured image of both documents and receipts' | The language of the claims; '988 patent, including cols. 20:11-21:32, and the corresponding sections of the '137 patent; and FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000). |

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
| --- | --- | --- |
| Relationship among "data" in each "transmitting" step: | the "data" transmitted in each "transmitting" step is the same extracted paper transaction data | The language of the claims; '988 patent, including cols. 4:60-5:9, 13:16-14:27 and 20:11-21:32, and Figs. 1, 3A and 4-9, and the corresponding sections of the '137 patent. |
| Temporal relationship of method steps: | the method steps are performed sequentially | The language of the claims; '988 patent, including cols. 4:60-5:9, 13:16-14:27 and 20:11-21:32, and Figs. 1, 3A and 4-9, and the corresponding sections of the '137 patent. |

## CONSTRUCTION OF CLAIM TERMS, PHRASES AND CLAUSES OF U.S. PATENT NO. 6,032,137

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
|---|---|---|
| **Claim 1** | | |
| Preamble: "system for central management, storage and report generation of remotely captured paper transactions from checks" | -- a system that centrally manages paper transaction data, centrally stores paper transaction data, and centrally generates informative reports based on paper transaction data extracted from remotely captured images of checks --<br><br>Preamble is limiting. | The language of the claims; '988 patent, including cols. 3:25-35, 4:60-5:9, 14:19-27, 20:66-21:32, and 21:49-60, and the corresponding sections of the '137 patent; '137 patent, including cols. 21:62-22:40 and Fig. 10; '137 patent file history, including 2/16/1999 Petition to Make Special; FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); D014161-185 (DataTreasury Corp.: Review of Business Strategy, dated February 2000); D059384; D056177-182; D034206-207; and D059799. |
| "check" | -- a written order directing a bank or banker to pay money as therein stated, but not a "document" or "receipt" as recited in the '988 patent -- | The language of the claims; '137 patent, including cols. 21:62-22:40 and Fig. 10; WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY (1993) (a written order directing a bank or banker to pay money as therein stated); and NEW WEBSTER'S COMPREHENSIVE DICTIONARY (1985) (a written order for money drawn on a bank). |

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
|---|---|---|
| "paper transaction data including a payer bank's routing number, a payer bank's routing information, a payer's account number, a payer's check, a payer bank's draft, a check amount, a payee bank's identification number, a payee bank's routing information, and a payee's account number, and further including subsystem identification information" | -- an image of a paper check must include at least each of the following paper transaction data and no less: a payer bank's routing number, a payer bank's routing information, a payer's account number, a payer's check, a payer bank's draft, a check amount, a payee bank's identification number, a payee bank's routing information, a payee's account number, and subsystem identification information -- | The language of the claims; '137 patent, including cols. 21:62-22:40 and Fig. 10; WO99/11021 prosecution history, including original claim 52; '988 patent file history, including 10/23/1998 Petition to Make Special, and 2/5/1999 Amendment and Response, including p. 4; and '137 patent file history, including 2/16/1999 Petition to Make Special, and 2/5/1999 Preliminary Amendment. |
| "subsystem identification information" | -- information that identifies the remote data access subsystem, or a subsystem that is a part of the remote data access subsystem -- | The language of the claims; '988 patent, including cols. 7:52-8:43, 9:9-10:67, 16:66-19:64, and 20:66-21:32, and Figs. 3A, 3B and 8, and the corresponding sections of the '137 patent; '137 patent, including cols. 21:62-22:40 and Fig. 10; '988 patent file history, including 10/23/1998 Petition to Make Special, and 2/5/1999 Amendment and Response, including p. 4; '137 patent file history, including 2/16/1999 Petition to Make Special; PLAINTIFF DATATREASURY'S RESPONSE TO DEFENDANTS INGENICOS' THREE MOTIONS FOR SUMMARY JUDGMENT OF INVALIDITY, including all Declarations and Rebuttal Reports of DataTreasury's Expert John E. Hiles; FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); D014161-185 (DataTreasury Corp.: Review of Business Strategy, dated February 2000); D059384; D056177-182; D034206-207; and D059799. |

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
|---|---|---|
| "capturing ... subsystem identification information" in the context of "capturing ... paper transaction data . . . further including subsystem identification information" | -- acquiring the subsystem identification information, and recording the same in digital electronic form -- | The language of the claims; '988 patent, including cols. 5:45-57, 7:52-60, and 9:9-10:67, and Figs. 2, 3A and 3B, and the corresponding sections of the '137 patent; '137 patent, including cols. 21:62-22:40 and Fig. 10; '988 patent file history, including 10/23/1998 Petition to Make Special, and 2/5/1999 Amendment and Response, including p. 4; '137 patent file history, including 2/16/1999 Petition to Make Special; U.S. Patent Appln. No. 09/454,492 (Ballard) prosecution history, including 7/3/2001 Office Action, 1/2/2002 Amendment in Response to the First Office Action, and 4/8/2003 Amendment; MICROSOFT PRESS COMPUTER DICTIONARY (3d ed. 1997); FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); and D059799. |
| "capturing the checks" | -- opto-electronically acquiring images of checks, and recording the images in digital electronic form -- | The language of the claims; '988 patent, including cols. 5:45-57, 7:52-60 and 9:9-10:67, and Figs. 2, 3A and 3B, and the corresponding sections of the '137 patent; '137 patent, including cols. 21:62-22:40 and Fig. 10; '988 patent file history, including 10/23/1998 Petition to Make Special; '137 patent file history, including 2/16/1999 Petition to Make Special; U.S. Patent Appln. No. 09/454,492 (Ballard) prosecution history, including 7/3/2001 Office Action, 1/2/2002 Amendment in Response to the First Office Action, and 4/8/2003 Amendment; MICROSOFT PRESS COMPUTER DICTIONARY (3d ed. 1997); FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); and D059799. |

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
|---|---|---|
| "central" of "central data processing subsystem" | -- a centralized subsystem, that is, a subsystem located at the center of the system communicatively connected, directly or indirectly, to all of the remote data access subsystems and to which all of the remote data access subsystems transmit encrypted images of checks containing paper transaction data and containing subsystem identification information -- | The language of the claims; '988 patent, including cols. 1:9-15, 4:60-5:9 and 14:19-27, and Figs. 1, 4 and 6-9, and the corresponding sections of the '137 patent; '988 patent file history, including 10/23/1998 Petition to Make Special; '137 patent file history, including 2/16/1999 Petition to Make Special; U.S. Patent Appln. No. 09/454,492 (Ballard) prosecution history, including 7/3/2001 Office Action, 1/2/2002 Amendment in Response to the First Office Action, and 4/8/2003 Amendment; IBM DICTIONARY OF COMPUTING (10th ed. 1994) (centralized network as synonym for star network; a radial, or star-like, configuration of nodes connected to a central controller or computer in which each node exchanges data directly with the central node; Fig. 140); MICROSOFT PRESS COMPUTER DICTIONARY (3d ed. 1997) (each device (node) is connected to a central computer in a star-shaped configuration; a network consisting of a central computer (the hub) surrounded by terminals); DICTIONARY OF COMPUTERS, DATA PROCESSING & TELECOMMUNICATIONS (1984) (centralized network as synonym for star network; a network configuration in which there is only one path between a central or controlling node and each end-point node); DICTIONARY OF INFORMATION TECHNOLOGY (3d ed. 1989) (each node is connected only to one central controller (host)); DICTIONARY OF COMPUTING: DATA COMMUNICATIONS, HARDWARE AND SOFTWARE BASICS, DIGITAL ELECTRONICS (1982); THE NEW IEEE STANDARD DICTIONARY OF ELECTRICAL AND ELECTRONICS TERMS (5th ed. 1993); FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); and D014161-185 (DataTreasury Corp.: Review of Business Strategy, dated February 2000). |

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
|---|---|---|
| In the context of a "central data processing subsystem":<br><br>"processing … the paper transaction data and the subsystem identification information" | -- centrally systematically performing operations upon both the paper transaction data and the subsystem identification information, necessarily including: decrypting the received encrypted images of checks, extracting the paper transaction data and the subsystem identification information from the images, performing meaningful analysis of the paper transaction data and the subsystem identification information, and generating informative reports based on the paper transaction data and the subsystem identification information, in contrast to the processing overhead of operating systems and networks and for implementing communication protocols -- | The language of the claims; '988 patent, including cols. 1:9-15, 2:3-12, 4:52-53, 4:60-5:9, 14:19-27, 20:66-21:32, and 21:49-60, Figs. 1, 3A and 8, and abstract, and the corresponding sections of the '137 patent; '988 patent file history, including 10/23/1998 Petition to Make Special; '137 patent file history, including 2/16/1999 Petition to Make Special; IBM DICTIONARY OF COMPUTING (10th ed. 1994) (systematic performance of operations upon data); DICTIONARY OF COMPUTERS, DATA PROCESSING & TELECOMMUNICATIONS (1984) (data processing performed at a single, central location on data from several locations); PLAINTIFF DATATREASURY'S RESPONSE TO DEFENDANTS INGENICOS' THREE MOTIONS FOR SUMMARY JUDGMENT OF INVALIDITY, including all Declarations and Rebuttal Reports of DataTreasury's Expert John E. Hiles; FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); D014161-185 (DataTreasury Corp.: Review of Business Strategy, dated February 2000); D059384; D056177-182; D034206-207; and D059799. |
| In the context of a "central data processing subsystem":<br><br>"sending … the paper transaction data and the subsystem identification information" | -- electronically sending both the extracted paper transaction data and subsystem identification information from the central data processing subsystem to a location outside of the central data processing subsystem -- | The language of the claims; '988 patent, including cols. 1:9-15, 2:3-12, 4:60-5:9, 15:31-34, 20:11-65 and 22:9-12, Figs. 1 and 6, and abstract, and the corresponding sections of the '137 patent; '988 patent file history, including 10/23/1998 Petition to Make Special; '137 patent file history, including 2/16/1999 Petition to Make Special; and FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000). |

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
|---|---|---|
| In the context of a "central data processing subsystem":<br><br>"verifying … the paper transaction data and the subsystem identification information" | -- centrally checking or testing the accuracy, exactness or authenticity of both the extracted paper transaction data and subsystem identification information by comparison with known data or a recognized standard or authority -- | The language of the claims; '988 patent, including cols. 1:27-39, 2:23-67, 3:1-15, 4:18-21 and 14:62-15:9, Fig. 1, and abstract, and the corresponding sections of the '137 patent; '137 patent, including cols. 21:62-22:40 and Fig. 10; '988 patent file history, including 10/23/1998 Petition to Make Special, 12/29/1998 Office Action, and 2/5/1999 Amendment and Response, including p. 4; '137 patent file history, including 2/16/1999 Petition to Make Special; WO99/11021 prosecution history, including 10/24/2005 Communication; NEW WEBSTER'S COMPREHENSIVE DICTIONARY (1985) (to examine or test the correctness or authenticity of); WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY (1993) (to check or test the accuracy or exactness of: confirm the truth or truthfulness of by or as if by comparison with known data or a recognized standard or authority); FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); D014161-185 (DataTreasury Corp.: Review of Business Strategy, dated February 2000); D059384; D056177-182; and D034206-207. |

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
|---|---|---|
| In the context of a "central data processing subsystem":<br><br>"storing the paper transaction data and the subsystem identification information" | -- centrally electronically recording both the extracted paper transaction data and subsystem identification information in permanent or semi-permanent form in auxiliary storage devices that permit later retrieval of that data and information -- | The language of the claims; '988 patent, including cols. 4:60-5:9, 7:25-28, 14:19-42, and 16:13-65, Figs. 1 and 6, and the corresponding sections of the '137 patent; '988 patent file history, including 10/23/1998 Petition to Make Special; '137 patent file history, including 2/16/1999 Petition to Make Special; IBM DICTIONARY OF COMPUTING (10th ed. 1994) (The terms storage and memory are sometimes used loosely as synonyms. In a more precise and useful sense, the term memory pertains to the part of storage in which instructions are executed (main storage or execution space) and excludes auxiliary storage devices such as disks, diskettes, mass storage devices, and magnetic tape.); MICROSOFT PRESS COMPUTER DICTIONARY (3d ed. 1997) (recording computer data in permanent or semi-permanent form in auxiliary storage devices); FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); D014161-185 (DataTreasury Corp.: Review of Business Strategy, dated February 2000); and D059799. |
| **Claim 26** | | |
| Preamble: "method for central management, storage and verification of remotely captured paper transactions from checks" | -- method for centrally managing paper transaction data, centrally storing paper transaction data, and centrally verifying paper transaction data of remotely captured images of checks --<br><br>Preamble is limiting. | The language of the claims; '988 patent, including cols. 3:25-35, 4:60-5:9, 14:19-27, 20:66-21:32, and 21:49-60, and the corresponding sections of the '137 patent; '137 patent, including cols. 21:62-22:40 and Fig. 10; '137 patent file history, including 2/16/1999 Petition to Make Special; FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); D014161-185 (DataTreasury Corp.: Review of Business Strategy, dated February 2000); D059384; D056177-182; D034206-207; and D059799. |

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
|---|---|---|
| Preamble: "verification of remotely captured paper transactions . . ." | -- centrally checking or testing the accuracy, exactness or authenticity of the extracted paper transaction data by comparison with known data or a recognized standard or authority --<br><br>Preamble is limiting. | The language of the claims; '988 patent, including cols. 1:27-39, 2:23-67, 3:1-15, 4:18-21 and 14:62-15:9, Fig. 1, and abstract, and the corresponding sections of the '137 patent; '137 patent, including cols. 21:62-22:40 and Fig. 10; '988 patent file history, including 10/23/1998 Petition to Make Special; '137 patent file history, including 2/16/1999 Petition to Make Special; NEW WEBSTER'S COMPREHENSIVE DICTIONARY (1985) (to examine or test the correctness or authenticity of); WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY (1993) (to check or test the accuracy or exactness of: confirm the truth or truthfulness of by or as if by comparison with known data or a recognized standard or authority); FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); D014161-185 (DataTreasury Corp.: Review of Business Strategy, dated February 2000); D059384; D056177-182; and D034206-207. |
| "image" | -- an electronic representation of an original check, such as a digital bitmap representation called a Bitmap Image, digitally recorded by an opto-electronic scanning or other recording device -- | The language of the claims; '988 patent, including cols. 5:45-57, 7:52-60, and 20:66-21:32, and Fig. 3B, and the corresponding sections of the '137 patent; '988 patent file history, including 10/23/1998 Petition to Make Special, and 2/5/1999 Amendment and Response, including p. 4; '137 patent file history, including 2/16/1999 Petition to Make Special; IBM DICTIONARY OF COMPUTING (10th ed. 1994) (an electronic representation of an original document recorded by a scanning device); FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); D059384; D056177-182; D034206-207; and D059799. |

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
| --- | --- | --- |
| "subsystem identification information" | -- information that identifies the remote data access subsystem, or a subsystem that is a part of the remote data access subsystem -- | The language of the claims; '988 patent, including cols. 7:52-8:43, 9:9-10:67, 16:66-19:64 and 20:66-21:32, and Figs. 3A, 3B and 8, and the corresponding sections of the '137 patent; '137 patent, including cols. 21:62-22:40 and Fig. 10; '988 patent file history, including 10/23/1998 Petition to Make Special, and 2/5/1999 Amendment and Response, including p. 4; '137 patent file history, including 2/16/1999 Petition to Make Special; PLAINTIFF DATATREASURY'S RESPONSE TO DEFENDANTS INGENICOS' THREE MOTIONS FOR SUMMARY JUDGMENT OF INVALIDITY, including all Declarations and Rebuttal Reports of DataTreasury's Expert John E. Hiles; FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); D014161-185 (DataTreasury Corp.: Review of Business Strategy, dated February 2000); D059384; D056177-182; D034206-207; and D059799. |
| "said transaction data including a payer bank's identification number, a payer bank's routing number, a payer bank's routing information, a payer's account number, a payer's check, a payer bank's draft, a check amount, a payee bank's identification number, a payee bank's routing information, and a payee's account number" | -- an image of a paper check must include at least each of the following paper transaction data and no less: a payer bank's identification number, a payer bank's routing number, a payer bank's routing information, a payer's account number, a payer's check, a payer bank's draft, a check amount, a payee bank's identification number, a payee bank's routing information, and a payee's account number -- | The language of the claims; '137 patent, including cols. 21:62-22:40 and Fig. 10; WO99/11021 prosecution history, including original claim 52; '988 patent file history, including 10/23/1998 Petition to Make Special, and 2/5/1999 Amendment and Response, including p. 4; and '137 patent file history, including 2/16/1999 Petition to Make Special, and 2/5/1999 Preliminary Amendment. |

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
|---|---|---|
| "central location" | -- "central location" is synonymous and used interchangeably with a central data processing subsystem at that location: a centralized subsystem, that is, a subsystem located at the center of the system communicatively connected, directly or indirectly, to all of the remote data access subsystems and to which all of the remote data access subsystems transmit encrypted images of checks containing paper transaction data and encrypted subsystem identification information -- | The language of the claims; '988 patent, including cols. 1:9-15, 4:60-5:9 and 14:19-27, and Figs. 1, 4 and 6-9, and the corresponding sections of the '137 patent; '988 patent file history, including 10/23/1998 Petition to Make Special; '137 patent file history, including 2/16/1999 Petition to Make Special; U.S. Patent Appln. No. 09/454,492 (Ballard) prosecution history, including 7/3/2001 Office Action, 1/2/2002 Amendment in Response to the First Office Action, and 4/8/2003 Amendment; IBM DICTIONARY OF COMPUTING (10th ed. 1994) (centralized network as synonym for star network; a radial, or star-like, configuration of nodes connected to a central controller or computer in which each node exchanges data directly with the central node; Fig. 140); MICROSOFT PRESS COMPUTER DICTIONARY (3d ed. 1997) (each device (node) is connected to a central computer in a star-shaped configuration; a network consisting of a central computer (the hub) surrounded by terminals); DICTIONARY OF COMPUTERS, DATA PROCESSING & TELECOMMUNICATIONS (1984) (centralized network as synonym for star network; a network configuration in which there is only one path between a central or controlling node and each end-point node); DICTIONARY OF INFORMATION TECHNOLOGY (3d ed. 1989) (each node is connected only to one central controller (host)); DICTIONARY OF COMPUTING: DATA COMMUNICATIONS, HARDWARE AND SOFTWARE BASICS, DIGITAL ELECTRONICS (1982); THE NEW IEEE STANDARD DICTIONARY OF ELECTRICAL AND ELECTRONICS TERMS (5th ed. 1993); FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); and D014161-185 (DataTreasury Corp.: Review of Business Strategy, dated February 2000). |

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
|---|---|---|
| "collecting ... [paper] transaction data at a central location" | -- gathering together or accumulating extracted paper transaction data by a central data processing subsystem -- | The language of the claims; '988 patent, including cols. 4:60-5:9 and 14:28-42, and Figs. 1 and 6, and the corresponding sections of the '137 patent; '988 patent file history, including 10/23/1998 Petition to Make Special; '137 patent file history, including 2/16/1999 Petition to Make Special; NEW WEBSTER'S COMPREHENSIVE DICTIONARY (1985) (to gather; to accumulate); and FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000). |
| "processing ... [paper] transaction data at a central location" | -- centrally systematically performing operations upon the paper transaction data, necessarily including: decrypting the received encrypted images of checks, extracting the paper transaction data from the images, performing meaningful analysis of the paper transaction data, and generating informative reports based on the paper transaction data, in contrast to the processing overhead of operating systems and networks and for implementing communication protocols -- | The language of the claims; '988 patent, including cols. 1:9-15, 2:3-12, 4:52-53, 4:60-5:9, 14:19-27, 20:66-21:32, and 21:49-60, Figs. 1, 3A and 8, and abstract, and the corresponding sections of the '137 patent; '988 patent file history, including 10/23/1998 Petition to Make Special; '137 patent file history, including 2/16/1999 Petition to Make Special; IBM DICTIONARY OF COMPUTING (10th ed. 1994) (systematic performance of operations upon data); DICTIONARY OF COMPUTERS, DATA PROCESSING & TELECOMMUNICATIONS (1984) (data processing performed at a single, central location on data from several locations); PLAINTIFF DATATREASURY'S RESPONSE TO DEFENDANTS INGENICOS' THREE MOTIONS FOR SUMMARY JUDGMENT OF INVALIDITY, including all Declarations and Rebuttal Reports of DataTreasury's Expert John E. Hiles; FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); D014161-185 (DataTreasury Corp.: Review of Business Strategy, dated February 2000); D059384; D056177-182; D034206-207; and D059799. |

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
| --- | --- | --- |
| "sending … [paper] transaction data at a central location" | -- electronically sending the extracted paper transaction data from the central data processing subsystem to a location outside of the central data processing subsystem -- | The language of the claims; '988 patent, including cols. 1:9-15, 2:3-12, 4:60-5:9, 15:31-34, 20:11-65 and 22:9-12, Figs. 1 and 6, and abstract, and the corresponding sections of the '137 patent; '988 patent file history, including 10/23/1998 Petition to Make Special; '137 patent file history, including 2/16/1999 Petition to Make Special; and FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000). |
| "storing … [paper] transaction data at a central location" | -- centrally electronically recording the extracted paper transaction data in permanent or semi-permanent form in auxiliary storage devices that permit later retrieval of that data -- | The language of the claims; '988 patent, including cols. 4:60-5:9, 7:25-28, 14:19-42, and 16:13-65, Figs. 1 and 6, and the corresponding sections of the '137 patent; '988 patent file history, including 10/23/1998 Petition to Make Special; '137 patent file history, including 2/16/1999 Petition to Make Special; IBM DICTIONARY OF COMPUTING (10th ed. 1994) (The terms storage and memory are sometimes used loosely as synonyms. In a more precise and useful sense, the term memory pertains to the part of storage in which instructions are executed (main storage or execution space) and excludes auxiliary storage devices such as disks, diskettes, mass storage devices, and magnetic tape.); MICROSOFT PRESS COMPUTER DICTIONARY (3d ed. 1997) (recording computer data in permanent or semi-permanent form in auxiliary storage devices); FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); D014161-185 (DataTreasury Corp.: Review of Business Strategy, dated February 2000); and D059799. |

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
|---|---|---|
| | **Claim 42** | |
| Preamble: "system for central management, storage and report generation of remotely captured paper transactions from checks" | -- a system that centrally manages paper transaction data, centrally stores paper transaction data, and centrally generates informative reports based on paper transaction data of remotely captured images of checks --<br><br>Preamble is limiting. | The language of the claims; '988 patent, including cols. 3:25-35, 4:60-5:9, 14:19-27, 20:66-21:32, and 21:49-60, and the corresponding sections of the '137 patent; '137 patent, including cols. 21:62-22:40 and Fig. 10; '137 patent file history, including 2/16/1999 Petition to Make Special; FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); D014161-185 (DataTreasury Corp.: Review of Business Strategy, dated February 2000); D059384; D056177-182; D034206-207; and D059799. |
| "one or more remote data access subsystems for … verifying transaction data from the checks" | -- remote data access subsystem(s) check or test the accuracy, exactness or authenticity of the paper transaction data by comparison with known data or a recognized standard or authority -- | The language of the claims; '988 patent, including cols. 1:27-39, 2:23-67, 3:1-15, 4:18-21 and 14:62-15:9, Fig. 1, and abstract, and the corresponding sections of the '137 patent; '137 patent, including cols. 7:51-8:43 and 21:62-22:40 and Figs. 2, 3A, 3B and 10; '988 patent file history, including 10/23/1998 Petition to Make Special, 12/29/1998 Office Action, and 2/5/1999 Amendment and Response, including p. 4; '137 patent file history, including 2/16/1999 Petition to Make Special; WO99/11021 prosecution history, including 10/24/2005 Communication; NEW WEBSTER'S COMPREHENSIVE DICTIONARY (1985) (to examine or test the correctness or authenticity of); WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY (1993) (to check or test the accuracy or exactness of: confirm the truth or truthfulness of by or as if by comparison with known data or a recognized standard or authority); FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); D014161-185 (DataTreasury Corp.: Review of Business Strategy, dated February 2000); D059384; D056177-182; and D034206-207. |

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
| --- | --- | --- |
| "subsystem identification information" | -- information that identifies the remote data access subsystem, or a subsystem that is a part of the remote data access subsystem -- | The language of the claims; '988 patent, including cols. 7:52-8:43, 9:9-10:67, 16:66-19:64, and 20:66-21:32, and Figs. 3A, 3B and 8, and the corresponding sections of the '137 patent; '137 patent, including cols. 21:62-22:40 and Fig. 10; '988 patent file history, including 10/23/1998 Petition to Make Special, and 2/5/1999 Amendment and Response, including p. 4; '137 patent file history, including 2/16/1999 Petition to Make Special; PLAINTIFF DATATREASURY'S RESPONSE TO DEFENDANTS INGENICOS' THREE MOTIONS FOR SUMMARY JUDGMENT OF INVALIDITY, including all Declarations and Rebuttal Reports of DataTreasury's Expert John E. Hiles; FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); D014161-185 (DataTreasury Corp.: Review of Business Strategy, dated February 2000); D059384; D056177-182; D034206-207; and D059799. |
| "capturing the checks" | -- opto-electronically acquiring images of checks, and recording the images in digital electronic form -- | The language of the claims; '988 patent, including cols. 5:45-57, 7:52-60, and 9:9-10:67, and Figs. 2, 3A and 3B, and the corresponding sections of the '137 patent; '137 patent, including cols. 21:62-22:40 and Fig. 10; '988 patent file history, including 10/23/1998 Petition to Make Special; '137 patent file history, including 2/16/1999 Petition to Make Special; U.S. Patent Appln. No. 09/454,492 (Ballard) prosecution history, including 7/3/2001 Office Action, 1/2/2002 Amendment in Response to the First Office Action, and 4/8/2003 Amendment; MICROSOFT PRESS COMPUTER DICTIONARY (3d ed. 1997); FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); and D059799. |

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
| --- | --- | --- |
| **Claim 43** | | |
| Preamble: "method for central management, storage and verification of remotely captured paper transactions from checks" | -- method for centrally managing paper transaction data, centrally storing paper transaction data, and centrally verifying paper transaction data extracted from remotely captured images of checks – <br><br> Preamble is limiting. | The language of the claims; '988 patent, including cols. 3:25-35, 4:60-5:9, 14:19-27, 20:66-21:32, and 21:49-60, and the corresponding sections of the '137 patent; '137 patent, including cols. 21:62-22:40 and Fig. 10; '137 patent file history, including 2/16/1999 Petition to Make Special; FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); D014161-185 (DataTreasury Corp.: Review of Business Strategy, dated February 2000); D059384; D056177-182; D034206-207; and D059799. |
| "subsystem identification information" | -- information that identifies the remote data access subsystem, or a subsystem that is a part of the remote data access subsystem -- | The language of the claims; '988 patent, including cols. 7:52-8:43, 9:9-10:67, 16:66-19:64, and 20:66-21:32, and Figs. 3A, 3B and 8, and the corresponding sections of the '137 patent; '137 patent, including cols. 21:62-22:40 and Fig. 10; '988 patent file history, including 10/23/1998 Petition to Make Special, and 2/5/1999 Amendment and Response, including p. 4; '137 patent file history, including 2/16/1999 Petition to Make Special; PLAINTIFF DATATREASURY'S RESPONSE TO DEFENDANTS INGENICOS' THREE MOTIONS FOR SUMMARY JUDGMENT OF INVALIDITY, including all Declarations and Rebuttal Reports of DataTreasury's Expert John E. Hiles; FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); D014161-185 (DataTreasury Corp.: Review of Business Strategy, dated February 2000); D059384; D056177-182; D034206-207; and D059799. |

| Claim Term, Phrase or Clause | SVPCo's Preliminary Construction | Supporting Evidence |
|---|---|---|
| "verifying the transaction data from the check" | -- centrally checking or testing the accuracy, exactness or authenticity of the received paper transaction data by comparison with known data or a recognized standard or authority -- | The language of the claims; '988 patent, including cols. 1:27-39, 2:23-67, 3:1-15, 4:18-21 and 14:62-15:9, Fig. 1, and abstract, and the corresponding sections of the '137 patent; '137 patent, including cols. 21:62-22:40 and Fig. 10; '988 patent file history, including 10/23/1998 Petition to Make Special, 12/29/1998 Office Action, and 2/5/1999 Amendment and Response, including p. 4; '137 patent file history, including 2/16/1999 Petition to Make Special; WO99/11021 prosecution history, including 10/24/2005 Communication; NEW WEBSTER'S COMPREHENSIVE DICTIONARY (1985) (to examine or test the correctness or authenticity of); WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY (1993) (to check or test the accuracy or exactness of: confirm the truth or truthfulness of by or as if by comparison with known data or a recognized standard or authority); FOCO D000970-1043 (DataTreasury Corp. Business Plan, v1.0.4.5, dated January 2000); D014161-185 (DataTreasury Corp.: Review of Business Strategy, dated February 2000); D059384; D056177-182; and D034206-207. |