IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, *Plaintiff* | § § § | |
| v. | § § | CIVIL ACTION NO. 2:04-cv-00085-DF |
| SMALL VALUE PAYMENTS COMPANY, *Defendant.* | § § § § | |

## NOTICE OF APPERANCE OF KARL RUPP

DataTreasury Corporation, Plaintiff in the above-entitled and numbered civil action, files this Notice of Appearance of **Karl Rupp**, and hereby notifies the court and all parties of record that, in addition to the attorneys already representing it, **Karl Rupp, State Bar No 24035243, 3232 McKinney Avenue, Suite 700, Dallas, Texas 75204,** will be appearing as attorney of record on Plaintiff's behalf in the above-styled and numbered cause. Notice of this designation has been provided to all other parties, according to the Federal Rules of Civil Procedure.

Respectfully submitted,

Karl A. Rupp
PROVOST UMPHREY LAW FIRM, LLP
3232 McKinney Avenue
Suite 700
Dallas, Texas 75204
(214) 744-3000 (phone)
(214) 744-3015 (fax)
krupp@provostumphrey.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument was served via email, on this 17th day of January, 2006, upon all counsel.

_____
Karl A. Rupp