IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION,<br>*Plaintiff* | § § § | |
| v. | § § | CIVIL ACTION NO. 2:04-cv-00085-DF |
| SMALL VALUE PAYMENTS<br>COMPANY,<br>*Defendant.* | § § § § | |

## NOTICE OF APPERANCE OF
## KARL RUPP

DataTreasury Corporation, Plaintiff in the above-entitled and numbered civil action, files this Notice of Appearance of **Karl Rupp**, and hereby notifies the court and all parties of record that, in addition to the attorneys already representing it, **Karl Rupp, State Bar No 24035243, 3232 McKinney Avenue, Suite 700, Dallas, Texas 75204,** will be appearing as attorney of record on Plaintiff's behalf in the above-styled and numbered cause. Notice of this designation has been provided to all other parties, according to the Federal Rules of Civil Procedure.

Respectfully submitted,

_____
Karl A. Rupp
PROVOST UMPHREY LAW FIRM, LLP
3232 McKinney Avenue
Suite 700
Dallas, Texas 75204
(214) 744-3000 (phone)
(214) 744-3015 (fax)
krupp@provostumphrey.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument was served via email, on this 17th day of January, 2006, upon all counsel.

_____
Karl A. Rupp