# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORP., <br> *Plaintiff* <br><br> vs. <br><br> SMALL VALUE PAYMENTS COMPANY <br> *Defendant* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. <br> 2:04-CV-85 <br> Hon. David J. Folsom |

## ORDER

The Court has reviewed Defendant's Small Value Payments Company's Motion to Compel Amended Preliminary Infringement Contentions and Plaintiff's response to the motion. The Court finds that Defendant's Motion to Compel is without merit and therefore is DENIED.

Signed this _____ day of January 2006.

_____
JUDGE PRESIDING