IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORP., § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. 2:04-CV-85 (DF) |
| § § | |
| SMALL VALUE PAYMENTS § | |
| COMPANY, § § | |
| Defendant. § § | |

## ORDER

Pursuant to the provisions of 28 U.S.C. § 636(b)(3) and the local rules for the assignment of duties to United States Magistrate Judges, it is hereby ordered that Defendant Small Value Payments Company's Motion to Compel Amended Preliminary Infringement Contentions (Doc. No. 26) is referred to the Honorable Caroline M. Craven for decision.

**SIGNED** this 19th day of January, 2006.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE