**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DATATREASURY CORP., | § | |
| *Plaintiff* | § | CIVIL ACTION NO. |
| | § | 2:04-CV-85 |
| vs. | § | Hon. David J. Folsom |
| | § | |
| SMALL VALUE PAYMENTS | § | |
| COMPANY | § | |
| *Defendant* | § | |

**CLAIMS CONSTRUCTION REPORT AND PREHEARING STATEMENT**

In accordance with the Agreed Docket Control Order dated July 25, 2005, and

Patent Local Rule 4-3, counsel for Plaintiff DataTreasury Corporation makes the

following statement.

DataTreasury proposes use of all the terms construed by the Court's Markman

Order entered on February 28, 2005 adopting Magistrate Craven's Report &

Recommendation entered on November 2, 2004. A copy of the Order and Report are

attached at Exhibit A and B, respectively. The only term DataTreasury seeks the Court to

construe is the term "Image." Parties are not in agreement as to the construction of this

term. However, Plaintiff represents they will attempt to work together to reach a

construction supported by the law and agreed upon by both Parties. At this time,

Plaintiff's proposes the following definition for the term "Image": ***An optically or***

***electronically formed representative reproduction of an object, for example, an optical***

***reproduction formed by a lens or mirror or an electroptical device such as a charge-***

***coupled device (CCD), or other optical system.*** Plaintiff may rely upon the dictionary

definition of the term "image" in <u>Webster's Third New International Dictionary,</u> attached

as Exhibit C.

Furthermore, DataTreasury represents they will attempt to work with Defendant

to reach a construction supported by the law and agreed upon by both Parties on as many

terms as possible.

Professor John Hiles may testify as to the construction of this term based on a

person skilled in the arts understanding of the intrinsic evidence.

Respectfully submitted,

_____
Rod A. Cooper
State Bar No. 90001628
**THE COOPER LAW FIRM**
545 E. John Carpenter Freeway, Suite 1460
Irving, Texas  75062
972.831.1188; 972.692.5445 (facsimile)

Edward L. Hohn
State Bar No. 09813240
D. Neil Smith
State Bar No. 00797450
**NIX, PATTERSON & ROACH, LLP**
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333; 903.645.4415 (facsimile)

Anthony Bruster
Texas Bar No. 24036280
**NIX PATTERSON & ROACH, L.L.P.**
2900 St Michael Drive, 5th Floor
Texarkana, Texas  75503
Tel, (903)774-3000; Fax (903)744-3015

Joe Kendall
State Bar No. 11260700
Karl Rupp
Texas Bar No. 24035243
**PROVOST \* UMPHREY**
3232 McKinney, Suite 700
Dallas, Texas 75204
214.744.3000; 214.744.3015 (facsimile)

Eric M. Albritton
State Bar No. 00790215
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas  75606-2649
903.757.8449; 903.758.7397 (facsimile)

## <u>CERTIFICATE OF SERVICE</u>

A true and correct copy of the above and foregoing document has been served electronically on all counsel of record for SVPCo on this 20th day of January, 2006:

Preston W. McGee
Flowers Davis, P.L.L.C.
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701

Of Counsel:
James H. Carter
James T. Williams
Jane Jaang
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004

Steve Belisle
Ronald A. Clayton
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, New York 10112-3801
*Attorneys for The Clearing House Payments Company*