IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORP. § | |
| *Plaintiff* § | |
| VS. § | No.: 2-04-CV- 85 (DF/CC) |
| § | JURY DEMAND |
| SMALL VALUE PAYMENTS CO. § | |
| (SVPCo) § | |
| *Defendant* | |

## (PROPOSED) ORDER

The Court having considered Plaintiff DataTreasury Corporation's Motion to Consolidate Claim Construction Proceedings with other Pending Action hereby GRANTS the consolidation of the two subject cases for claim construction proceedings only, and Orders deadlines as follows:

*DataTreasury v. MagTek*, Cause No.2:03CV459
*DataTreasury v. SVPCo*, Cause No. 2:04CV85

| | |
|---|---|
| Patentee files Opening Claim Construction Brief on Claim Construction issues | 1/31/06 |
| Accused Infringer files Responsive Claim Construction Brief on Claim Construction issues 2/14/06 | |
| Patentee files Reply Brief | 2/21/06 |
| Claim Construction Hearing (if necessary) | _____ |

These cases are consolidated for a *Markman* hearing and the *Markman* Order.

GRANTED this _____ day of _____, 2006.

_____
HONORABLE JUDGE