# Exhibit 4



UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
P.O. BOX 1450
ALEXANDRIA, VA 22313-1450
www.uspto.go

## *Ex Parte* Reexamination Filing Data - September 30, 2005

1. Total requests filed since start of ex parte reexam on 07/01/81 .................................... 7743

    a. By patent owner                     3221   42%
    b. By other member of public           4357   56%
    c. By order of Commissioner             165    2%

2. Number of filings by discipline

    a. Chemical Operation                  2420   31%
    b. Electrical Operation                2457   32%
    c. Mechanical Operation                2866   37%

3. Annual Ex Parte Reexam Filings

    | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
    |---|---|---|---|---|---|---|---|
    | 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
    | 1982 | 187 | 1990 | 297 | 1998 | 350 | | |
    | 1983 | 186 | 1991 | 307 | 1999 | 385 | | |
    | 1984 | 189 | 1992 | 392 | 2000 | 318 | | |
    | 1985 | 230 | 1993 | 359 | 2001 | 296 | | |
    | 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
    | 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
    | 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4. Number known to be in litigation ................................................. 1705   22%

5. Determinations on requests ....................................................... 7510

    a. No. granted ............................................................. 6846 ...... 91%

        (1) By examiner                    6740
        (2) By Director (on petition)       106

    b. No. denied .............................................................. 664 ...... 9%

        (1) By examiner                     629
        (2) Order vacated                    35

1

6. Total examiner denials (includes denials reversed by Director) .......... 735

    a. Patent owner requester     419    57%
    b. Third party requester     316    43%

7. Overall reexamination pendency (Filing date to certificate issue date)

    a. Average pendency     21.9 (mos.)
    b. Median pendency     17.2 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 23% | 29% | 13% | 26% |
| b. All claims cancelled | 7% | 12% | 19% | 10% |
| c. Claims changes | 70% | 59% | 68% | 64% |

9. Total ex parte reexamination certificates issued (1981 - present) .......... 5209

    a. Certificates with all claims confirmed     1363    26%
    b. Certificates with all claims canceled     526    10%
    c. Certificates with claims changes     3320    64%

10. Reexam claim analysis - requester is patent owner or 3rd party; or Comm'r initiated.

    a. Certificates _ PATENT OWNER REQUESTER .......... 2272

        (1) All claims confirmed     527    23%
        (2) All claims canceled     164    7%
        (3) Claim changes     1581    70%

    b. Certificates _ 3rd PARTY REQUESTER .......... 2803

        (1) All claims confirmed     819    29%
        (2) All claims canceled     332    12%
        (3) Claim changes     1652    59%

    c. Certificates _ COMM'R INITIATED REEXAM .......... 134

        (1) All claims confirmed     17    13%
        (2) All claims canceled     26    19%
        (3) Claim changes     91    68%