UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

------------------------------ x
DATATREASURY CORP.           :
                             :
            Plaintiff,       :  No. 2-04CV-85
      v.                     :
                             :
SMALL VALUE PAYMENTS COMPANY :
                             :
            Defendant.       :
------------------------------ x

ORDER

Pending before this Court is Defendant Small Value Payments Company's Motion to Stay. The Court, having considered the arguments of counsel, finds the motion to be well taken and grants the motion as follows:

IT IS HEREBY ORDERED that: (1) the previously scheduled trial date of October 10, 2006, is adjourned; (2) all proceedings in this case are stayed; and (3) the parties will appear before the Court on October 10, 2006, to apprise the Court of the status of the reexamination proceedings with respect to U.S. Patent Nos. 5,910,988 and 6,032,137 before the United States Patent & Trademark Office.

SIGNED this the ___ day of _____, 20___

_____

Datatreasury Corporation v. Small Value Payments Company                    Doc. 36 Att. 5