Datatreasury Corporation v. Small Value Payments Company

Doc. 38 Att. 4

DTC000099

D 066802

Dockets.Justia.com

# UNITED STATES DEPARTMENT OF COMMERCE
## Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231



| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO./TITLE |
|---|---|---|---|

## NOTICE TO FILE MISSING PARTS OF APPLICATION
### Filing Date Granted

An Application Number and Filing Date have been assigned to this application. However, the items indicated below are missing. The required items and fees identified below must be timely submitted ALONG WITH THE PAYMENT OF A SURCHARGE for items 1 and 3-6 below for □ large entity □ small entity (verified statement filed) in compliance with 37 CFR 1.27. The surcharge is set forth in 37 CFR 1.16(e). Applicant is given TWO MONTHS FROM THE DATE OF THIS NOTICE within which to file all required items and pay any fees required above to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

**If all required items on this form are filed within the period set above, the total amount owed by applicant as a □ large entity □ small entity (verified statement filed), is $_____**

□ 1. The statutory basic filing fee is:
- □ missing.
- □ insufficient.

Applicant must submit $_____ to complete the basic filing fee and/or file a verified small entity statement claiming such status (37 CFR 1.27).

☑ 2. Additional claim fees of $_____, including any multiple dependent claim fees, are required.
Applicant must either submit the additional claim fees or cancel additional claims for which fees are due.

□ 3. The oath or declaration:
- □ is missing.
- □ does not cover the newly submitted items.
- □ does not identify the application to which it applies.
- □ does not include the city and state or foreign country of applicant's residence

An oath or declaration in compliance with 37 CFR 1.63, including residence information and identifying the application by the above Application Number and Filing Date is required.

□ 4. The oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.

□ 5. The signature(s) to the oath or declaration is/are:
- □ missing.
- □ by a person other than inventor or person qualified under 37 CFR 1.42, 1.43, or 1.47.

A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.

The signature of the following joint inventor(s) is missing from the oath or declaration:

An oath or declaration listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date, as required.

□ 6. A $_____ processing fee is required since your check was returned without payment (37 CFR 1.21(m)).

□ 7. Your filing receipt was mailed in error because your check was returned without payment.

□ 8. The application does not comply with the Sequence Rules.
See attached "Notice to Comply with Sequence Rules 37 CFR 1.821-1.825."

□ 9. OTHER:

Direct the response and any questions about this notice to "Attention: Box Missing Parts."

**A copy of this notice MUST be returned with the response.**

Customer Service Center
Initial Patent Examination Division (703) 308-1202

FORM PTO-1533 (REV 7-96)

PART 3 - OFFICE COPY

☆U.S. GPO:1996-404-604/40515

DECLARATION
AND POWER OF ATTORNEY

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below at 201 et seq, underneath my name.

I believe I am the original, first and sole inventor (if only one name is listed at 201 below, or an original, first and joint inventor if plural names are listed at 201 et seq, below, of the subject matter which is claimed and for which a patent is sought on the invention entitled

REMOTE IMAGE CAPTURE WITH CENTRALIZED PROCESSING AND STORAGE

and for which a patent application:

☒ was filed in the United States on __August 27, 1997__

I hereby state that I have reviewed and understand the contents of the above identified application, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information known to me to be material to patentability as defined in Title 37, Code of Federal Regulations, §1.56.

I hereby claim foreign priority benefits under Title 35, United States Code, §119(a)-(d) of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

| EARLIEST FOREIGN APPLICATION(S), IF ANY, FILED PRIOR TO THE FILING DATE OF THE APPLICATION | | | |
|---|---|---|---|
| APPLICATION NUMBER | COUNTRY | DATE OF FILING (day, month, year) | PRIORITY CLAIMED |
| | | YES ☐  NO ☐ | YES ☐  NO ☐ |

I hereby claim the benefit under Title 35, United States Code, §119(e) of any United States provisional application(s) listed below.

| APPLICATION NUMBER | FILING DATE |
|---|---|
| | |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code §112, I acknowledge the duty to disclose information which is material to patentability as defined in Title 37, Code of Federal Regulations, §1.56 which became available between the filing date of the prior application and the national or PCT international filing date of this application:

| APPLICATION SERIAL NO. | FILING DATE | STATUS | | |
|---|---|---|---|---|
| | | PATENTED | PENDING | ABANDONED |
| | | | | |
| | | | | |

POWER OF ATTORNEY: As a named inventor, I hereby appoint S. Leslie Misrock (Reg. No. 18872), Harry C. Jones, III (Reg. No. 20280), Ben A. Terzian (Reg. No. 20060), Gerald J. Flintoft (Reg. No. 20833), David Weild, III (Reg. No. 21094), Jonathan A. Marshall (Reg. No. 24614), Barry D. Rein (Reg. No. 22411), Stanton T. Lawrence, III (Reg. No. 25730), Isaac Jarkovsky (Reg. No. 22713), Joseph V. Colaianni (Reg. No. 20019), Charles E. McKenney (Reg. No. 22793), Philip T. Shannon (Reg. No. 24279), Frank E. Morris (Reg. No. 24615), Charles E. Miller (Reg. No. 24576), Gideon D. Stern (Reg. No. 27469), John J. Lauter, Jr. (Reg. No. 27814), Brian M. Poissant (Reg. No. 28462), Brian D. Coggio (Reg. No. 27624), Rory J. Radding (Reg. No. 28749), Stephen J. Harbulak (Reg. No. 29166), Donald J. Goodell (Reg. No. 29766), James N. Palik (Reg. No. 25510), Thomas E. Friebel (Reg. No. 29258), Laura A. Coruzzi (Reg. No. 30742), Jennifer Gordon (Reg. No. 30753), Jon R. Stark (Reg. No. 30313), Allen A. Famucci (Reg. No. 30256), Geraldine F. Baldwin (Reg. No. 31232), Victor N. Balancia (Reg. No. 31231), Samuel B. Abrams (Reg. No. 30605), Steven I. Weisburd (Reg. No. 35492), Marcia H. Sundeen (Reg. No. 35889), Paul J. Zegger (Reg. No. 35621), Edward F. Bunton (Reg. No. 37110), Bruce J. Baker (Reg. No. 35291), Adrian M. Antler (Reg. No. 32605), Ann L. Gioilli (Reg. No. 31956), Sam Lynn Mandel (Reg. No. 31853), Mark A. Farley (Reg. No. 33170), and James G. Markey (Reg. No. 31636), all of Pennie & Edmonds LLP, whose address is 1155 Avenue of the Americas, New York, New York 10036-1667 K Street N.W., Washington, DC 20006 and 3300 Hillview Avenue, Palo Alto, CA 94304, and each of them, my attorneys, to prosecute this application, and to transact all business in the Patent and Trademark Office connected therewith.

(1)

| SEND CORRESPONDENCE TO: | PENNIE & EDMONDS LLP<br>1667 K STREET, N.W.<br>WASHINGTON, D.C. 20006 | | | DIRECT TELEPHONE CALLS TO:<br>PENNIE & EDMONDS LLP DOCKETING<br>(202) 496-4400 | |
|---|---|---|---|---|---|
| **1** | FULL NAME OF INVENTOR | LAST NAME BALLARD | FIRST NAME Claudio | MIDDLE NAME R. | |
|  | RESIDENCE & CITIZENSHIP | CITY Lloyd Harbor | STATE OR FOREIGN COUNTRY New York | COUNTRY OF CITIZENSHIP United States | |
|  | POST OFFICE ADDRESS | STREET 16 West Neck Court | CITY Lloyd Harbor | STATE OR COUNTRY New York | ZIP CODE 11743 |
| **2** | FULL NAME OF INVENTOR | LAST NAME | FIRST NAME | MIDDLE NAME | |
|  | RESIDENCE & CITIZENSHIP | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP | |
|  | POST OFFICE ADDRESS | STREET | CITY | STATE OR COUNTRY | ZIP CODE |
| **3** | FULL NAME OF INVENTOR | LAST NAME | FIRST NAME | MIDDLE NAME | |
|  | RESIDENCE & CITIZENSHIP | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP | |
|  | POST OFFICE ADDRESS | STREET | CITY | STATE OR COUNTRY | ZIP CODE |
| **4** | FULL NAME OF INVENTOR | LAST NAME | FIRST NAME | MIDDLE NAME | |
|  | RESIDENCE & CITIZENSHIP | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP | |
|  | POST OFFICE ADDRESS | STREET | CITY | STATE OR COUNTRY | ZIP CODE |
| **5** | FULL NAME OF INVENTOR | LAST NAME | FIRST NAME | MIDDLE NAME | |
|  | RESIDENCE & CITIZENSHIP | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP | |
|  | POST OFFICE ADDRESS | STREET | CITY | STATE OR COUNTRY | ZIP CODE |
| **6** | FULL NAME OF INVENTOR | LAST NAME | FIRST NAME | MIDDLE NAME | |
|  | RESIDENCE & CITIZENSHIP | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP | |
|  | POST OFFICE ADDRESS | STREET | CITY | STATE OR COUNTRY | ZIP CODE |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

| SIGNATURE OF INVENTOR | SIGNATURE OF INVENTOR | SIGNATURE OF INVENTOR |
|---|---|---|
| DATE 8/27/97 | DATE | DATE |
| SIGNATURE OF INVENTOR | SIGNATURE OF INVENTOR | SIGNATURE OF INVENTOR |
| DATE | DATE | DATE |

(2)

PEDC-99983

DTC000101

D 066804

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO./TITLE |
|---|---|---|---|

08/912,761

PENDLE S L 08508052
1457 K STREET NW
WASHINGTON DC 20005

DATE MAILED:

# NOTICE TO FILE MISSING PARTS OF APPLICATION
## Filing Date Granted

An Application Number and Filing Date have been assigned to this application. However, the items indicated below are missing. The required items and fees identified below must be timely submitted ALONG WITH THE PAYMENT OF A SURCHARGE for items 1 and 3-6 only of $_____ for ☐ large entity ☐ small entity in compliance with 37 CFR 1.27. The surcharge is set forth in 37 CFR 1.16(e). Applicant is given TWO MONTHS FROM THE DATE OF THIS NOTICE within which to file all required items and pay any fees required above to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

*If all required items on this form are filed within the period set above, the total amount owed by applicant as a ☐ large entity ☐ small entity (verified statement filed), is $_____*

☐ 1. The statutory basic filing fee is:
☐ missing.
☐ insufficient.
Applicant must submit $_____ to complete the basic filing fee and/or file a verified small entity
statement claiming such status (37 CFR 1.27).

☐ 2. Additional claim fees of $_____, including any multiple dependent claim fees, are required.
Applicant must either submit the additional claim fees or cancel additional claims for which fees are due.

☐ 3. The oath or declaration:
☐ is missing.
☐ does not cover the newly submitted items.
☐ does not identify the application to which it applies.
☐ does not include the city and state or foreign country of applicant's residence.
An oath or declaration in compliance with 37 CFR 1.63, including residence information and identifying the application by the above Application Number and Filing Date, is required.

☐ 4. The signature(s) to the oath or declaration is/are:
☐ missing.
☐ by a person other than the inventor or person qualified under 37 CFR 1.42, 1.43, or 1.47.
A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.

☐ 5. The signature of the following joint inventor(s) is missing from the oath or declaration:

An oath or declaration listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date, is required.

☐ 6. A $_____ processing fee is required since your check was returned without payment (37 CFR 1.21(m)).

☐ 7. Your filing receipt was mailed in error because your check was returned without payment.

☐ 8. The application does not comply with the Sequence Rules.
See attached "Notice to Comply with Sequence Rules 37 CFR 1.821-1.825."

☐ 9. OTHER:

Direct the response and any questions about this notice to "Attention: Box Missing Parts."

## A copy of this notice MUST be returned with the response.

Customer Service Center
Initial Patent Examination Division (703) 308-1202

FORM PTO-1533 (REV.7-96)          PART 2 - COPY TO BE RETURNED WITH RESPONSE          *U.S. GPO: 1996-404-469/40516



DTC000102

D 066805

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re: ☒ Application of:          Group Art Unit: Unassigned

    Claudio R. BALLARD

    ☒ Filed: August 27, 1997        Examiner: Unassigned

For:    **REMOTE IMAGE CAPTURE WITH**     Attorney Docket No.: 2269-003
       **CENTRALIZED PROCESSING AND**
       **STORAGE**

## VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS
### [37 CFR 1.9(f) and 1.27(b)] - Independent Inventor

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

As a below named inventor, I hereby declare that I qualify as an independent inventor as defined in 37 CFR 1.9(c) for purposes of paying reduced fees under section 41(a) and (b) of Title 35, United States Code, to the Patent and Trademark Office with regard to the invention entitled REMOTE IMAGE CAPTURE WITH CENTRALIZED PROCESSING AND STORAGE described in

    ☒ the specification filed herewith

I have not assigned, granted, conveyed or licensed and am under no obligation under contract or law to assign, grant, convey or license, any rights in the invention to any person who could not be classified as an independent inventor under 37 CFR 1.9(c) if that person had made the invention, or to any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

Each person, concern or organization to which I have assigned, granted, conveyed, or licensed or am under an obligation under contract or law to assign, grant, convey, or license any rights in the invention is listed below:

    ☐ no such person, concern, or organization
    ☒ persons, concerns or organizations listed below*

*NOTE: Separate verified statements are required from each named person, concern, or organization having rights to the invention averring to their status as small entities.
(37 CFR 1.27)

FEDC-9076T.1.

DTC000104

D 066807

FULL NAME  CSP Holdings, LLC
ADDRESS  16 West Neck Court
Lloyd Harbor, New York 11743
☐ INDIVIDUAL     ☒ SMALL BUSINESS CONCERN     ☐ NONPROFIT ORGANIZATION

FULL NAME
ADDRESS
☐ INDIVIDUAL     ☐ SMALL BUSINESS CONCERN     ☐ NONPROFIT ORGANIZATION

FULL NAME
ADDRESS
☐ INDIVIDUAL     ☐ SMALL BUSINESS CONCERN     ☐ NONPROFIT ORGANIZATION

FULL NAME
ADDRESS
☐ INDIVIDUAL     ☐ SMALL BUSINESS CONCERN     ☐ NONPROFIT ORGANIZATION

FULL NAME
ADDRESS
☐ INDIVIDUAL     ☐ SMALL BUSINESS CONCERN     ☐ NONPROFIT ORGANIZATION

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. [37 CFR 1.28 (b)]

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, and patent issuing thereon, or any patent to which this verified statement is directed.

Send correspondence to:

PENNIE & EDMONDS LLP
1667 K Street, N.W.
Washington, D.C. 20006

Direct Telephone calls to:
PENNIE & EDMONDS LLP
(202) 496-4400

| NAME OF INVENTOR Claudio R. Ballard | NAME OF INVENTOR | NAME OF INVENTOR |
|---|---|---|
| SIGNATURE OF INVENTOR | SIGNATURE OF INVENTOR | SIGNATURE OF INVENTOR |
| DATE 8/27/97 | DATE | DATE |
| NAME OF INVENTOR | NAME OF INVENTOR | NAME OF INVENTOR |
| SIGNATURE OF INVENTOR | SIGNATURE OF INVENTOR | SIGNATURE OF INVENTOR |
| DATE | DATE | DATE |

COPY

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:

C. BALLARD

Application No.: 08/917,761          Group Art Unit: 3642

Filed: August 27, 1997              Examiner:

For: REMOTE IMAGE CAPTURE WITH       Attorney Docket No.:
     CENTRALIZED PROCESSING AND       2269-003
     STORAGE

RESPONSE TO NOTICE TO FILE MISSING PARTS OF
APPLICATION, FILING DATE GRANTED and
SUBMISSION OF VERIFIED STATEMENT CLAIMING SMALL ENTITY STATUS

BOX MISSING PARTS
Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

In response to the Notice to File Missing Parts dated January 14, 1998, enclosed is the Declaration and Power of Attorney signed by the inventor Claudio R. BALLARD and form PTO-1533. Also enclosed is the Verified Statement Claiming Small Entity Status which has been signed by the inventor.

It is believed that a fee of $831.00 is due for this submission ($766.00 filing fee for small entity and $65.00 surcharge). Please charge the required fee to Pennie & Edmonds LLP Deposit Account No. 16-1150. A copy of this sheet is enclosed.

Respectfully submitted,



Allan A. Fanucci, Reg. No. 30,256

PENNIE & EDMONDS LLP
1667 K Street, N.W.
Washington, D.C. 20006

(202) 496-4400

DTC000105

D 066808



PATENT

0360
#55

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants : Karen Gross et al.

Application No. : 08/925,447

Filed : September 8, 1997

For : SINGLE TELEPHONE NUMBER ACCESS TO MULTIPLE COMMUNICATIONS

Docket No. : CDR-096-013

Date : February 2, 1998

Assistant Commissioner for Patents
2011 Jefferson Davis Highway
Washington, DC 20231

## GENERAL AUTHORIZATION UNDER 37 C.F.R. § 1.136(a)(3)

Sir:

With respect to the above-identified application, the Assistant Commissioner is authorized to treat any concurrent or future reply requiring a petition for an extension of time under 37 C.F.R. § 1.136(a)(3) for its timely submission as incorporating a petition therefor for the appropriate length of time. The Assistant Commissioner is also authorized to charge any fees which may be required, or credit any overpayment, to Deposit Account No. 19-1090.

Respectfully submitted,
Karen Gross et al.
SEED and BERRY LLP



Christopher L. Daley-Watson
Registration No. 34,807

CJD:kh

SEED and BERRY LLP
6300 Columbia Center
701 Fifth Avenue
Seattle, Washington 98104-7092
(206) 622-4900
FAX: (206) 682-6031

U:\CJD\ksD3836

DTC000106

D 066809

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:

C. BALLARD

Application No.: 08/917761

Filed: August 27, 1997

For: REMOTE IMAGE CAPTURE WITH
CENTRALIZED PROCESSING AND
STORAGE

Group Art Unit: 3642

Examiner: Unassigned

Attorney Docket No.:
2269-003

## INFORMATION DISCLOSURE STATEMENT UNDER
## 37 C.F.R. § 1.97 AND 1.98

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Pursuant to Applicant's duty of disclosure under
37 C.F.R. § 1.97 and 1.98, enclosed is a list of 22 references
on Form PTO-1449 entitled "List of References Cited by
Applicant". The references are listed in reverse
chronological order, copies of which are enclosed for the
Examiner's convenience.

It is respectfully requested that these references
be made of record in this application by the Examiner's
completion and return of the Form PTO-1449.

No fee is believed to be due for this submission,
since it is being made prior to issuance of a first Office
Action on the merits of the application identified above.
Should any fee be required, however, please charge such fee to
Pennie & Edmonds LLP Deposit Account No. 16-1150.

Respectfully submitted,

Alan A. Fanucci, Reg. No. 30,256

Date 3-5-98

PENNIE & EDMONDS LLP
1667 K Street, N.W., Suite 1000
Washington, DC 20006

(202) 496-4400

Enclosures

DTC000107

D 066810

PEDC-105592.1

ATTY. DOCKET NO. 2269-CO3  
APPLICATION NO. 08/917,761

APPLICANT: C. BALLARD

FILING DATE August 27, 1997  
GROUP 3662 2746

# LIST OF REFERENCES CITED BY APPLICANT

*(Use several sheets if necessary)*

## U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| MC | AA | 5,657,396 | 08/1997 | Rudolph et al. | 382 | 190 | |
| MC | AB | 5,657,389 | 08/1997 | Houvener | 380 | 23 | |
| MC | AC | 5,647,017 | 07/1997 | Smithies et al. | 382 | 119 | |
| MC | AD | 5,613,001 | 03/1997 | Bakhoum | 380 | 4 | |
| MC | AE | 5,604,640 | 02/1997 | Zipf et al. | 359 | 803 | |
| MC | AF | 5,602,933 | 02/1997 | Blackwell et al. | 382 | 116 | |
| MC | AG | 5,590,038 | 12/1996 | Pitroda | 395 | 241 | |
| MC | AH | 5,479,510 | 12/1995 | Olsen et al. | 380 | 24 | |
| MC | AI | 5,457,747 | 10/1995 | Drexler et al. | 380 | 24 | |
| MC | AJ | 5,436,970 | 07/1995 | Ray et al. | 380 | 23 | |
| MC | AK | 5,434,928 | 07/1995 | Wagner et al. | 382 | 187 | |
| MC | AL | 5,321,751 | 06/1994 | Ray et al. | 380 | 23 | |
| MC | AM | 5,283,829 | 02/1994 | Anderson | 380 | 24 | |
| MC | AN | 5,220,501 | 06/1993 | Lawlor et al. | 364 | 408 | |
| MC | AO | 5,173,594 | 12/1992 | McClure | 235 | 380 | |
| MC | AP | 5,144,115 | 09/1992 | Yoshida | 235 | 379 | |
| MC | AQ | 5,122,950 | 06/1992 | Benton et al. | 364 | 408 | |
| MC | AR | 4,960,981 | 10/1990 | Benton et al. | 235 | 379 | |
| MC | AS | 4,926,325 | 05/1990 | Benton et al. | 364 | 408 | |
| MC | AT | 4,843,220 | 06/1989 | Haun | 235 | 380 | |
| MC | AU | 4,750,201 | 06/1988 | Hodgson et al. | 379 | 144 | |
| MC | AV | 4,694,147 | 09/1987 | Amemiya et al. | 235 | 379 | |

## OTHER REFERENCES *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|
| | | | | | | YES | NO |
| AW | | | | | | | |
| AX | | | | | | | |

## FOREIGN PATENT DOCUMENTS

| EXAMINER | | DATE CONSIDERED |
|---|---|---|
| S. Carajalar | | 12/7/98 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:

C. BALLARD

Application No.: 08/917,761

Filed: August 27, 1997

For: REMOTE IMAGE CAPTURE WITH
CENTRALIZED PROCESSING AND
STORAGE

Group Art Unit: 3642

Examiner:

Attorney Docket No.:
2269-003

## SUBMISSION OF VERIFIED STATEMENT CLAIMING SMALL ENTITY STATUS

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Further to applicant's Response to Notice to File
Missing Parts of Application, enclosed is a Verified Statement
claiming Small Entity Status which has been signed by the
assignee to complete the file of this application.

Respectfully submitted,

Allan A. Fanucci, Reg. No. 30,256

PENNIE & EDMONDS LLP
1667 K Street, N.W.
Washington, D.C. 20006

(202) 496-4400

Date 5/20/98

PEDC-1151601.2

DTC000109

D 066812

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:

Claudio R. BALLARD

Application No.: 08/917,761

Filed: August 27, 1997

For: REMOTE IMAGE CAPTURE WITH
CENTRALIZED PROCESSING AND
STORAGE

Group Art Unit: 3642

Examiner:

Attorney Docket No.:
2269-003

VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS
[37 CFR 1.9(f) and 1.27(c)] - Small Business Concern

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

I hereby declare that I am an official of the small business concern empowered to act in behalf of
the concern identified below:

CSP Holdings, LLC
16 West Neck Court
Lloyd Harbor, New York 11743

I hereby declare that the above identified small business concern qualifies as a small business concern
as defined in 37 CFR 1.9(d), for purposes of paying reduced fees under section 41(a) and (b) of Title
35, United States Code, in that the number of employees of the concern, including those of its
affiliates, does not exceed 500 persons. For purposes of this statement, (1) the number of employees
of the business concern is the average over the previous fiscal year of the concern of the persons
employed on a full-time, part-time or temporary basis during each of the pay periods of the fiscal
year, and (2) concerns are affiliates of each other when either, directly or indirectly, one concern
controls or has the power to control the other, or a third party or parties controls or has the power
to control both.

I hereby declare that rights under contract or law have been conveyed to and remain with the small
business concern and/or there is an obligation under contract or law by the inventor(s) to convey
rights to the small business concern with regard to the invention, entitled REMOTE IMAGE
CAPTURE WITH CENTRALIZED PROCESSING AND STORAGE by Claudio R. BALLARD
described in Application No. 08/917,761 filed August 27, 1997.

If the rights held by the above identified small business concern are not exclusive, each individual,
concern or organization having rights to the invention is listed below and no rights to the invention
are held by any person, other than the inventor, who could not qualify as an independent inventor
under 37 CFR 1.9(c) if that person made the invention, or by any concern which would not qualify
as a small business concern under 37 CFR 1.9(d), or a nonprofit organization under 37 CFR 1.9(e).

FULL NAME:
ADDRESS:

☐ INDIVIDUAL   ☐ SMALL BUSINESS CONCERN   ☐ NONPROFIT ORGANIZATION

DTC000110

D 066813

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. [37 CFR 1.28 (b)]

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, and patent issuing thereon, or any patent to which this verified statement is directed.

Send correspondence to:

> PENNIE & EDMONDS LLP
> 1667 K Street, N.W.
> Washington, D.C. 20006

Direct telephone calls to:

> PENNIE & EDMONDS LLP
> (202) 496-4400

Name: _____

Title: _____PRESIDENT_____

Address: _____

_____

Signature: _____Claudio R. Tullar_____

Date: _____May 18, 1998_____

_____

P. 8/8

MAY 18, '98 13:39PM PENNIE & EDMONDS

PEDC:12891.1

DTC000111

D 066814



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:

Claudio R. BALLARD

Application No.: 08/917,761          Group Art Unit: 3642

Filed: August 27, 1997              Examiner:

For: REMOTE IMAGE CAPTURE WITH       Attorney Docket No.:
     CENTRALIZED PROCESSING AND      2269-003
     STORAGE

<u>SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT</u>

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Pursuant to applicant's duty of disclosure under 37 C.F.R. 1.56, enclosed are copies of 29 references for the Examiner's review and consideration. The references are listed on the enclosed Form PTO-1449. It is respectfully requested that the references be made of record in this application by the Examiner's completion and return of Form PTO-1449.

No fee or certification is believed to be due for this submission since the references are being submitted prior to a first Office Action being issued in the case. Should any fees be required, however, please charge such fees to Pennie & Edmonds LLP Deposit Account No. 16-1150.

Respectfully submitted,

_Allan A. Fanucci_
Allan A. Fanucci, Reg. No. 30,256

Date _9/3/98_

PENNIE & EDMONDS LLP
1667 K Street, N.W.
Washington, D.C. 20006

(202) 496-4400

RECEIVED
98 SEP 10 AM 7:23
GROUP 2700
PEC-1224H-1

ATTY. DOCKET: 2269-003
APPLICATION NO.: 08/917,761

APPLICANT: Claudio R. BALLARD
FILING DATE: August 27, 1997
GROUP: 2746

LIST OF REFERENCES CITED BY APPLICANT
(Use several sheets if necessary)

SEP 0 3 1998

U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| AA | 4,201,978 | 05/1980 | Nally | 340 | 146.3 | |
| AB | 4,264,809 | 04/1981 | Owens et al. | 235 | 379 | |
| AC | 4,326,258 | 04/1982 | de la Guardia | 364 | 515 | |
| AD | 4,417,136 | 11/1983 | Rushby et al. | 235 | 379 | |
| AE | 4,457,015 | 06/1984 | Nally et al. | 382 | 45 | |
| AF | 4,523,330 | 06/1985 | Cain | 382 | 57 | |
| AG | 4,555,617 | 11/1985 | Brooks et al. | 235 | 329 | |
| AH | 4,680,803 | 07/1987 | Dilella | 382 | 9 | |
| AI | 4,747,058 | 05/1988 | Ho | 364 | 478 | |
| AJ | 4,888,812 | 12/1989 | Dinan et al. | 382 | 7 | |
| AK | 5,091,968 | 02/1992 | Higgins et al. | 382 | 30 | |
| AL | 5,159,548 | 10/1992 | Caslavka | 364 | 408 | |
| AM | 5,175,682 | 12/1992 | Higashiyama et al. | 364 | 408 | |
| AN | 5,187,750 | 02/1993 | Behera | 382 | 7 | |
| AO | 5,204,811 | 04/1993 | Bednar et al. | 364 | 406 | |
| AP | 5,237,158 | 08/1993 | Kern et al. | 235 | 379 | |
| AQ | 5,274,567 | 12/1993 | Kallin et al. | 364 | 478 | |
| AR | 5,321,238 | 06/1994 | Kamata et al. | 235 | 379 | |
| AS | 5,345,090 | 09/1994 | Hludzinski | 250 | 566 | |
| AT | 5,444,794 | 08/1995 | Uhland, Sr. | 382 | 137 | |
| AU | 5,506,691 | 04/1996 | Bednar et al. | 358 | 402 | |
| AV | 5,544,043 | 08/1996 | Miki et al. | 364 | 406 | |
| AW | 5,602,936 | 02/1997 | Green et al. | 382 | 140 | |
| AX | 5,673,333 | 09/1997 | Johnston | 382 | 137 | |
| AY | 5,751,842 | 05/1998 | Riach et al. | 382 | 137 | |
| AZ | 5,764,673 | 05/1998 | Brooks et al. | 382 | 112 | |
| BA | 5,781,654 | 07/1998 | Carney | 382 | 137 | |
| BB | 5,784,503 | 07/1998 | Bleecker, III et al. | 382 | 206 | |
| BC | 5,787,403 | 07/1998 | Randle | 705 | 43 | |

EXAMINER: S. Campagnolo

DATE CONSIDERED:

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

PEC-19341.1
DTC000113
D 066816

MVDB, LLP        10/2/98    2:10:    PAGE 001/6    RightFAX

FAX RECEIVED 27c1

OCT 0 2 1998

Group 2700 2766

## Official

### McGuireWoods
### BATTLE & BOOTHE LLP

No. of Pages (including fax cover sheet): 06        Date: Friday, October 02, 1998 4:02:04 PM

If all pages are not received, please call the Fax Operator indicated below.

TO: Sal Cangialosi, Examiner

OFFICE/COMPANY/FIRM:    U.S. Patent & Trademark Office

PHONE NUMBER:                                    FAX NUMBER: 1-703-308-9051

FROM:        Linda L. Buchanan                    OFFICE:        RICHMOND

FAX OPERATOR: (804)775-7456                      FAX NUMBER:

SENDER'S DIRECT DIAL PHONE NUMBER:   1-804-775-1104

REMARKS:

This Fax is intended for the recipient indicated above. It may be confidential or protected from disclosure by the attorney-client privilege or work-product doctrine. If you have received this Fax in error, please mail it to: McGuire, Woods, Battle and Boothe, L.L.P., One James Center, 901 East Cary Street, Richmond, VA 23219. We will reimburse you for your postage. Thank you.

DTC000114

D 066817

**Official**

## McGUIREWOODS
## BATTLE & BOOTHE LLP

One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Telephone/TDD (804) 775-1000 • Fax (804) 775-1061

**Mark A. Taylor**
**Direct Dial: (804) 775-4388**

October 2, 1998

OCT 02 1998

**VIA FACSIMILE (703) 308-9051**
Assistant Commissioner for Patents
Box Non-Fee Amendment
Washington, D.C. 20231

Dear Sir:

Transmitted herewith for filing is a Submission in connection with the patent application of:

| | |
|---|---|
| Inventors: | Claudio R. Ballard |
| For: | REMOTE IMAGE CAPTURE WITH CENTRALIZED PROCESSING AND STORAGE |
| Filing Date: | August 27, 1997 |
| Serial No.: | 08/917,761 |
| Examiner: | Cangialosi, Sal |
| Art Unit: | 2642   2766 |
| Attorney Docket No.: | 2000976-0009 |

Enclosed are:

| | |
|---|---|
| X | Submission; |
| X | Supplemental Power of Attorney; |
| X | Statement Under 37 CFR 3.73(b). |

The Commissioner is hereby authorized to charge any additional fees, which may be required, or credit any over payment to Account No. 13-0437.

Respectfully submitted,

Mark A. Taylor
Registration No. 35,706

cc: J. Michael Martinez

\RIC\51104\foo\lucum\Ls\ExtraTrans for Submission 10-2-98.doc

www.mwbb.com

ALBANY • BALTIMORE • BRUSSELS • CHARLOTTE • CHARLOTTESVILLE • CHARLOTTESVILLE • CHICAGO • JACKSONVILLE • MOSCOW • NORFOLK • RICHMOND • TYSONS CORNER • WASHINGTON • ZURICH (OF COUNSEL)

DTC000115

D 066818

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

**FAX RECEIVED**

## Official

OCT 0 2 1998

Group 2700

In the patent
application of:    Claudio R. Ballard

Serial No.:    08/917,761
Filed:    August 27, 1997
Art Unit:    3642
Examiner:    Cangialosi, Sal
Attorney Docket No.: 2000976-0009
For:    REMOTE IMAGE CAPTURE WITH CENTRALIZED
    PROCESSING AND STORAGE

Assistant Commissioner for Patents
Box Non-Fee Amendment
Washington, D.C. 20231               October 2, 1998

## SUBMISSION

Sir:

The undersigned herein respectfully submits the enclosed Supplemental Power of
Attorney and accompanying Statement Under 37 CFR 3.73(b) for entry into the above
captioned application. The enclosed Supplemental Power of Attorney does not revoke the
present power of attorney assigned in the present application. Rather, the document is
intended to supplement the presently assigned attorney powers by granting power of attorney
to the attorney's listed in the enclosed Supplemental Power of Attorney.

The assignee's right to present the enclosed documents for entry in the present
application is established by the enclosed Statement Under 37 CFR 3.73(b).

It will be noted that the enclosed documents are facsimile copies reflecting a true,
original signature. The original documents will be filed once they are received from the
applicant.

It is therefore respectfully requested that the enclosed documents be entered in the
present application.

Respectfully submitted,

*Mark A. Taylor*

Mark A. Taylor
Attorney for Applicant
Registration No. 35,706

Assistant Commissioner for Patents
Serial No.: 08/917,761
October 2, 1998
Page No. 2

Correspondence directed to:
Mark A. Taylor, Esquire
McGuire Woods Battle & Boothe LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Telephone: (804) 775-4338
Facsimile: (804) 698-2244

\RIC311104\trademarks\T-Mei.zx\Rohrmann.ian 10-2-98.doc

cc: J. Michael Martinez, Esq.

DTC000117

D 066820

MWBB, LLP

From Claudio R. Ballard To Mark A Taylor McGuire, Mele...

Date 9/29/98 Time 12   PM

Page 2 of 2

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In the patent
application of:        Claudio R. Ballard

FAX RECEIVED
OCT 0 2 1998
Group 2700

Serial No.:         08/917,761
Filed:              August 27, 1997
Art Unit:           3662
Examiner:           Carter, M.
Attorney Docket No.: 2009975-0009
For:                REMOTE IMAGE CAPTURE WITH CENTRALIZED
                    PROCESSING AND STORAGE

Commissioner for Patents
Washington, D.C. 20231

## SUPPLEMENTAL POWER OF ATTORNEY

Sir:

I hereby appoint J. Michael Martinez de Andino, Reg. No. 35,378; Mark A. Taylor, Reg. No. 35,706; Philip D. Lane, Reg. No. 41,140 and David E. Baker, 42,285; all attorneys of the firm of McGuire, Woods, Battle & Booth LLP, One James Center, 901 East Cary Street, Richmond, Virginia 25219, telephone number (804) 775-1031, as supplemental attorneys to prosecute the application identified above and transact all business in the Patent and Trademark Office connected therewith.

I represent the assignee of record of the entire interest. A certificate under 37 CFR Section 3.73(b), is enclosed.

Respectfully submitted,

[signature]

Claudio R. Ballard
President
CSP Holdings, LLC

Correspondence directed to:
J. Michael Martinez de Andino, Esquire
McGuire Woods Battle & Booth LLP
One James Center
901 East Cary Street
Richmond, Virginia 21219-4030
Telephone: (804) 775-1033

## Official

**FAX RECEIVED**

**OCT 0 2 1998**

Group 3700

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Approved for use through 06/30/99. OMB 0651-0027
PTO/SB/41 (2/97)
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

### STATEMENT UNDER 37 CFR 3.73(b)

| | |
|---|---|
| Applicant/Patent Owner: | Claudio R. Ballard |
| Application No./Patent No.: | 08/917,761 | Filed/Issue Date: | August 27, 1997 |
| Entitled: | REMOTE IMAGE CAPTURE WITH CENTRALIZED PROCESSING AND STORAGE |

CSP Holdings, LLC _____ , a _____ corporation
*(Name of Assignee)*                                    *(Type of Assignee, i.e., corporation, partnership, university, government agency, etc.)*

states that it is:

1. [X] the assignee of the entire right, title, and interest; or

2. [ ] an assignee of an undivided part interest

in the patent application/patent identified above by virtue of either:

A. [ ] An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the Patent and Trademark Office at Reel _____ , Frame _____ , or for which a copy thereof is attached.

OR

B. [ ] A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as shown below:

1. From: _____   To: _____
   The document was recorded in the Patent and Trademark Office at
   Reel _____ , Frame _____ , or for which a copy thereof is attached.

2. From: _____   To: _____
   The document was recorded in the Patent and Trademark Office at
   Reel _____ , Frame _____ , or for which a copy thereof is attached.

3. From: _____   To: _____
   The document was recorded in the Patent and Trademark Office at
   Reel _____ , Frame _____ , or for which a copy thereof is attached.

[ ] Additional documents in the chain of title are listed on a supplemental sheet.

[ ] Copies of assignments or other documents in the chain of title are attached.

**NOTE:** A separate copy (i.e., the original assignment document or a true copy of the original document) must be submitted to Assignment Division in accordance with 37 CFR Part 3, if the assignment is to be recorded in the records of the PTO. See MPEP 302-302.08.

The undersigned (whose title is supplied below) is empowered to sign this statement on behalf of the assignee.

| | |
|---|---|
| September 30, 1998 | *(signature)* Claudio R. Ballard |
| Date | Claudio R. Ballard |
| | Typed or printed name |
| | President |
| | Title |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington DC 20231.

DTC000119

D 066822

From: Claudio R. Ballard To: Mark A. Taylor - Mc6...........................Date: 9/29/08 Time: .......... :30 PM

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In the patent
application of:    Claudio R. Ballard

Serial No.:    08/917,761
Filed:    August 27, 1997
Art Unit    3662
Examiner    Carter, M.
Attorney Docket No.: 2000976-0009
For:    REMOTE IMAGE CAPTURE WITH CENTRALIZED
PROCESSING AND STORAGE

Commissioner for Patents
Washington, D.C. 20231

Sir

## SUPPLEMENTAL POWER OF ATTORNEY

I hereby appoint J. Michael Martinez de Andino, Reg. No. 37,178; Mark A. Taylor, Reg. No. 35,706; Philip D. Lane, Reg. No. 41,140 and David E. Baker, 42,285; all attorneys of the firm of McGuire, Woods Battle & Boothe LLP, One James Center, 901 East Cary Street, Richmond, Virginia 23219, telephone number (804) 775-1033, as supplemental attorneys to prosecute the application identified above and transact all business in the Patent and Trademark Office connected therewith.

I represent the assignee of record of the entire interest. A certificate under 37 CFR Section 3.73(b) is enclosed.

Respectfully submitted,

Claudio R. Ballard
President
CSP Holdings, LLC

Correspondence directed to:
J. Michael Martinez de Andino, Esquire
McGuire Woods Battle & Boothe LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Telephone: (804) 775-1033



GROUP 2100
98 OCT -9 PM 2:42
RECEIVED

DTC000120

D 066823

From: Claudio R. Ballard To: Mark A. Taylor - Mo.    Date: 9/26/08    Time: 3:0 PM    Page 3 of 3

PTO-SB/24A (4-97)
Approved for use through 09/30/2000. OMB 0651-0021
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

## STATEMENT UNDER 37 CFR 3.73(b)

Applicant/Patent Owner: _____Claudio R. Ballard_____

Application No./Patent No.: ___08/917,76:___ Filed/Issue Date: ___August 27, 1997___

Entitled: ___REMOTE IMAGE CAPTURE WITH CENTRALIZED PROCESSING AND STORAGE___

___CSP Holdings, LLC___, a ___corporation___
(Name of Assignee)                                (Type of Assignee, e.g. corporation, partnership, university, government agency, etc.

states that it is:

1. ☒ the assignee of the entire right, title, and interest; or

2. ☐ an assignee of an undivided part interest

in the patent application/patent identified above by virtue of either:

A. ☒ An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the Patent and Trademark Office at Reel _9203_, Frame _0976_, or for which a copy thereof is attached.

OR

B. ☐ A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as shown below:

1. From: _____    To: _____
   The document was recorded in the Patent and Trademark Office at
   Reel _____, Frame _____, or for which a copy thereof is attached.

2. From: _____    To: _____
   The document was recorded in the Patent and Trademark Office at
   Reel _____, Frame _____, or for which a copy thereof is attached.

3. From: _____    To: _____
   The document was recorded in the Patent and Trademark Office at
   Reel _____, Frame _____, or for which a copy thereof is attached.

☐ Additional documents in the chain of title are listed on a supplemental sheet.

☐ Copies of assignments or other documents in the chain of title are attached.
NOTE: A separate copy (i.e. the original assignment document or a true copy of the original document) must be submitted to Assignment Division in accordance with 37 CFR Part 3, if the assignment is to be recorded in the records of the PTO. See MPEP 302-302.8)

The undersigned (whose title is supplied below) is empowered to sign this statement on behalf of the assignee.

| | |
|---|---|
| _September 30, 1998_ | _[signature] Claudio R Ballard_ |
| Date | Signature |
| | Claudio R. Ballard |
| | Typed or printed name |
| | President |
| | Title |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington DC 20231.

GROUP 2100

98 OCT -9 PM 2:42

RECEIVED

DTC000121

D 066824

Certification Under 37 C.F.R. 3.73(b)

**EXPRESS MAIL**

Enclosed for filing is a Submission for REMOTE IMAGE CAPTURE WITH
CENTRALIZED PROCESSING AND STORAGE, Supplemental Power of Attorney,
and Statement Under 37 CFR 3.73(b), along with a transmittal letter and a self-
addressed return postcard.

"Express Mail" mailing Label No. EM395358920US

Date of Deposit 10/2/98

I hereby certify that this paper or fee is being deposited with the United States
Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R.
1.10 on the date indicated above and is addressed to the Assistant
Commissioner for Patents, Box Non-Fee Amendment, Washington, D.C. 20231.

Diane F. Petree
(Name of Person Mailing Paper or Fee)

Signature of person mailing or fee

\\RTC511104\bulawan\Lakota\Submission-expmail.doc

RECEIVED
98 OCT -9 PM 2:42
GROUP 2700

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In the patent
application of:    Claudio R. Ballard

| | |
|---|---|
| Serial No.: | 08/917,761 |
| Filed: | August 27, 1997 |
| Art Unit: | 3642 |
| Examiner: | Carter, M |
| Attorney Docket No.: | 2000976-0009 |
| For: | REMOTE IMAGE CAPTURE WITH CENTRALIZED<br>PROCESSING AND STORAGE |

Commissioner for Patents
Washington, D.C. 20231

## SUPPLEMENTAL POWER OF ATTORNEY

Sir:

I hereby appoint J. Michael Martinez de Andino, Reg. No. 37,178, Mark A. Taylor, Reg. No. 35,706; Philip D. Lane, Reg. No. 41,140 and David E. Baker, 42,285, all attorneys of the firm of McGuire, Woods, Battle & Boothe LLP, One James Center, 901 East Cary Street, Richmond, Virginia 23219, telephone number (804) 775-1033, as supplemental attorneys to prosecute the application identified above and transact all business in the Patent and Trademark Office connected therewith.

I represent the assignee of record of the entire interest. A certificate under 37 CFR Section 3.73(b) is enclosed.

Respectfully submitted,



Claudio R. Ballard
President
CSP Holdings, LLC

Correspondence directed to:
J. Michael Martinez de Andino, Esquire
McGuire Woods Battle & Boothe LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Telephone   (804) 775-1033
\RICH1\04\mcmartux\supplemental Power of Atty.doc

RECEIVED
OCT 15 1998
Group 2100

GROUP 2700
RECEIVED
98 OCT 16 PM 1:06

GROUP 2700
RECEIVED
98 OCT 22 AM 9:34

Certification Under 37 C.F.R. 3.73(b)

**EXPRESS MAIL**



Enclosed for filing is a Submission for REMOTE IMAGE CAPTURE WITH
CENTRALIZED PROCESSING AND STORAGE, original signed Supplemental
Power of Attorney, and Statement Under 37 CFR 3.73(b), along with a
transmittal letter and a self-addressed return postcard.

"Express Mail" mailing Label No.    EM395358686US

Date of Deposit 10/8/98

I hereby certify that this paper or fee is being deposited with the United States
Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R.
1.10 on the date indicated above and is addressed to the Assistant
Commissioner for Patents, Box Non-Fee Amendment, Washington, D.C. 20231.

<u>Linda L. Buchanan</u>
(Name of Person Mailing Paper or Fee)

<u>signature</u>
Signature of person mailing or fee

DTC000124

D 066827

PTO/SB/24,6-98)
Approved for use through 09/30/2000. OMB 0651-3031
Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# STATEMENT UNDER 37 CFR 3.73(b)

Applicant/Patent/Owner: _____Claudio R. Ballard_____

Application No./Patent No. _____08/917,761_____ Filed/Issue Date: ___August 27, 1997____

Entitled: ___REMOTE IMAGE CAPTURE WITH CENTRALIZED PROCESSING AND STORAGE____

_____CSP Holdings, LLC_____, a ____corporation_____,
(Name of Assignee)                                                                        (Type of Assignee, e.g. corporation, partnership, university, government agency, etc.)

states that it is:

1. ☒ the assignee of the entire right, title, and interest; or

2. ☐ an assignee of an undivided part interest

in the patent application/patent identified above by virtue of either:

A. ☒ An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the
Patent and Trademark Office at Reel _9203_, Frame _0576_, or for which a copy thereof is attached.

OR

B. [ ] A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as shown below:

  1. From: _____ To: _____
     The document was recorded in the Patent and Trademark Office at
     Reel _____, Frame _____, or for which a copy thereof is attached.

  2. From: _____ To: _____
     The document was recorded in the Patent and Trademark Office at
     Reel _____, Frame _____, or for which a copy thereof is attached.

  3. From: _____ To: _____
     The document was recorded in the Patent and Trademark Office at
     Reel _____, Frame _____, or for which a copy thereof is attached.

[ ] Additional documents in the chain of title are listed on a supplemental sheet.

[ ] Copies of assignments or other documents in the chain of title are attached.
**NOTE:** A separate copy (i.e. the original assignment document or a true copy of the original document)
must be submitted to Assignment Division in accordance with 37 CFR Part 3, if the assignment is to be
recorded in the records of the PTO. _See_ MPEP 302-302.8).

The undersigned (whose title is supplied below) is empowered to sign this statement on behalf of the assignee.

_____September 30, 1998_____                  ___[signature]_____
Date                                                                          Signature

                                   ___Claudio R. Ballard_____
                                   Typed or printed name

                                   ___President_____
                                   Title

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

OCT 0 8 1998

DTC000125

D 066828



**McGuireWoods**
**Battle & Boothe** LLP

One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Telephone/TDD (804) 775-1000 • Fax (804) 775-1061

**Mark A. Taylor**
**Direct Dial: (804) 775-4388**

October 8, 1998

Assistant Commissioner for Patents
Box Non-Fee Amendment
Washington, D.C. 20231

Dear Sir:

Transmitted herewith for filing is a Submission in connection with the patent application

of:

| | |
|---|---|
| Inventors: | Claudio R. Ballard |
| For: | REMOTE IMAGE CAPTURE WITH CENTRALIZED PROCESSING AND STORAGE |
| Filing Date: | August 27, 1997 |
| Serial No.: | 08/917,761 |
| Examiner: | Cangialosi, Sal |
| Art Unit: | 3642 |
| Attorney Docket No.: | 2000976-0009 |

Enclosed are:

- X Submission;
- X Supplemental Power of Attorney;
- X Statement Under 37 CFR 3.73(b);
- X* Express Mail Certificate; and
- X a self-addressed stamped return postcard.

The Commissioner is hereby authorized to charge any additional fees, which may be required, or credit any over payment to Account No. 13-0437.

Respectfully submitted.

*Mark A. Taylor*

Mark A. Taylor
Registration No. 35,706

www.mwbb.com

ALMATY • BALTIMORE • BRUSSELS • CHARLOTTE • CHARLOTTESVILLE • CHICAGO • JACKSONVILLE • MOSCOW • NORFOLK • RICHMOND • TYSONS CORNER • WASHINGTON • ZÜRICH (OF COUNSEL)

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

application of:        Claudio R. Ballard

Serial No.:           08/917,761
Filed:                August 27, 1997
Art Unit:             3642
Examiner:             Cangialosi, Sal
Attorney Docket No.:  200976-0009
For:                  REMOTE IMAGE CAPTURE WITH CENTRALIZED
                      PROCESSING AND STORAGE

Assistant Commissioner for Patents
Box Non-Fee Amendment
Washington, D.C. 20231

October 8, 1998

## SUBMISSION

Sir:

In furtherance of my Submission of October 2, 1998, of Supplemental Power of Attorney documents and an accompanying Statement Under 37 CFR 3.73(b), the undersigned herein respectfully submits the original signed documents that have been received from the applicant.

It is respectfully requested that the enclosed be entered in the present application.

Respectfully submitted,

Mark A. Taylor
Attorney for Applicant
Registration No. 35,706

Correspondence directed to:
Mark A. Taylor, Esquire
McGuire Woods Battle & Boothe LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Telephone: (804) 775-4338
Facsimile: (804) 698-2244

CRU 3642

#11

Received
NOV 5 - 1998
Directors Office
Group 2700

## McGUIREWOODS
### BATTLE & BOOTHE LLP

One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Telephone/TDD (804) 775-1000 • Fax (804) 775-1061

J. MICHAEL MARTINEZ DE ANDINO
Direct Dial No.:
(804) 775-1033

Direct Fax No.:
(804) 698-2108

E-mail Address:
jmmartino@mwvb.com

October 23, 1998

Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

Transmitted herewith is information regarding patent application of:

Inventor: Claudio R. Ballard
Serial No.: 08/917,761
Filed: August 27, 1997
Art Unit: 3642
Examiner: Cangialosi, Sal
Title: REMOTE IMAGE CAPTURE WITH CENTRALIZED PROCESSING AND STORAGE

Received
OCT 3 0 1998
Group 2700

Enclosed herewith are:

✘ Copy of Supplemental Power of Attorney as originally filed;
✘ Petition to Make Special under 37 CFR § 1.182 and § 1.183;
✘ Information Disclosure Statement with References;
✘ PTO-1449 (modified);
✘ Check in the amount of $130.00;
✘ Certificate of Express Mail;
✘ and a Self-addressed, stamped return postcard.

The Commissioner is hereby authorized to charge any additional fees,
which may be required, or credit any overpayment to Account No. 13-0437. Two
additional copies of this sheet are attached.

Respectfully submitted,

By: _____
J. Michael Martinez de Andino
Attorney for Applicants
Registration No. 37,178

Dated: October 23, 1998

ALMATY • BALTIMORE • BRUSSELS • CHARLOTTE • CHARLOTTESVILLE • CHICAGO • JACKSONVILLE • MOSCOW • NORFOLK • RICHMOND • TYSONS CORNER • WASHINGTON • ZÜRICH (OF COUNSEL)

www.mwvb.com

10/27/1998 SLUANG    0000063 08917761
01 FC:122          130.00 OP



Application of:     Claudio R. Ballard

Serial No.:     08/917,761

Filed:     August 27, 1997

Art Unit:     3642

Examiner:     Cangialosi, Sal

Attorney Docket No.: 2000976-0009

For:     REMOTE IMAGE CAPTURE WITH CENTRALIZED
        PROCESSING AND STORAGE

**Received**

NOV 3 1998

Director's Office
Group 2700

Assistant Commissioner for Patents
Washington, D.C. 20231

October 23, 1998

## PETITION TO MAKE SPECIAL AND ACCELERATE EXAMINATION
## UNDER 37 CFR SECTION 1.102(d)

Sir:

    The applicant herein respectfully petitions under 37 CFR § 1.102(d) and in accordance with MPEP § 708.02 VIII for the accelerated examination of the above captioned application. Applicant herewith encloses the fee set forth in 37 CFR § 1.17(i) of $130.00.

    It is believed that all claims are directed to a single invention. Nevertheless, if the Office determines that all the claims are not directed to a single invention, the applicant will make an election without traverse. Since the applicant believes that all claims are directed to a single invention, should the Office determine otherwise, the applicant respectfully requests that established telephone restriction practice be followed and that the undersigned be contacted regarding an election.

    A pre-examination search was conducted including the following classes/subclasses:

    235/379; 235/380; 379/91; 379/96; 382/112; 382/115; 382/119; 382/137; 382/140;
382/284; 382/306; 382/395; 395/216; 395/217; 395/224; 395/226; 395/235; 395/236;
395/237; 395/238; 395/239; 395/240; 395/241; 395/242; 395/243; 395/244; 395/245; and
705/45.

    One copy each of the references deemed most closely related to the subject matter encompassed by the claims of the above captioned application are included in an Information Disclosure Statement, including PTO Form 1449, and in accordance with 37 CFR 1.97 and 1.98, filed concurrently herewith. The following is a detailed discussion of the references which points out with the particularity required by 37 CFR Section 111(b) and (c) how the claimed subject matter is patentable over the references.

DTC000129

D 066832

Nally, U.S. Patent No. 4,201,978 is directed to a document processing system which provides the automatic reading of handwritten amount characters located on bank checks for use in processing checks through the banking system. Included within the system are an optical character reader, a magnetic image character reader and a central processor. The device is configured to read handwritten images from checks and store information in a bank computer. Nally '978 does not include any form of data access subsystem that is remote from a central data processing subsystem and linked by communication network.

Owens et al., U.S. Patent No. 4,264,808 is directed to a method and apparatus for electronic image processing of documents for accounting purposes, especially in a banking environment. This patent does not teach or disclose a communication network for the transmission of transactional data within or between one or more data access subsystems and at least one data processing subsystem. Owens et al. '808 is also limited to check processing and does not teach any form of electronic transaction or signature or biometric data capture.

Amemiya et al., U.S. Patent No. 4,694,147 is directed to a terminal for use in a bank in processing transaction slips at a teller station. There, a terminal installed for use by a customer reads a writing image on a deposit or withdrawal slip, recognizes certain items on the slip and a master unit installed for teller use receives and recognizes image data and transmits part of the data to a host system after the teller has confirmed and corrected the display data. The Amemiya et al. '147 patent provides no arrangements for capturing electronic data from credit cards, smart cards or biometric or signature data and does not provide any systems for polling remote data access subsystems nor does it generate any reports. Further, the system provides no data management nor any data access controller.

Yoshida U.S. Patent No. 5,144,115 is directed toward a transaction-inquiring apparatus that allows a user to inquire about various transactions from an ATM machine and conduct transactional steps based on information retrieved, such as paying power bills or other bills. This device provides no remote data access subsystem for capturing and sending paper transaction data nor does it include any central data process system for processing, sending, verifying or storing the paper transaction data. Further, there is no signature interface nor any biometric information interface and the device does not verify and store such data in a central location.

McClure U.S. Patent No. 5,173,594 is directed to a receipt generator to produce written receipts at remote locations. This system is activated by charge cards and includes a telecommunications service and maintains billing records which are supplied at predetermined intervals to a receipt transmission computer. The primary use for the McClure '594 device is to provide a written receipt to credit card customers that is available after the card is used at a location convenient to the consumer. This device does not include any form of a paper transaction data capture apparatus nor does it include any arrangement for capturing signature data or biometric data. The McClure '594 device is limited in operation to provide a credit card receipt remote from the point of credit card use and does not provide the central identity data processing, verification and storage capabilities of the present invention.

DTC000130

D 066833

Higashiyama et al. U.S. Patent No. 5,175,682 is directed to an apparatus and method for processing checks received by a merchant. The device is intended to speed up the process that a check goes through in "clearing" an issuing bank. The device provides a point of sale terminal such as cash register that reads certain information from the check. This information is stored and the check information verified. A return transmission allows a check, once it has been put into a printer at the point of sale terminal, to be cancelled by the merchant. This device does not include any form of signature capture apparatus nor does it include any electronic or biometric data capture apparatus. The teaching of Higashiyama et al. '682 device is limited to its ability to verify and cancel checks at a point of sale.

Ray et al. U.S. Patent No. 5,321,751 is directed to a method and apparatus for credit card verification. There, a digital image of the credit card holder is encoded into the magnetic strip or into smart cards. This information can be read by a data input device known as a "reader" in Ray et al. '751. This device sends the information to a processor which includes a display to display the encoded image of the card holder. Additionally, the image may be verified by a remote facility. This device does not capture paper transaction data nor does it store the data obtained beyond the verification process. Further, there is no provision in Ray et al. '751 for providing a signature interface or biometric interface. Nor is there any provision for a paper scanner to capture signatures and other printed matter.

Ray et al. U.S. Patent No. 5,436,970 is directed to the same type of image verification for credit cards that is the subject of Ray et al. '751 patent, and the comments directed to the Ray et al. '751 patent are equally valid when applied to the Ray et al. '970 patent.

Drexler et al. U.S. Patent No. 5,457,747 is directed to a system for deterring fraud in the use of magnetic stripe cards for electronic benefit transfer system such as welfare programs, state entitlement programs or the like. The Drexler et al. card includes two data storage areas with one of the data storage areas including biometric identifying information of an individual authorized to use the card. The second area is used to write data authorizing limited use of the card to obtain benefits. The Drexler et al. is for use with a reader that can read the biometric data from the card and compare the data with data stored in a library. This device does not include any form of device for capturing and sending paper transaction data to a central data processing system to verify and store the data.

Bednar et al. U.S. Patent No. 5,506,691 patent discloses a method and apparatus for processing checks at remote sites. Included is a system for processing documents where images are captured and stored at the remote site while the codeline from a check is captured by a document processor and is concurrently transmitted to a central location where financial records are kept. According to Bednar et al. this has the advantageous effect of avoiding huge communication system requirements that would be necessary if images were to be passed from the remote site to the central site. In substantial contrast, the present application provides a communication network for transmitting images to a central data processing subsystem for processing, sending and verifying paper transaction data which is captured at remote locations.

Smithies et al. U.S. Patent No. 5,647,017 patent discloses a computer-based method and system for capturing and verifying a handwritten signature. This device uses an image capture apparatus that takes certain measurements known as "act of signing measurements" at the time that the user signs the check. The result of this is that the signature capture module creates a checksum of the document that was signed which can be used at a later date to verify the document. The Smithies et al. system does not include any form of data management subsystem for maintaining various forms of captured data, such as biometric data or smart card data and does not maintain a central data processing subsystem for processing, sending, verifying and storing paper transaction data.

However U.S. Patent No. 5,657,389 patent is directed to a system for positive identification of an individual primarily in the field of credit card use. A point of identity verification terminal is provided that includes an arrangement for inputting data presented by a particular individual. A database storage and retrieval site includes a plurality of digital image data unique to persons being identified. An arrangement for exchanging data between the point of verification and the database site is provided. This device does not include any form of arrangement for capturing and sending paper transaction data nor does it include any means for processing, sending, verifying and storing any paper transaction data.

The undersigned has Power of Attorney in the present application. A copy of the Supplemental Power of Attorney document filed August 27, 1997 is enclosed for your reference. Based on the above, it is respectfully requested that the present petition be allowed and that the present application be designated for accelerated examination.

Respectfully submitted,

J. Michael Martinez de Andino
Attorney for Applicant
Registration No. 37,178

Correspondence directed to:
J. Michael Martinez de Andino, Esq.
McGuire Woods Battle & Boothe LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Telephone: (804) 775-1033
Facsimile: (804) 698-2106

W:\7355\CSNR\HOLDINGPETITION2MAKESPECIAL.009.doc



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In the patent
application of:       Claudio R. Ballard

Serial No.:          08/917,761
Filed:               August 27, 1997
Art Unit:            3642
Examiner:            Carter, M.
Attorney Docket No.: 2000976-0009
For:                 REMOTE IMAGE CAPTURE WITH CENTRALIZED
                     PROCESSING AND STORAGE

Commissioner for Patents
Washington, D.C. 20231

Sir:

## SUPPLEMENTAL POWER OF ATTORNEY

I hereby appoint J. Michael Martinez de Andino, Reg. No. 37,178, Mark A. Taylor, Reg.
No. 35,706; Philip D. Lane, Reg. No. 41,140 and David E. Baker, 42,385, all attorneys of the
firm of McGuire, Woods, Battle & Boothe LLP, One James Center, 901 East Cary Street,
Richmond, Virginia 23219, telephone number (804) 775-1033, as supplemental attorneys to
prosecute the application identified above and transact all business in the Patent and Trademark
Office connected therewith.

I represent the assignee of record of the entire interest. A certificate under 37 CFR Section
1.73(b) is enclosed.

Respectfully submitted,

Claudio R. Ballard
President
CSP Holdings, LLC

Correspondence directed to:
J. Michael Martinez de Andino, Esquire
McGuire Woods Battle & Boothe LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Telephone: (804) 775-1033
\RICH\164\wsclient\Supplemental Power of Atty.doc

DTC000133

D 066836

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In the patent
application of: Claudio R. Ballard
Serial No.: 08/917,761
Filed: August 27, 1997
Art Unit: 3642
Examiner: Cangialosi, Sal
Attorney Docket No.: 2000976-0009
For: REMOTE IMAGE CAPTURE WITH CENTRALIZED
PROCESSING AND STORAGE

Assistant Commissioner for Patents and Trademarks
Washington, D.C. 20231

October 23, 1998

## INFORMATION DISCLOSURE STATEMENT

Sir:

In accordance with the applicant's duty of disclosure under 37 CFR § 1.97, enclosed
is Form PTO-1449 listing patents discussed in the accompanying Petition to Make Special.
Copies of the references listed on the Form PTO-1449 are enclosed herewith.

No fees are believed to be due for the submission of this Information Disclosure
Statement. Nevertheless, any fees required should be charged to the undersigned's deposit
account, namely, Account No. 13-0437.

Respectfully submitted,

J. Michael Martinez de Andino
Registration No. 37,178

Correspondence directed to:
J. Michael Martinez de Andino, Esq.
McGuire Woods Battle & Boothe LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Telephone: (804) 775-1033
Facsimile: (804) 698-2106

U:\555\CSRHOLDING\INF0D5\CLOSTMT\0009.doc

DTC000134

D 066837

Form PTO-1449 (Modified)

U.S. DEPT. OF COMMERCE
PATENT AND TRADEMARK OFFICE

Docket number: 2000976-0009

## INFORMATION DISCLOSURE STATEMENT BY APPLICANT

(Use several sheets if necessary)
(37 CFR 1.98 (b))

Sheet 1 of 2 Sheets

OCT 23 1998

| Serial Number: 08/917,761 |
| --- |
| Title: REMOTE IMAGE CAPTURE WITH CENTRALIZED PROCESSING AND STORAGE |
| Applicant(s): Claudio R. Ballard |
| Filing Date: August 27, 1997 |
| Group: 3642 |
| Examiner: Cangialosi, Sal |

### U.S. PATENT DOCUMENTS

| EXAM INT. | REF. | PATENT NUMBER | ISSUE DATE | PATENTEE | CLASS | SUBCLASS | FILING DATE IF APPRO-PRIATE |
|---|---|---|---|---|---|---|---|
|  | AA | 4 2 0 1 9 7 8 | 05/06/80 | Nally | 340 | 146.3 |  |
|  | AB | 4 2 6 4 8 0 8 | 04/28/81 | Owens et al. | 235 | 379 |  |
|  | AC | 4 6 9 4 1 4 7 | 09/15/87 | Amemiya et al. | 235 | 379 |  |
|  | AD | 5 1 4 4 1 1 5 | 09/01/92 | Yoshida | 235 | 379 |  |
|  | AE | 5 1 7 3 9 4 | 12/22/92 | McClure | 235 | 380 |  |
|  | AF | 5 1 7 5 6 8 2 | 12/29/92 | Higashiyama et al. | 364 | 408 |  |
|  | AG | 5 3 2 1 7 5 1 | 01/14/94 | Ray et al. | 380 | 23 |  |
|  | AH | 5 4 3 6 9 7 0 | 07/25/95 | Ray et al. | 380 | 23 |  |
|  | AI | 5 4 5 7 7 4 7 | 10/10/95 | Drexler et al. | 380 | 24 |  |
|  | AJ | 5 5 0 6 9 0 1 | 04/09/96 | Bednar et al. | 358 | 402 |  |
|  | AK | 5 6 4 7 0 1 7 | 07/08/97 | Smithies et al. | 382 | 119 |  |
|  | AL | 5 6 5 7 3 8 9 | 08/12/97 | Houvener | 380 | 23 |  |

### FOREIGN PATENT OR PUBLISHED FOREIGN PATENT APPLICATION

| | | DOCUMENT NUMBER | PUBL. DATE | COUNTRY OR PATENT OFFICE | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| AM |  |  |  |  |  |  |  |  |
| AN |  |  |  |  |  |  |  |  |
| AO |  |  |  |  |  |  |  |  |

| Form PTO-1449 (Modified) | U.S. DEPT. OF COMMERCE PATENT AND TRADEMARK OFFICE | Serial Number: 08/917,761 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | Applicant(s): Claudio R. Ballard |
| | | Title: REMOTE IMAGE CAPTURE WITH CENTRALIZED PROCESSING AND STORAGE |
| (Use several sheets if necessary) (37 CFR 1.98 (b)) | | Filing Date:    August 27, 1997 |
| Sheet 2 of 2 Sheets | | Group:    3642 |
| | | Examiner:    Cangialosi, Sal |

OCT 2 3 1998

OTHER DOCUMENTS (Including Author, Title, Date**, Relevant Pages, Place of Publication**)

| | | |
|---|---|---|
| AP | | |
| AQ | | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

\* The date should include at least the month and year for a foreign application.

\*\* Place of Publication refers to name of publication in which the information being submitted was published.

Certification Under 37 C.F.R. 1.10

<u>EXPRESS MAIL</u>

Enclosed herewith for application serial number 08/917,761 for Claudio R. Ballard for a REMOTE IMAGE CAPTURE WITH CENTRALIZED PROCESSING AND STORAGE (Attorney Docket No. 2000976-0009), Petition to Make Special under 37 CFR § 1.182 and § 1.183 ; Information Disclosure Statement with references; Form PTO-1449 (modified); Self-addressed, stamped return postcard; express mail certificate and check in the amount of $130.00.

"Express Mail" mailing Label No. EM395359236US

Date of Deposit 10/23/1998

I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to the Assistant Commissioner of Patents, Washington, D.C. 20231.



Tonya M. Berger
(Name of Person Mailing Paper or Fee)

(Signature of Person Mailing Paper or Fee)

U:\EXPRESSMAIL.DOC

DTC000137

D 066840



UNITED STATES DEPARTMENT OF COMMERCE
**Patent and Trademark Office**
ASSISTANT COMMISSIONER FOR PATENTS
Washington, D.C. 20231

Mailed

NOV 1 0 1998

Director's Office
Group 2700

*In re* Application of Ballard
Appl. No.: 08/917,761
Filed: August 27, 1997
For: REMOTE IMAGE CAPTURE WITH CENTRALIZED
PROCESSING AND STORAGE

J. MICHAEL MARTINEZ de ANDINO, ESQ.
McGUIRE, WOODS, BATTLE & BOOTHE, LLP
ONE JAMES CENTER
901 EAST CARY ST.
RICHMOND, VA. 23219-4030

:                 Paper No. 12
:
:     **DECISION ON PETITION TO**
:     **MAKE SPECIAL**
:     *37 CFR 1.102*
:
:

This is a decision on the petition under 37 CFR 1.102, filed October 23, 1998, to make the above-identified application special.

Petitioner requests that this application be made special under the accelerated examination procedure set forth in MPEP 708.02, Section VIII: Accelerated Examination

A grantable petition to make an application special under 37 CFR 1.102 and in accordance with MPEP 708.02, Section VIII, must be accompanied by:

(a)     the required fee pursuant to 37 CFR 1.17(i),

(b)     a statement that all claims are directed to a single invention or an offer to make an oral election without traverse should the PTO hold that the claims are not directed to a single invention,

(c)     a statement that a pre-examination search has been made, listing the field of search,

(d)     one copy of each of the references deemed most closely related to the subject matter encompassed by the claims, and

(e)     a detailed description of the submitted references and discussions pointing out how the claimed subject matter distinguishes over these references.

The petition meets the requirements for special status.

DTC000138

D 066841

For the above stated reasons, the petition is <u>Granted</u>.

If the examiner can make this application special without prejudice to any possible interfering application, and the examiner should make a rigid search for such, the examiner is authorized to do so for the next action. Should the application be rejected, the application will not be considered special for the subsequent action unless the applicant promptly makes a bona fide effort to place the application in condition for allowance, even if necessary to have an interview with the examiner to accomplish this purpose.

If the examiner finds any intervening application for the same subject matter, the examiner should consider such application simultaneously with this application and should state in the official letter of such application that the examiner has taken it out of turn because of a possible interference.

Should an appeal be taken in this application or should this application become involved in an interference, consideration of the appeal and the interference will be expedited by all PTO officials concerned, contingent like upon diligent prosecution by applicant.

Upon allowance, this application will be given priority for printing. See MPEP 1309.

The petition is granted to the extent indicated.

James J. Groody        (703) 308-5461
Special Program Examiner
Technology Center 2700
Communications and Information Processing

DTC000139

D 066842



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/917,751 | 08/27/97 | BALLARD | C | 2269-003 |

| | EXAMINER |
|---|---|
| | CANGIALOSI, S |
| LM01/1229 | ART UNIT | PAPER NUMBER |
| | 2746 | 13 |

J. MICHAEL MARTINEZ DE ANDINO, ESQ.
MCGUIRE, WOODS, BATTLE & BOOTHE, LLP
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND VA 23219-4043

DATE MAILED: 12/29/98

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)

1- File Copy

DTC000140

D 066843

U.S. Patent and Trademark Office
PTO-326 (Rev. 9-97)

# Office Action Summary

| Application No. | Applicant(s) |
|---|---|
| 9/17,761 | Ballard |
| Examiner | Group Art Unit |
| S. Coop, 9/05/ | 2746 |

**—The MAILING DATE of this communication appears on the cover sheet beneath the correspondence address—**

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE ___3___ MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, such period shall, by default, expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).

## Status

☑ Responsive to communication(s) filed on ___10/23/98___

☐ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims

☑ Claim(s) ___1-50___ is/are pending in the application.

  Of the above claim(s) _____ is/are withdrawn from consideration.

☐ Claim(s) _____ is/are allowed.

☑ Claim(s) ___1-50___ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claim(s) _____ are subject to restriction or election requirement.

## Application Papers

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

## Priority under 35 U.S.C. § 119 (a)-(d)

☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

  ☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

  ☐ received.

  ☐ received in Application No. (Series Code/Serial Number) _____

  ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

  *Certified copies not received.

## Attachment(s)

☑ Information Disclosure Statement(s), PTO-1449, Paper No(s). 6, 8 *but parts - incoming copies of*

☐ Notice of Reference(s) Cited, PTO-892

☑ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Interview Summary, PTO-413

☐ Notice of Informal Patent Application, PTO-152

☐ Other _____

DTC000141

D 066844

1. The following is a quotation of 35 U.S.C. § 103 which forms the basis for all obviousness rejections set forth in this Office action:

A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

Subject matter developed by another person, which qualifies as prior art only under subsection (f) or (g) of section 102 of this title, shall not preclude patentability under this section where the subject matter and the claimed invention were, at the time the invention was made, owned by the same person or subject to an obligation of assignment to the same person.

2. Claims 1-50 are rejected under 35 U.S.C. § 103 as being unpatentable over Owens et al, Lawlor et al or Pitroda in view of Blander et al or Zeidler or Lee et al.

Each of Owens et al(See Figs. 1,7, and 9), Lawlor et al(See Figs. 1,2) or Pitroda(See Figs. 1,2,30, and 31) disclose a process and apparatus for image based e commerce including verification at the point of sale by a remote host substantially as claimed. The differences between the above and the claimed invention is a specific network structure and a key based comparison. It is noted the broad independent claims appear to be readable on all forms of electronic point of sale systems and methods available in the last several decades. For example, each

Serial Number: 08/917,761

Art Unit: 2746

-3-

of Blander et al (See Figs. 1, 5a and 5b) or Zeidler (See Figs.1-9) or Lee et al (See Figs. 1-3) show encrypted financial networks employing some type of key based comparison for authorization of a specific transaction. It would have been obvious to the person having ordinary skill in this art to provide a similar arrangement for Owens et al, Lawlor et al or Pitroda modified by Blander et al or Zeidler or Lee et al because it is conventional and standard practice to provide some remote authorization based on a key-type comparison and they are no more than the conventional equivalents of what is disclosed, suggested and intended in the primary item of evidence. The deficiencies of the art with respect to the dependent claims deal with the conventional cryptographic digital signal protocols. It is noted that the claims as now drafted are overly broad with respect to the wide body of prior art.

Information disclose dated 2/4/98 was not considered since no copies of the references are supplied.

Any inquiry concerning this communication should be directed to Salvatore Cangialosi at telephone number (703) 305-1837.

*[signature]*

SALVATORE CANGIALOSI
PRIMARY EXAMINER
ART UNIT 222

DTC000143

D 066846

# NOTICE OF DRAFTPERSON'S
# PATENT DRAWING REVIEW

The drawing filed (insert date) 08/27/97 are

_____ objected to by the Draftperson under 37 CFR 1.84 or 1.152 as indicated below. The Examiner will require submission of new, corrected
drawings when necessary. Corrected drawings must be submitted according to the instructions on the back of this notice.

**1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings:**
Black ink. Color.
_____ Color drawing are not acceptable until petition is granted.
Fig(s)____
_____ Pencil and non black ink is not permitted. Fig(s)____

**2. PHOTOGRAPHS. 37 CFR 1.84(b)**
_____ Photographs are not acceptable until petition is granted.
Fig(s)____
_____ 3 full-tone sets are required. Fig(s)____
_____ Photographs not properly mounted (must bryster board or photographic double-weight paper). Fig(s)____
_____ Poor quality (half-tone). Fig(s)____

**3. TYPE OF PAPER. 37 CFR 1.84(e)**
_____ Paper not destroke, strong, white and durable
Fig(s)____
_____ Erasures, alterations, overwritings, interlineations folds, copy machine marks not acceptable. (too thin)
Fig(s)____
_____ Mylar, vellum paper is not acceptable (too thin).
Fig(s)____

**4. SIZE OF PAPER. 37 CFR 1.84(f): Acceptable sizes:**
_____ 21.0 cm by 29.7 cm (DIN size A4)
_____ 21.6 cm by 27.9 cm (8 1/2 x 11 inches)
_____ All drawings sheets not the same size.
Sheet(s)____

**5. MARGINS. 37 CFR 1.84(g): Acceptable margins:**
Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm
SIZE: A4 Size
Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm
SIZE 8 1/2 x 11
_____ Margins not acceptable.  Fig(s)____
Top (T) _____ Left (L)____
Right (R) _____ Bottom (B)____

**6. VIEWS. 37 CFR 1.84(h)**
REMINDER: Specification may require revision to correspond to drawing changes.
_____ Views connected by projection lines or lead lines.
Fig(s)____
_____ Partial views. 37 CFR 1.84(h)(2).
_____ Brackets needed to show figure as one entity.
Fig(s)____
_____ Views not labeled separately or properly.
Fig(s)____
_____ Enlarged view not labeled separately or properly.
Fig(s)____

**7. SECTIONAL VIEWS. 37 CFR 1.84(h)(3)**
_____ Hatching not indicated for sectional portions of an object.
Fig(s)____
_____ Sectional designation should be noted with Arabic or Roman numbers. Fig(s)____

**8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)**
_____ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned, so that the top becomes the right side, except for graph. Fig(s)____
_____ Views not on the same plane on drawing sheet. Fig(s)____

**9. SCALE. 37 CFR 1.84(l)**
_____ Scale not large enough to show mechanism without crowding when drawing is reduced in size to two-thirds in reproduction.
Fig(s)____

**10. CHARACTER OF LINES, NUMBERS, & LETTERS. 37 CFR 1.84(l)**
_____ Lines, numbers & letters not uniformly thick and well defined, clean, durable and black (poor line quality).
Fig(s)____

**11. SHADING. 37 CFR 1.84(m)**
_____ Solid black areas pale. Fig(s)____
_____ Solid black shading not permitted. Fig(s)____
_____ Shade lines, pale, rough and blurred. Fig(s)____

**12. NUMBERS, LETTERS, & REFERENCE CHARACTERS.**
37 CFR 1.84(p)
_____ Numbers and reference characters not plain and legible.
Fig(s)____
_____ Figure legends are poor. Fig(s)____
_____ Numbers and reference characters not oriented in the same direction as the view. 37 CFR 1.84(p)(3) Fig(s)____
_____ English alphabet not used. 37 CFR 1.84(p)(3) Fig(s)____
_____ Numbers, letters and reference characters must be at least .32 cm (1/8 inch) in height. 37 CFR 1.84(p)(3) Fig(s)____

**13. LEAD LINES. 37 CFR 1.84(q)**
_____ Lead lines cross each other. Fig(s)____
_____ Lead lines missing. Fig(s)____

**14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.84(t)**
_____ Sheets not numbered consecutively, and in Arabic numerals beginning with number 1. Fig(s)____

**15. NUMBERING OF VIEWS. 37 CFR 1.84(u)**
_____ Views not numbered consecutively, and in Arabic numerals, beginning with number 1. Fig(s)____

**16. CORRECTIONS. 37 CFR 1.84(w)**
_____ Corrections not made from PTO-948 dated____

**17. DESIGN DRAWINGS. 37 CFR 1.152**
_____ Surface shading shown not appropriate. Fig(s)____
_____ Solid black shading not used for color contrast.
Fig(s)____

COMMENTS

REVIEWER _Lol Korer_   DATE 09/29/98   TELEPHONE NO. 703 305 8404

ATTACHMENT TO PAPER NO. /3

PTO COPY

DTC000144

D 066847

REMINDER

Drawing changes may also require changes in the specification, e.g., if Fig. 1 is changed to Fig. 1A, Fig. 1B, Fig. 1C, etc., the specification, at the Brief Description of the Drawings, must likewise be changed. Please make such changes by 37 CFR 1.312 Amendment at the time of submitting drawing changes.

# INFORMATION ON HOW TO EFFECT DRAWING CHANGES

## 1. Correction of Informalities—37 CFR 1.85

File new drawings with the changes incorporated therein. The application number or the title of the invention, inventor's name, docket number (if any), and the name and telephone number of a person to call if the Office is unable to match the drawings to the proper application, should be placed on the back of each sheet of drawings in accordance with 37 CFR 1.84(c). Applicant may delay filing of the new drawings until receipt of the Notice of Allowability (PTOL-37). Extensions of time may be obtained under the provisions of 37 CFR 1.136. The drawing should be filed as a separate paper with a transmittal letter addressed to the Drawing Review Branch.

## 2. Timing of Corrections

Applicant is required to submit **acceptable** corrected drawings within the three-month shortened statutory period set in the Notice of Allowability (PTOL-37). If a correction is determined to be unacceptable by the Office, applicant must arrange to have acceptable correction resubmitted within the original three-month period to avoid the necessity of obtaining an extension of time and paying the extension fee. Therefore, applicant should file corrected drawings as soon as possible.

Failure to take corrective action within set (or extended) period will result in **ABANDONMENT** of the Application.

## 3. Corrections other than Informalities Noted by the Drawing Review Branch on the Form PTO 948

All changes to the drawings, other than informalities noted by the Drawing Review Branch, **MUST** be approved by the examiner before the application will be allowed. No changes will be permitted to be made, other than correction of informalities, unless the examiner has approved the proposed changes.

*U.S. GPO: 1996-422-727/82100

DTC000145

D 066848

**Notice of References Cited**

| Application No. | Applicant(s) |
| --- | --- |
| 917,76/ | Belforto |
| Examiner | Group Art Unit | Page ___ of ___ |
| S. Campaglas. | 2765 | |

**U.S. PATENT DOCUMENTS**

| * | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
| --- | --- | --- | --- | --- | --- |
| A | 4,500,150 | 2/19/85 | Campbell et al | 380 | 24 |
| B | 4,5765,290 | 3/25/86 | Davidson | 380 | 2,6 |
| C | 4,912,762 | 3/27/90 | Lee et al | 380 | 24 |
| D | | | | | |
| E | | | | | |
| F | | | | | |
| G | | | | | |
| H | | | | | |
| I | | | | | |
| J | | | | | |
| K | | | | | |
| L | | | | | |
| M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | DOCUMENT NO | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
| --- | --- | --- | --- | --- | --- | --- |
| N | | | | | | |
| O | | | | | | |
| P | | | | | | |
| Q | | | | | | |
| R | | | | | | |
| S | | | | | | |
| T | | | | | | |

**NON-PATENT DOCUMENTS**

| * | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
| --- | --- | --- |
| U | | |
| V | | |
| W | | |
| X | | |

* A copy of this reference is not being furnished with this Office action.
(See Manual of Patent Examining Procedure, Section 707.05(a).)

U.S. Patent and Trademark Office
PTO-892 (Rev. 9-96)

Part of Paper No. _____

*U.S. GPO: 1997-417-381/62700

DTC000146

D 066849

G 03642



## McGuireWoods
## Battle&Boothe LLP

One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Telephone/TDD (804) 775-1000 • Fax (804) 775-1061

**Mark A. Taylor**
**Direct Dial: (804) 775-4388**

October 2, 1998

Assistant Commissioner for Patents
Box Non-Fee Amendment
Washington, D.C. 20231

Dear Sir:

Transmitted herewith for filing is a Submission in connection with the patent application of:

| | |
|---|---|
| Inventors: | Claudio R. Ballard |
| For: | REMOTE IMAGE CAPTURE WITH CENTRALIZED IMAGE PROCESSING AND STORAGE |
| Filing Date: | August 27, 1997 |
| Serial No.: | 08/917,761 |
| Examiner: | Cangialosi, Sal |
| Art Unit: | 3642 |
| Attorney Docket No.: | 2000976-0009 |

Enclosed are:

X Submission;
X Supplemental Power of Attorney;
X Statement Under 37 CFR 3.73(b);
X Express Mail Certificate; and
X a self-addressed stamped return postcard.

The Commissioner is hereby authorized to charge any additional fees, which may be required, or credit any over payment to Account No. 13-0437.

Respectfully submitted,

Mark A. Taylor
Registration No. 35,706

cc: J. Michael Martinez
\\RIC\511\04\brechtmann\LaMr\East\Trans for Submission 10-2-98.doc

www.mwbb.com

ALMATY · BALTIMORE · BRUSSELS · CHARLOTTE · CHARLOTTESVILLE · CHICAGO · JACKSONVILLE · MOSCOW · NORFOLK · RICHMOND · TYSONS CORNER · WASHINGTON · ZÜRICH (OF COUNSEL)

RECEIVED
98 OCT -9 PM 2:42
GROUP 2100

DTC000147

D 068850

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

**RECEIVED**

**JAN 1 4 1999**

**Group 2700**

In the patent
application of:    Claudio R. Ballard

| | |
|---|---|
| Serial No. | 08/ 917,761 |
| Filed: | August 27, 1997 |
| Art Unit | ~~2761~~ 2742 |
| Examiner: | Carter. M |
| Attorney Docket No. | 2000975-0009 |
| For | REMOTE IMAGE CAPTURE WITH CENTRALIZED |
| | PROCESSING AND STORAGE |

Commissioner for Patents
Washington D.C. 20231

Sir:

## SUPPLEMENTAL POWER OF ATTORNEY

I hereby appoint J Michael Martinez de Andino, Reg. No. 37,178; Mark A Taylor Reg.
No. 35,706; Philip D. Lane, Reg. No. 41,140 and David E. Baker, 42,285, all attorneys of the
firm of McGuire, Woods, Battle & Boothe LLP, One James Center, 901 East Cary Street
Richmond, Virginia 23219, telephone number (804) 775-.033, as supplemental attorneys to
prosecute the application identified above and transact all business in the Patent and Trademark
Office connected therewith.

I represent the assignee of record of the entire interest. A certificate under 37 CFR Section
3.73(b) is enclosed.

Respectfully submitted,

*Claudio R Ballard*

Claudio R. Ballard
President
CSP Holdings LLC

Correspondence directed to:
J. Michael Martinez de Andino, Esquire
McGuire Woods Battle & Boothe LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Telephone: (804) 775-1033
IRJCHI\\docs\\postmartinez\\Supplemental Power of Atty.doc

DTC000148

D 066851



PTO/SB/96 (8-98)
Approved for use through 03/31/2000. OMB 0651-0023
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

Applicant/Patent Owner: ___Claudio R. Ballard___

Application No./Patent No.: ___08/917,76;___   Filed/Issue Date: ___August 27, 1997___

Entitled   RIMOTE IMAGE CAPTURE WITH CENTRALIZED PROCESSING AND STORAGE

___CSP Holdings, LLC___   a ___corporation___
(Name of Assignee)   (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that it is:

1. ☒ the assignee of the entire right, title, and interest; or

2. ☐ an assignee of an undivided part interest

in the patent application/patent identified above by virtue of either:

A. ☒ An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the Patent and Trademark Office at Reel ___9203___, Frame ___0976___, or for which a copy thereof is attached.

OR

B. ☐ A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as shown below:

1. From: _____   To: _____
   The document was recorded in the Patent and Trademark Office at
   Reel _____, Frame _____, or for which a copy thereof is attached.

2. From: _____   To: _____
   The document was recorded in the Patent and Trademark Office at
   Reel _____, Frame _____, or for which a copy thereof is attached.

3. From: _____   To: _____
   The document was recorded in the Patent and Trademark Office at
   Reel _____, Frame _____, or for which a copy thereof is attached.

[ ] Additional documents in the chain of title are listed on a supplemental sheet.

[ ] Copies of assignments or other documents in the chain of title are attached.
   **NOTE:** A separate copy (i.e., the original assignment document or a true copy of the original document) must be submitted to Assignment Division in accordance with 37 CFR Part 3, if the assignment is to be recorded in the records of the PTO. See MPEP 302-302.08).

The undersigned (whose title is supplied below) is empowered to sign this statement on behalf of the assignee.

___September 30, 1998___   ___[signature]___
Date   Signature

   Claudio R. Ballard
   Typed or printed name

   President
   Title

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

DTC000149
D 066852



RECEIVED
JAN 14 1999
Group 2700

Certification Under 37 C.F.R. 3.73(b)

EXPRESS MAIL

Enclosed for filing is a Submission for NITROGEN OXIDES REDUCING
AFTERCOOLER FOR TURBOCHARGED ENGINES, Supplemental Power of
Attorney, and Statement Under 37 CFR 3.73(b), along with a transmittal letter
and a self-addressed return postcard.

"Express Mail" mailing Label No. EM395389347US

Date of Deposit 10/1/98

I hereby certify that this paper or fee is being deposited with the United States
Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R.
1.10 on the date indicated above and is addressed to the Commissioner for
Patents, Washington, D.C. 20231.

Diane F. Petree
(Name of Person Mailing Paper or Fee)

Signature of person mailing or fee

\\RIC5\1\04\buchanan\igenol3\express\ expmail2.doc

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In the patent
application of:          Claudio R. Ballard

Serial No.:              08/917,761
Filed:                   August 27, 1997
Art Unit:                3642
Examiner:                Cangialosi, Sal
Attorney Docket No.: 2000976-0009
For:                     REMOTE IMAGE CAPTURE WITH CENTRALIZED
                         PROCESSING AND STORAGE

Assistant Commissioner for Patents
Box Non-Fee Amendment
Washington, D.C. 20231                                              October 2, 1998

Sir:

## SUBMISSION

The undersigned herein respectfully submits the enclosed Supplemental Power of
Attorney and accompanying Statement Under 37 CFR 3.73(b) for entry into the above
captioned application. The enclosed Supplemental Power of Attorney does not revoke the
present power of attorney assigned in the present application. Rather, the document is
intended to supplement the presently assigned attorney powers by granting power of attorney
to the attorneys listed in the enclosed Supplemental Power of Attorney.

The assignee's right to present the enclosed documents for entry in the present
application is established by the enclosed Statement Under 37 CFR 3.73(b).

It will be noted that the enclosed documents are facsimile copies reflecting a true,
original signature. The original documents will be filed once they are received from the
applicant.

It is therefore respectfully requested that the enclosed documents be entered in the
present application.

                                        Respectfully submitted,

                                        [signature]

                                        Mark A. Taylor
                                        Attorney for Applicant
                                        Registration No. 35,706

DTC000151

D 066854

Assistant Commissioner for Patents
Serial No.: 08/917,261
October 2, 1998
Page No. 2

Correspondence directed to:
Mark A. Taylor, Esquire
McGuire Woods Battle & Boothe LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Telephone: (804) 775-4338
Facsimile: (804) 698-2244

cc: J. Michael Martinez, Esq

\RIC\531104\buchanan\LaMezza\Submission 10-2-98.doc

RECEIVED
98 OCT -9 PM 2: 42
GROUP 2100

DTC000152

D 066855

# McGuireWoods
## Battle & Boothe LLP

One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Telephone/TDD (804) 775-1000 • Fax (804) 775-1061

**Mark A. Taylor**
Direct Dial: (804) 775-4338



**RECEIVED**
**FEB 11 1999**
**Group 2700**

February 5, 1999

FEB 0 5 1999
OIPE

**Via Express Mail, Receipt #EM395855898US**
Assistant Commissioner for Patents
Box NON-FEE AMENDMENT
Washington, D.C. 20231

Dear Sir:

Transmitted herewith for filing is an Amendment and Response to the Office Action dated December 29, 1998 in connection with the patent application of:

| | |
|---|---|
| Inventors: | Claudio R. Ballard |
| For: | REMOTE IMAGE CAPTURE WITH CENTRALIZED PROCESSING AND STORAGE |
| Filing Date: | August 27, 1997 |
| Serial No.: | 08/917,761 |
| Examiner: | Cangialosi, S. |
| Art Unit: | 2746 |
| Attorney Docket No.: | 2000976-0009 |

Enclosed are:

  X  Amendment and Response;
  X  Express Mail Certificate; and
  X  a self-addressed stamped return postcard.

The Commissioner is hereby authorized to charge any additional fees, which may be required, or credit any over payment to Account No. 13-0437.

Respectfully submitted,

*[signature]*

Mark A. Taylor
Registration No. 35,706

cc: J. Michael Martinez
:\RIC\51104\buchanan\LaMetra\Amend response tranx.doc

www.mwbb.com
Almaty · Baltimore · Brussels · Charlotte · Charlottesville · Chicago · Jacksonville · Moscow · Norfolk · Richmond · Tysons Corner · Washington · Zürich (Of Counsel)



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In the US Patent Application of:

Serial No.:      Claudio R. Ballard
                 08/917,761
Filed:           August 27, 1997
Art Unit:        2746
Examiner:        S. Cangialosi
For:             REMOTE IMAGE CAPTURE
                 WITH CENTRALIZED
                 PROCESSING AND STORAGE
Atty. Docket No.: 2000976-0009

February 5, 1999

## AMENDMENT AND RESPONSE

Assistant Commissioner for Patents
BOX NON-FEE AMENDMENT
Washington, D.C. 20231

Sir:

Responsive to the Office Action dated December 29, 1998, it is respectfully requested that the following amendments be entered in the present application:

In The Claims:

Please amend the claims as follows:

1.   (Amended) A system for central management, storage and report generation of remotely captured paper transactions from documents and receipts comprising:

one or more remote data access subsystems for capturing and sending paper transaction data and subsystem identification information comprising at least one imaging subsystem for capturing the documents and receipts and at least one data access controller for managing the capturing and sending of the transaction data;

at least one central data processing subsystem for processing, sending, verifying and storing the paper transaction data and the subsystem identification

1

information comprising a management subsystem for managing the processing, sending and storing of the of the transaction data; and

at least one communication network for the transmission of the transaction data within and between said one or more data access subsystems and said at least one data processing subsystem, with the data access subsystem providing encrypted subsystem identification information and encrypted paper transaction data to the data processing subsystem.

26. (Amended) A method for central management, storage and verification of remotely captured paper transactions from documents and receipts comprising the steps of:

capturing an image of [and sending] the paper transaction data at one or more remote locations and sending a captured image of the paper transaction data;

managing the capturing and sending of the transaction data;

collecting, processing, sending and storing the transaction data at a central location;

managing the collecting, processing, sending and storing of the transaction data;

encrypting subsystem identification information and the transaction data; and

transmitting the transaction data and the subsystem identification information within and between the remote location(s) and the central location.

42. (Amended) A communication network for the transmission of data within and between one or more remote data processing subsystems, at least one intermediate data collecting subsystem and at least one central data processing subsystem wherein each of said at least one central data processing subsystem communicate with a corresponding some of said at least one data collecting subsystem and each of said at least one data collecting subsystem communicate with a corresponding some of said one or more data processing subsystems, said data processing subsystem including an imaging subsystem for capturing images of documents and receipts, comprising:

at least one first local area network for transmitting data within a corresponding one of said one or more remote subsystems;

at least one second local area network for transmitting data within a corresponding one of said at least one intermediate subsystem;

at least one third local area network for transmitting data within a corresponding one of said at least one central subsystem; and

at least one wide area network for transmitting data between said one or more remote subsystems, said at least one intermediate subsystem and said at least one central subsystem.

46.    (Amended) A method for transmitting data within and between one or more remote subsystems, at least one intermediate subsystem and at least one central subsystem in a tiered manner wherein each of the central subsystems communicate with at least one [a corresponding some of the] intermediate subsystem[s] and each of the intermediate subsystems communicate with at least one [a corresponding some of the] remote subsystem[s] comprising the steps of:

capturing an image of documents and receipts and extracting data therefrom;

transmitting data within the remote locations;

transmitting data from each remote location to corresponding intermediate location;

transmitting data within the intermediate locations;

transmitting data from each intermediate location to corresponding central locations; and

transmitting data within the central locations.

---

## REMARKS

Reconsideration of the present application is respectfully requested in light of the foregoing amendments and the following remarks.

Claims 1-50, are presented in the present application. By the Office Action of December 28, 1998, claims 1-50 stand rejected. More specifically, claims 1-50

3

were rejected under 35 U.S.C. § 103 as being obvious over Owens et al., Lawlor et al., or Pitroda in view of Elander et al. or Zeidler or Lee et al.

Applicant respectfully traverses this rejection and asserts to the contrary that the claims of the present application are patentably distinct over these references, taken individually or in combination.

Applicant appreciates the courtesy extended to him by the Examiner in granting and participating in a telephonic interview on February 2, 1999. A greater understanding of the issues was achieved and this amendment is in accordance with the Examiner's suggestions during the interview.

As discussed, none of the cited references disclose, teach or suggest a secure network for document processing based on a remote image capture of paper transaction data, with encrypted communication between subsystems. Therefore, the present application presents amended claims 1, 26, 42 and 46 that clearly define the present invention over any of Owens et al., Lawlor et al., Pitroda, Elander et al., Zeidler or Lee et al, taken individually or in any combination.

Claims 2-25, 27-41, 43-45 and 47-50 are dependent claims which are now considered allowable since they depend from allowable independent claims.

Applicant respectfully asserts that the present application is now in condition for allowance and it is respectfully requested that the present application be allowed and passed to issue.

Nevertheless, should the Examiner have any further issues to discuss, it is respectfully requested that the Examiner telephone the undersigned to resolve those issues in a timely manner.

Respectfully submitted,

Mark A. Taylor
Attorney for Applicant
Registration No. 35,706
Telephone: (804) 775-4338
Fax: (804) 698-2244

4

Please direct all correspondence to:
J. Michael Martinez de Andino, Esquire
McGuire Woods Battle & Boothe LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Telephone: (804) 775-1033
Fax: (804) 698-2106

\\R\CS\1164\bucraman\LaMelza\DTCResponse5.doc

5

DTC000158

D 066861



Certification Under 37 C.F.R. 1.10

EXPRESS MAIL

Enclosed for filing is an Amendment and Response to the Office Action dated December 29, 1998 in connection with the patent application of Claudio R. Ballard for a REMOTE IMAGE CAPTURE WITH CENTRALIZED PROCESSING AND STORAGE (Attorney Docket No. 2000976-0009), along with a transmittal letter, express mail certificate and a self-addressed stamped return postcard.

"Express Mail" mailing Label No. EM395855898US

Date of Deposit 02/05/1999

I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to the Assistant Commissioner of Patents, Box NON-FEE AMENDMENT, Washington, D.C. 20231.

Tonya M. Berger
(Name of Person Mailing Paper or Fee)

Signature of person mailing

\\RUC\SU104\bpcitment\uaM\e2a\amend express mail doc

DTC000159

D 066862



# UNITED STATES DEPARTMENT OF COMMERCE
## Patent and Trademark Office

# NOTICE OF ALLOWANCE AND ISSUE FEE DUE

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|---|
| 08/917,751 | 08/27/97 | 050 | | CANGIALOSI, S | 2746 | 02/23/99 |

LM41/0223
J. MICHAEL MARTINEZ DE ANDINO, ESQ.
MCGUIRE, WOODS, BATTLE & BOOTHE, LLP
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND VA 23219-4043

| First Named Applicant | BALLARD, |
|---|---|

| TITLE OF INVENTION | REMOTE IMAGE CAPTURE WITH CENTRALIZED PROCESSING AND STORAGE |
|---|---|

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2 | 2269-0103 | 380-024.009 | 299 | UTILITY | YES | $605.00 | 05/24/99 |

35 USC 154(b) term ext. = 0 Days.

## THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.

**THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. _THIS STATUTORY PERIOD CANNOT BE EXTENDED._**

## HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

    A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or

    B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

    A. Pay FEE DUE shown above, or

    B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: _Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due._**

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)

PATENT AND TRADEMARK OFFICE COPY

McGuireWoods
Battle & Boothe LLP

One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Telephone/TDD (804) 775-1000 • Fax (804) 775-1061

J. MICHAEL MARTINEZ DE ANDINO
(804) 775-1033

February 25, 1999

Assistant Commissioner for Patents
Box ISSUE FEE
Washington, D. C. 20231

Re: Issue Fee Payment – CSP Holdings, LLC
Claudio R. Ballard - Serial No. 08/917, 761
C/M #: 2000976-0009

Dear Sir:

Transmitted herewith for filing is the Issue Fee for the Patent Application of:

Inventor:         Claudio R. Ballard

For:              REMOTE IMAGE CAPTURE WITH CENTRALIZED PROCESSING
                  AND STORAGE

Filed:            August 27, 1997

Serial No:        08/917,761

Enclosed are:

☒   Issue Fee Transmittal;
☒   Check number 628214 in the amount of $605.00 for fees;
☒   self-addressed stamped return postcard; and
☒   a Certificate of Mailing.

Respectfully submitted,

J. Michael Martinez de Andino
Reg. No. 37,178

tmb
Enclosures

www.mwbb.com

ALBANY · BALTIMORE · BRUSSELS · CHARLOTTE · CHARLOTTESVILLE · CHARLOTTESVILLE · CHICAGO · JACKSONVILLE · MOSCOW · NORFOLK · RICHMOND · TYSONS CORNER · WASHINGTON · ZURICH (OF COUNSEL)

DTC000161

D 066864

# PART B—ISSUE FEE TRANSMITTAL

Complete and mail this form, together with applicable fees, to:

**Box ISSUE FEE**
**Assistant Commissioner for Patents**
**Washington, D.C. 20231**

*MAILING INSTRUCTIONS:* This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

```
J. MICHAEL MARTINEZ DE ANDINO, ESQ.
MCGUIRE, WOODS, BATTLE & BOOTHE, LLP
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND VA 23219-4043
```

LM41/02223

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

_Tonya M. Berger_ _____ (Depositor's name)
_Tonya M. Berger_ _____ (Signature)
_3/25/99_ _____ (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 08/917,761 | 08/27/97 | 050 | CANGIALOSI, S | 02/23/99 |

First Named
Applicant    BALLARD.

35 USC 154(b) term ext. = 0 Days.

TITLE OF
INVENTION    REMOTE IMAGE CAPTURE WITH CENTRALIZED PROCESSING AND STORAGE

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 22269-002 | 380-024.000 | 292 | UTILITY | YES | $605.00 | 05/24/99 |

**1.** Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47) attached.

**2.** For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _McGuire, Woods, Battle &_
2 _Boothe LLP_
3 _____

**3.** ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE    CSP Holdings, Inc.

(B) RESIDENCE (CITY & STATE OR COUNTRY)    Lloyd Harbor, NY

Please check the appropriate assignee category indicated below (will not be printed on the patent):

☐ individual    ☒ corporation or other private group entity    ☐ government

**4a.** The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):
☒ Issue Fee
☐ Advance Order - # of Copies

**4b.** The following fees or deficiency in these fees should be charged to:
DEPOSIT ACCOUNT NUMBER    13-0437
(ENCLOSE AN EXTRA COPY OF THIS FORM)
☐ Issue Fee
☐ Advance Order - # of Copies

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature) _____    (Date) _2/25/99_

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

*Burden Hour Statement:* This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington, D.C. 20231.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85B (REV 10-96) Approved for use through 06/30/99. OMB 0651-0033

TRANSMIT THIS FORM WITH FEE

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE



FEB 2 6 1999

DTC000162

D 066865

PART B—ISSUE FEE TRANSMITTAL

Complete and mail this form, together with applicable fees, to: **Box ISSUE FEE**
Assistant Commissioner for Patents
Washington, D.C. 20231

**MAILING INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

Note —The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

J. MICHAEL MARTINEZ DE ANDINO, ESQ.
McGUIRE, WOODS, BATTLE & BOOTHE, LLP
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219-4043

LM41/0223

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 08/917,761 | 08/27/97 | 050 | CANGIALOSI, S | 2746 | 02/23/99 |

TITLE OF INVENTION: REMOTE IMAGE CAPTURE WITH CENTRALIZED PROCESSING AND STORAGE

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPL'N TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2,269-003 | 380-024.010 | 050 | UTILITY | YES | $605.00 | 05/24/99 |

First Named Applicant: BALLARD,

35 USC 154(b) term ext. = 0 Days.

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
   Use of PTO form(s) and Customer Number are recommended, but not required.
   ☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
   ☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list
   (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _McGuire, Woods, Battle &_
2 _Boothe LLP_
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
   PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

   (A) NAME OF ASSIGNEE: CSP Holdings, Inc..

   (B) RESIDENCE: (CITY & STATE OR COUNTRY) Lloyd Harbor, NY

   Please check the appropriate assignee category indicated below (will not be printed on the patent)
   ☐ individual ☑ corporation or other private group entity ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):
   ☑ Issue Fee
   ☐ Advance Order - # of Copies

4b. The following fees or deficiency in these fees should be charged to:
   DEPOSIT ACCOUNT NUMBER 13-0437 (ENCLOSE AN EXTRA COPY OF THIS FORM)
   ☐ Issue Fee
   ☐ Advance Order - # of Copies _____

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature) _J. Michael Martinez de Andino_ (Date) _2/5/99_

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington, D.C. 20231.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

TRANSMIT THIS FORM WITH FEE

PTO-85B (REV.10-96) Approved for use through 06/30/99. OMB 0651-0033    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

FEB 2 6 1999

03/02/1999 TLU022    00000024 08917761
01 FC:142    605.00 OP

DTC000163

D 066866

Form PTO-153A (Rev. 2/97)

PTO UTILITY GRANT

Paper Number ___

# The Commissioner of Patents and Trademarks

# The United States of America



Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.

Therefore, this

## United States Patent

Grants to the person(s) having title to this patent the right to exclude others from making, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America for the term set forth below, subject to the payment of maintenance fees as provided by law.

If this application was filed prior to June 8, 1995, the term of this patent is the longer of seventeen years from the date of grant of this patent or twenty years from the date of the earliest effective U.S. filing date of the application, subject to any statutory extension.

If this application was filed on or after June 8, 1995, the term of this patent is twenty years from the U.S. filing date, subject to an statutory extension. If the application contains a specific reference to an earlier filed application under 35 U.S.C. 120, 121 or 365(c), the term of the patent is twenty years from the date on which the patent is twenty years from the date on which the earliest application was filed, subject to any statutory extension.

Bruce Lehman
Commissioner of Patents and Trademarks

Attest _____

DTC-000764

D_066867



APPROVED | O.G. FIG. 1R
BY | CLASS | SUBCLASS
DRAFTSMAN | 340 | 24



**FIG. 1**

DATA TREASURY™ PROCESSING CONCENTRATOR
600

DATA TREASURY™ ACCESS COLLECTOR
400

DATA TREASURY™ ACCESS TERMINAL
200

462280'T922T680



FIG. 2

DTC000166

D 066869

DTC000167

D 066870



**FIG. 3A**

464286U 19227680

08422781_087-97

APPROVED
BY
DRAFTSMAN

O.G. FIG.
CLASS
2 Y
SUBCLASS
960

4af0276dd5d904af Ub3/2/9/

APPROVED BY: O.G. FIG.
DRAFTSMAN: CLASS | SUBCLASS

DTC000168

D 066871

**FIG. 3B**



OFFICE DEPOT
2110 BROAD HOLLOW ROAD
FARMINGDALE, NY 11735
516-844-0444

2160    9464    3305    C073.001 — 370, 372, 374

SALE    06/18/97    6:42: — 376

756087000S3 BUSINESS PLAN PRO    89.99 — 378

MFG. LIST    $95.00 — 380

SUBTOTAL    89.99 — 382

TX 8.25% SALES TAX    7.42 — 384

TOTAL    97.41

ACCOUNT NUMBER    9999999777776666 — 384

EXPIRATION DATE    01/98 — 386

VISA    97.41

CHANGE    0.00 — 388

THANK YOU FOR SHOPPING AND SAVING AT
OFFICE DEPOT

XEROX DATAGLYPH





FIG. 4

DTC000169

D 066872

08817761.08797

| APPROVED | O.G. FIG. | | |
|---|---|---|---|
| BY | CLASS | SUBCLASS | |
| DRAFTSMAN | | | |



FIG. 5

APPROVED | O.G. FIG.
BY | CLASS SUBCLASS
DRAFTSMAN



FIG. 6

DTC000171

D 066874

APPROVED | O.G. FIG.
BY | CLASS | SUBCLASS
DRAFTSMAN



**FIG. 7**

DTC000172

D 066875

08/477,797



**FIG. 8**

START → [802] → [804] → [806] TEC8I → [808] EC3I → [810] C8I → [812] BI → [814] TBIS → [816] → [818] ISDATA

800

820 NO → [822]

820 YES → 824 YES → END

824 → [826]

APPROVED
BY
DRAFTSMAN

O.G. FIG.
CLASS | SUBCLASS



FIG. 9

DTC000174

D 066877



# CERTIFICATE OF CORRECTION OF OFFICE MISTAKE

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re U.S. Patent No.: 5,910,988
Inventors: Claudio R. Ballard
Serial No.: 08/917,761
Issued: June 8, 1999
For: REMOTE IMAGE CAPTURE WITH CENTRALIZED PROCESSING AND STORAGE

Examiner: S. Cangialosi
Group Art Unit: 2746

Commissioner for Patents and Trademarks
Washington, D.C. 20231

### REQUEST FOR CERTIFICATE OF CORRECTION PURSUANT TO 37 C.F.R. 1.322

Dear Sir:



Transmitted herewith is a Certificate of Correction for U.S. Patent 5,910,988 issued on June 8, 1999. Upon reviewing the issued patent, the following errors were noted and should be corrected as follows:

On the title page, section marked [56] References Cited: Delete "4,602,936 and insert --5,602,936--.

On the title page, section marked [57] Abstract: Delete "Locations" after the words more remote and insert --location--

Page 4, Line 26: Delete "(DACS)" after the word Collectors and insert --(DACS)--
Page 9, Line 35: Delete "3i band" after the word FIG. and insert --3b and--.
Page 28, Line 23: Delete "subsystems" after the word remote and insert --subsystem--.

Commissioner for Patents ... Trademarks
Page 2
June 16, 1999

    Since this information was included with the original application as filed on August 27, 1997, this omission is the result of a Patent and Trademark Office error and no fee is due (35 U.S.C. §254).

Respectfully submitted,

/Michael Martinez de Andino
Attorney for Applicant
Reg. No.: 37,178

McGuire, Woods, Battle and Boothe LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030

**DTC000176**

D 066879



**McGUIREWOODS**
**BATTLE & BOOTHE** LLP

One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Telephone/TDD (804) 775-1000 • Fax (804) 775-1061

J. Michael Martinez de Andino

Direct Dial No.:
(804) 775-1033

E-mail Address:
jmmartin@mwbb.com

Direct Fax No.:
(804) 698-2106

June 16, 1999

**Express Mail EL190712203US**

Commissioner for Patents and Trademarks
Washington, D.C. 20231

Dear Sir:

Transmitted herewith for filing is a Request for Certificate of Correction for the patent of:

Inventor:       Claudio R. Ballard
For:            REMOTE IMAGE CAPTURE WITH CENTRALIZED
                PROCESSING AND STORAGE.
Patent No.:     5,910,988
Date of Issue:  June 8, 1999
Serial No.:     08/917,761
Examiner:       S. Cangialosi
Art Unit:       2746
Atty. Docket No.: 2000976-0009



Respectfully submitted,

CLAUDIO R. BALLARD

By: McGuire, Woods, Battle & Boothe LLP

By: _____
J. Michael Martinez de Andino
Attorney Reg. No. 37,178

Enclosed are:

___ Certificate of Correction of Office Mistake;
___ Certificate of Correction;
___ Express Mail Certificate; and
___ a self-addressed stamped return postcard

llb
Enclosures

ALWED · ATLANTA · BALTIMORE · BRUSSELS · CHARLOTTE · CHARLOTTESVILLE · CHICAGO · JACKSONVILLE · MOSCOW · NORFOLK · RICHMOND · TYSONS CORNER · WASHINGTON

www.mwbb.com

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : **5,910,988**

DATED : **June 8, 1999**

INVENTOR(S) : **Claudio R. Ballard**

It is certified that error appears in the above-identified patent and that said Letters Patent are hereby corrected as shown below:

On the title page: Section (56) References Cited Delete "4,602,936" and insert --5,602,936--

On the title page: Abstract Delete "Locations" after the words more remote and insert --locations--

Page 4, Line 26: Delete "(DACS)" after the word Collectors and insert --(DACS)--

Page 9, Line 35: Delete "3)band" after the word in FIG. and insert --3b and--

Page 28, Line 23: Delete "subsystems" after the word remote and insert --subsystem--

PATENT NO. _____ 5,910,988

MAILING ADDRESS OF SENDER:

J. Michael Martinez de Andino
McGuire, Woods, Battle & Boothe LLP
901 East Cary Street
Richmond, Virginia 23219

FORM PTO-1050 (REV. 3-75) (Modified)
Copyright 1994 Legalsoft    PTOREV01



# PATENT APPLICATION FEE DETERMINATION RECORD
Effective October 1, 1997

## CLAIMS AS FILED - PART I

| FOR | (Column 1)<br>NUMBER FILED | (Column 2)<br>NUMBER EXTRA | SMALL ENTITY<br>TYPE ☐ | | OTHER THAN<br>SMALL ENTITY |
|---|---|---|---|---|---|
| | | | RATE | FEE | RATE | FEE |
| BASIC FEE | | | | 395.00 | OR | 790.00 |
| TOTAL CLAIMS | 50 | minus 20 = * 30 | X$11= | | OR | X$22= | 660 |
| INDEPENDENT CLAIMS | 4 | minus 3 = * 1 | X41= | | OR | X82= | 82 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +135= | | OR | +270= | |
| * If the difference in column 1 is less than zero, enter "0" in column 2 | | | TOTAL | | OR | TOTAL | 1532 |

## CLAIMS AS AMENDED - PART II

### AMENDMENT A

| | (Column 1)<br>CLAIMS<br>REMAINING<br>AFTER<br>AMENDMENT | (Column 2)<br>HIGHEST<br>NUMBER<br>PREVIOUSLY<br>PAID FOR | (Column 3)<br>PRESENT<br>EXTRA | | SMALL ENTITY | | OTHER THAN<br>SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|
| | | | | | RATE | ADDI-<br>TIONAL<br>FEE | RATE | ADDI-<br>TIONAL<br>FEE |
| Total | * | Minus | ** | = | X$11= | | OR | X$22= | |
| Independent | * | Minus | *** | = | X41= | | OR | X82= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +135= | | OR | +270= | |
| | | | | | TOTAL<br>ADDIT. FEE | | OR | TOTAL<br>ADDIT. FEE | |

### AMENDMENT B

| | (Column 1)<br>CLAIMS<br>REMAINING<br>AFTER<br>AMENDMENT | (Column 2)<br>HIGHEST<br>NUMBER<br>PREVIOUSLY<br>PAID FOR | (Column 3)<br>PRESENT<br>EXTRA | | SMALL ENTITY | | OTHER THAN<br>SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|
| | | | | | RATE | ADDI-<br>TIONAL<br>FEE | RATE | ADDI-<br>TIONAL<br>FEE |
| Total | * | Minus | ** | = | X$11= | | OR | X$22= | |
| Independent | * | Minus | *** | = | X41= | | OR | X82= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +135= | | OR | +270= | |
| | | | | | TOTAL<br>ADDIT. FEE | | OR | TOTAL<br>ADDIT. FEE | |

### AMENDMENT C

| | (Column 1)<br>CLAIMS<br>REMAINING<br>AFTER<br>AMENDMENT | (Column 2)<br>HIGHEST<br>NUMBER<br>PREVIOUSLY<br>PAID FOR | (Column 3)<br>PRESENT<br>EXTRA | | SMALL ENTITY | | OTHER THAN<br>SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|
| | | | | | RATE | ADDI-<br>TIONAL<br>FEE | RATE | ADDI-<br>TIONAL<br>FEE |
| Total | * | Minus | ** | = | X$11= | | OR | X$22= | |
| Independent | * | Minus | *** | = | X41= | | OR | X82= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +135= | | OR | +270= | |
| | | | | | TOTAL<br>ADDIT. FEE | | OR | TOTAL<br>ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

*U.S. Government Printing Office: 1997 - 430-571/69194    Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

DTC000180

D 066883

Form PTO 1130
(REV-2/94)

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

## PACE DATA ENTRY CODING SHEET

08/917761
08/27/97
U. S. PTO

CONT STATUS CODE
CODE

APPLICATION NUMBER

TOTAL CLAIMS

INDEPENDENT CLAIMS

TYPE APPL

SMALL ENTITY?

FILING DATE
MONTH  DAY  YEAR

FILING FEE

FOREIGN LICENSE

SPECIAL HANDLING

1ST EXAMINER

2ND EXAMINER

DATE

DATE

GROUP ART UNIT

ATTORNEY DOCKET NUMBER

CLASS

SHEETS OF DRAWING

PARENT APPLICATION SERIAL NUMBER

COUNTRY CODE

FOREIGN PRIORITY CLAIMED

### CONTINUITY DATA

PCT APPLICATION SERIAL NUMBER

P C T /
P C T /
P C T /
P C T /
P C T /

/
/
/

PARENT PATENT NUMBER

PARENT FILING DATE
MONTH  DAY  YEAR

### PCT/FOREIGN APPLICATION DATA

PCT/FOREIGN APPLICATION SERIAL NUMBER

FOREIGN FILING DATE
MONTH  DAY  YEAR

D 066884

Case 2:04-cv-00085-DF     Document 38     Filed 02/01/2006     Page 83 of 93

**TITLE OF INVENTION**

**ATTORNEY REGISTRATION NUMBERS**

**CORRESPONDENCE NAME AND ADDRESS**

NAME SUFFIX

STATE/CTRY CODE

**APPLICANT/INVENTOR DATA**

AUTHORITY CODE

FAMILY NAME

GIVEN NAME

CITY

NAME SUFFIX

STATE/CTRY CODE

AUTHORITY CODE

FAMILY NAME

GIVEN NAME

CITY

MORE

*U.S. Government Printing Office, 1996 - 404-424/80003

# LIST OF REFERENCES CITED BY APPLICANT
(Use several sheets if necessary)

SEP 0 3 1998

| APPLICANT | Claudio R. BALLARO |
|---|---|
| FILING DATE | August 27, 1997 |

## U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| | AA | 4,201,978 | 05/1980 | Nally | 340 | 146.3 | |
| | AB | 4,264,808 | 04/1981 | Owens et al. | 235 | 379 | |
| | AC | 4,326,258 | 04/1982 | de la Guardia | 364 | 516 | |
| | AD | 4,417,136 | 11/1983 | Rushby et al. | 235 | 379 | |
| | AE | 4,457,015 | 06/1984 | Nally et al. | 382 | 45 | |
| | AF | 4,523,330 | 06/1985 | Cain | 382 | 7 | |
| | AG | 4,555,617 | 11/1985 | Brooks et al. | 235 | 379 | |
| | AH | 4,680,803 | 07/1987 | Dilella | 382 | 9 | |
| | AI | 4,747,058 | 05/1988 | Ho | 364 | 478 | |
| | AJ | 4,888,812 | 12/1989 | Dinan et al. | 382 | 7 | |
| | AK | 5,091,968 | 02/1992 | Higgins et al. | 382 | 30 | |
| | AL | 5,159,548 | 10/1992 | Caslavka | 364 | 408 | |
| | AM | 5,176,682 | 12/1992 | Higashiyama et al. | 364 | 406 | |
| | AN | 5,187,750 | 02/1993 | Behera | 382 | 7 | |
| | AO | 5,204,811 | 04/1993 | Bednar et al. | 364 | 406 | |
| | AP | 5,237,158 | 08/1993 | Kern et al. | 235 | 379 | |
| | AQ | 5,274,567 | 12/1993 | Kallin et al. | 364 | 478 | |
| | AR | 5,321,238 | 06/1994 | Kamata et al. | 235 | 379 | |
| | AS | 5,345,090 | 09/1994 | Hludzinski | 250 | 566 | |
| | AT | 5,444,794 | 08/1995 | Uhland, Sr. | 382 | 137 | |
| | AU | 5,506,691 | 04/1996 | Bednar et al. | 358 | 402 | |
| | AV | 5,544,043 | 08/1996 | Miki et al. | 364 | 406 | |
| | AW | 5,602,936 | 02/1997 | Green et al. | 382 | 140 | |
| | AX | 5,673,333 | 09/1997 | Johnston | 382 | 137 | |
| | AY | 5,751,842 | 05/1998 | Riach et al. | 382 | 137 | |
| | AZ | 5,754,673 | 05/1998 | Brooks et al. | 382 | 112 | |
| | BA | 5,781,654 | 07/1998 | Carney | 382 | 137 | |
| | BB | 5,784,503 | 07/1998 | Bleecker, III et al. | 382 | 206 | |
| | BC | 5,787,403 | 07/1998 | Randle | 705 | 43 | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| S. Camplalosi | 12/9/8 |

*EXAMINER: initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.



PATENT
OCT 08 1998

# McGuireWoods
# BATTLE&BOOTHE LLP

One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Telephone/TDD (804) 775-1000 • Fax (804) 775-1061

**Mark A. Taylor**
**Direct Dial: (804) 775-4388**

October 8, 1998

Assistant Commissioner for Patents
Box Non-Fee Amendment
Washington, D.C. 20231

Dear Sir:

of:     Transmitted herewith for filing is a Submission in connection with the patent application

| | |
|---|---|
| Inventors: | Claudio R. Ballard |
| For: | REMOTE IMAGE CAPTURE WITH CENTRALIZED PROCESSING AND STORAGE |
| Filing Date: | August 27, 1997 |
| Serial No.: | 08/917,761 |
| Examiner: | Cangialosi, Sal |
| Art Unit: | 3642 |
| Attorney Docket No.: | 2000976-0009 |

Enclosed are:

X     Submission;
X     Supplemental Power of Attorney;
X     Statement Under 37 CFR 3.73(b);
X     Express Mail Certificate; and
X     a self-addressed stamped return postcard.

The Commissioner is hereby authorized to charge any additional fees, which might be required, or credit any over payment to Account No. 13-0437.

Respectfully submitted,

*Mark A. Taylor*

Mark A. Taylor
Registration No. 35,706

RECEIVED
OCT 1 5 1998
GROUP 2100

GROUP 2100
98 OCT 22 AM 9:34
RECEIVED

GROUP 2700
98 OCT 16 PM 1:06
RECEIVED


# McGuireWoods
## BATTLE & BOOTHE LLP

One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Telephone/TDD (804) 775-1000 • Fax (804) 775-1061

J. MICHAEL MARTINEZ DE ANDINO
Direct Dial No.:
(804) 775-1033

E-mail Address:
jmmartin@mwbb.com

Direct Fax No.:
(804) 698-2106

October 23, 1998

Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

Transmitted herewith is information regarding patent application of:

Inventor:          Claudio R. Ballard
Serial No.:        08/917,761
Filed:             August 27, 1997
Art Unit:          3642
Examiner:          Cangialosi, Sal
Title:             REMOTE IMAGE CAPTURE WITH CENTRALIZED
                   PROCESSING AND STORAGE

Group 2700

Received
OCT 3 0 1998

Enclosed herewith are:

✘ Copy of Supplemental Power of Attorney as originally filed;
✘ Petition to Make Special under 37 CFR § 1.182 and § 1.183;
✘ Information Disclosure Statement with References;
✘ PTO-1449 (modified);
✘ Check in the amount of $130.00;
✘ Certificate of Express Mail;
✘ and a Self-addressed, stamped return postcard.

The Commissioner is hereby authorized to charge any additional fees,
which may be required, or credit any overpayment to Account No. 13-0437. Two
additional copies of this sheet are attached.

Respectfully submitted,

By: _____
J. Michael Martinez de Andino
Attorney for Applicants
Registration No. 37,178

Dated: October 23, 1998

ALMATY • BALTIMORE • BRUSSELS • CHARLOTTE • CHARLOTTESVILLE • CHICAGO • JACKSONVILLE • MOSCOW • NORFOLK • RICHMOND • TYSONS CORNER • WASHINGTON • ZURICH (IN COUNSEL)

www.mwbb.com

DTC000184

D 066887



McGUIREWOODS
BATTLE&BOOTHE LLP

One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Telephone/TDD (804) 775-1000 • • Fax (804) 775-1061

J. MICHAEL MARTINEZ DE ANDINO

Direct Fax No.:
(804) 698-2106

Direct Dial No.:
(804) 775-1033

E-mail Address:
jmmartin@mwbb.com

October 23, 1998

Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

Transmitted herewith is information regarding patent application of:

Inventor:          Claudio R. Ballard
Serial No.:        08/917,761
Filed:             August 27, 1997
Art Unit:          3642
Examiner:          Cangialosi, Sai
Title:             REMOTE IMAGE CAPTURE WITH CENTRALIZED
                   PROCESSING AND STORAGE

Received
OCT 3 0 1998
Group 2700

Enclosed herewith are:

✗ Copy of Supplemental Power of Attorney as originally filed;
✗ Petition to Make Special under 37 CFR § 1.182 and § 1.183;
✗ Information Disclosure Statement with References;
✗ PTO-1449 (modified);
✗ Check in the amount of $130.00;
✗ Certificate of Express Mail;
✗ and a Self-addressed, stamped return postcard.

The Commissioner is hereby authorized to charge any additional fees,
which may be required, or credit any overpayment to Account No. 13-0437. Two
additional copies of this sheet are attached.

Respectfully submitted,

By: _signature_ J. Michael Martinez de Andino
Attorney for Applicants
Registration No. 37,178

Dated: October 23, 1998

ALBANY • BALTIMORE • BRUSSELS • CHARLOTTE • CHARLOTTESVILLE • CHICAGO • JACKSONVILLE • MOSCOW • NORFOLK • RICHMOND • TYSONS CORNER • WASHINGTON • ZURICH (OF COUNSEL)

www.mwbb.com

DTC000185

D 066888

PATENT



I hereby certify that on the date specified below, this correspondence is being deposited with the United States Postal Service as first-class mail in an envelope addressed to the Assistant Commissioner for Patents, Washington, DC 20231.

Date    2/2/48        Christopher J. Dailey-Watson

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants   :   Karen Gross et al.

Application No.   :   08/925,447

Filed   :   September 8, 1997

For   :   SINGLE TELEPHONE NUMBER ACCESS TO MULTIPLE COMMUNICATIONS

         Docket No.   :   CDR-096-013

         Date   :   February 2, 1998

Assistant Commissioner for Patents
Washington, DC 20231

Sir:

In accordance with 37 C.F.R. §§ 1.56 and 1.97 through 1.98, applicants wish to make known to the Patent and Trademark Office the references set forth on the attached form PTO-1449 (copies of the cited references are enclosed). Although the aforesaid references are made known to the Patent and Trademark Office in compliance with applicants duty to disclose all information they are aware of which is believed relevant to the examination of the above-identified application, applicants believe that the invention is patentable.

Applicants wish to disclose and have officially considered the following co-pending applications by the same assignee which have either the same or different inventors as the present application:

| Application No. | Filing Date | Title |
|---|---|---|
| 08/924,928 | 09/08/97 | Multiple Routing Options In A Telecommunications Service Platform |
| 08/925,520 | 09/08/97 | Outbound Calling Services On A Telecommunications Service Platform |

DTC000186

D 066889

| Application No. | Filing Date | Title |
|---|---|---|
| 08/925,370 | 09/08/97 | *Internet-Based Subscriber Profile Management Of A Communications System* |
| 08/925,926 | 09/08/97 | *Integrated Messaging Platform* |
| 08/924,924 | 09/08/97 | *Integrated Voicemail And Faxmail Platform For A Communications System* |
| 08/925,925 | 09/08/97 | *Virtual Private Network Access To The Communications Platform* |
| 08/925,371 | 09/08/97 | *Direct Distance Dialing (DDD) Access To A Communications Services Platform* |

As to any noted reference, applicants do not admit that it is "prior art" under 35 U.S.C. §§ 102 or 103, and specifically reserve the right to antedate any such document, such as by a showing under 37 C.F.R. § 1.131 or other method.

Applicants do not believe that any fee is due with this communication and no fee is being submitted. The Assistant Commissioner is hereby authorized to charge a fee in accordance with Section 1.97(e) and any other fees which may be required, or credit any overpayment to Deposit Account No. 13-2491.

Please acknowledge receipt of this Information Disclosure Statement and kindly make the cited references of record in the above-identified application.

Respectfully submitted,

Karen Gross et al.
SEED and BERRY LLP

Christopher J. Daley-Watson
Registration No. 34,807

CJD:kh

Enclosures:
   2 Postcards
   Form PTO-1449
   Cited References (75)

6300 Columbia Center
701 Fifth Avenue
Seattle, Washington 98104-7092
(206) 622-4900
Fax: (206) 682-6031

U:\ChrisD\5837

DTC000187

D 066890

| POSITION | ID NO. | DATE |
|---|---|---|
| CLASSIFIER | | |
| EXAMINER | 68975 | 11/6/97 |
| TYPIST | | |
| VERIFIER | | |
| CORPS CORR. | | |
| SPEC. HAND | | |
| FILE MAINT. | | |
| DRAFTING | | |

INDEX OF CLAIMS

SYMBOLS
√ .............. Rejected
− .............. Allowed
(Through numeral) Canceled
+ .............. Restricted
N .............. Non-elected
I .............. Interference
A .............. Appeal
O .............. Objected

| Claim | | Date |
|---|---|---|
| Final | Original | |
| | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |
| | 11 | |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |
| | 26 | |
| | 27 | |
| | 28 | |
| | 29 | |
| | 30 | |
| | 31 | |
| | 32 | |
| | 33 | |
| | 34 | |
| | 35 | |
| | 36 | |
| | 37 | |
| | 38 | |
| | 39 | |
| | 40 | |
| | 41 | |
| | 42 | |
| | 43 | |
| | 44 | |
| | 45 | |
| | 46 | |
| | 47 | |
| | 48 | |
| | 49 | |
| | 50 | |

| Claim | | Date |
|---|---|---|
| Final | Original | |
| | 51 | |
| | 52 | |
| | 53 | |
| | 54 | |
| | 55 | |
| | 56 | |
| | 57 | |
| | 58 | |
| | 59 | |
| | 60 | |
| | 61 | |
| | 62 | |
| | 63 | |
| | 64 | |
| | 65 | |
| | 66 | |
| | 67 | |
| | 68 | |
| | 69 | |
| | 70 | |
| | 71 | |
| | 72 | |
| | 73 | |
| | 74 | |
| | 75 | |
| | 76 | |
| | 77 | |
| | 78 | |
| | 79 | |
| | 80 | |
| | 81 | |
| | 82 | |
| | 83 | |
| | 84 | |
| | 85 | |
| | 86 | |
| | 87 | |
| | 88 | |
| | 89 | |
| | 90 | |
| | 91 | |
| | 92 | |
| | 93 | |
| | 94 | |
| | 95 | |
| | 96 | |
| | 97 | |
| | 98 | |
| | 99 | |
| | 100 | |

(LEFT INSIDE)

DTC000189

D 066892

## SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| 380 | 25, 24 | 12/98 | SLV |
| Class for patents | | 2/99 | SLC |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| 380 | 24 | 2/99 | SLC |

## SEARCH NOTES

| | Date | Exmr. |
|--|------|-------|
| | | |

(RIGHT OUTSIDE)

68698 U.S. PTO
08/917761
08/27/97

# PATENT APPLICATION

08917761



## CONTENTS

| Date Entered or Counted | | CONTENTS | Date Received or Mailed | APPROVED FOR LICENSE | INITIALS |
|---|---|---|---|---|---|
| | 1. | Application _____ papers. | | | ☐ |
| | 2. | Noisan EBL | 1/14/98 | | |
| | 3. | Suppl. Declaration | 2-4-98 | | |
| | 4. | Small Entity | 2-4-98 | | |
| | 5. | Dec/Statt | 2-4-98 | | |
| | 6. | | | | |
| | 7. | Verified Stat Small Entity | 3-5-98 | | |
| | 8. | Suppl. Oath/Declaration | September 3, 1998 | | |
| | 9. | Supp. Power of Attorney | 10-2-98 | | |
| | 10. | Supplement | 10-8-98 | | |
| | 11. | Let to MB Sp. Proc. Exam. | 10-23-98 | | |
| | 12. | Let to MB Sp. Proc. Exam. | 11/10/98 | | |
| 12/12 | 13. | Final Exam Reports | 12-29-98 | | |
| | 14. | Req (2) mos. | 10/2/98 | | |
| | 15. | N/P | 2-11-99 | | |
| 2/23/99 | 16. | Cmplt A | 2-23-9960 | | |
| | 17. | Notice of allowance | 6-16-99 | | |
| | 18. | PTO Grant JUN 0 8 1999 | | | |
| | 19. | | | | |
| | 20. | | | | |
| | 21. | | | | |
| | 22. | | | | |
| | 23. | | | | |
| | 24. | | | | |
| | 25. | | | | |
| | 26. | | | | |
| | 27. | | | | |
| | 28. | | | | |
| | 29. | | | | |
| | 30. | | | | |
| | 31. | | | | |
| | 32. | | | | |

(FRONT)

DTC000190

D 066893

A COVERBINDX COVER 1-800-xxx-xxxx
3/4" PTO-18BD for 133-180 sheets

DTC000191

D 066894