## THE CLAIMS

What is claimed is:

5    1.  A system for central management, storage and report generation of remotely captured paper transactions from documents and receipts comprising:

one or more remote data access subsystems for capturing and sending paper transaction data comprising at least one
10  data access controller for managing the capturing and sending of the transaction data;

at least one central data processing subsystem for processing, sending, verifying and storing the paper transaction data comprising a data management subsystem for
15  managing the processing, sending and storing of the transaction data; and

at least one communication network for the transmission of the transaction data within and between said one or more data access subsystems and said at least one data processing
20  subsystem.

2.  A system as in claim 1 wherein said one or more data access subsystems further comprise at least one scanner for capturing the paper transaction data.
25

3.  A system as in claim 2 wherein said one or more data access subsystems also capture electronic transactions from credit cards, smart cards and debit cards, signature data or biometric data, further comprising:
30  at least one card interface for capturing the electronic transaction data;

at least one signature interface for capturing an electronic signature; and

at least one biometric interface for capturing biometric
35  data.

- 41 -                                      FEDC-93965.3

DTC000291

D 066994

Dockets.Justia.com

4. A system as in claim 3 wherein said at least one
data access controller successively transforms the captured
transaction data to a bitmap image, a compressed bitmap
image, an encrypted, compressed bitmap image and an
5 encrypted, compressed bitmap image tagged with information
identifying a location and time of the transaction data
capture.

5. A system as in claim 4 wherein said one or more data
10 access subsystems further comprise digital storage for
storing the tagged, encrypted, compressed bitmap image.

6. A system as in claim 5 wherein said at least one
card interface initiates the electronic transaction.
15

7. A system as in claim 6 wherein said one or more data
access subsystems further comprise at least one printer for
printing the paper transaction initiated by said at least one
card interface.
20

8. A system as in claim 7 wherein the paper transaction
printed by said at least one printer includes data glyphs.

9. A system as in claim 1 wherein said data management
25 subsystem of said at least one data processing subsystem
comprises:
    at least one server for polling said one or more remote
data access subsystems for transaction data;
    a database subsystem for storing the transaction data in
30 a useful form;
    a report generator for generating reports from the
transaction data and providing data to software applications;
    at least one central processing unit for managing the
storing of the transaction data;
35    a domain name services program for dynamically assigning
one of said at least one server to receive portions of the

- 42 -

PEDC-93965.3

DTC000292

D 066995

transaction data for balancing the transaction data among said at least one server; and

a memory hierarchy.

5       10.  A system as in claim 9 wherein said at least one server also polls for biometric and signature data, said database stores the biometric data and the signature data, and said at least one central processing unit verifies the biometric data and the signature data.

10      11.  A system as in claim 9 wherein said memory hierarchy comprises at least one primary memory for storage of recently accessed transaction data and at least one secondary memory for storage of other transaction data.

15      12.  A system as in claim 11 wherein said at least one secondary memory comprises at least one write once read many jukebox and at least one optical storage jukebox.

20      13.  A system as in claim 12 wherein said at least one optical storage jukebox comprises read only memory technology including compact disc read only memory form factor metallic write once read many disc.

25      14.  A system as in claim 9 wherein said database subsystem comprises at least one predefined template for partitioning the stored transaction data into panels and identifying locations of the panels.

30      15.  A system as in claim 14 wherein said data processing subsystem further comprises a data entry gateway for correcting errors in the panels of stored transaction data.

35      16.  A system as in claim 1 wherein said at least one communication network comprises:

- 43 -

PEDC-93965.3

DTC000293

D 066996

at least one first local area network for transmitting
data within a corresponding one of said one or more remote
data access subsystems;

at least one second local area network for transmitting
5 data within a corresponding one of said at least one data
processing subsystem; and

at least one wide area network for transmitting data
between said one or more remote data access subsystems and
said at least one data processing subsystem.
10

17.    A system as in claim 16 wherein said at least one
communication network further comprises:

at least one modem for connecting said at least one
first local area network of said one or more data access
15 subsystems to a corresponding one of said at least one second
local area network of said at least one data processing
subsystem through said at least one wide area network; and

at least one bank of modems for connecting said at least
one second local area network of said at least one data
20 processing subsystem to a corresponding some of said at least
one first local area network of said one or more data access
subsystems through said at least one wide area network.


18.    A system as in claim 1 further comprising at least
25 one data collecting subsystem for collecting and sending the
electronic or paper transaction data comprising a further
management subsystem for managing the collecting and sending
of the transaction data.


30    19.    A system as in claim 18 wherein said further data
management subsystem of said at least one data collecting
subsystem comprises:

at least one server for polling said one or more remote
data access subsystems for transaction data;
35    a database for storing the transaction data in a useful
form;

– 44 –                          PEDC-93565.3

DTC000294

D 066997

at least one central processing unit for managing the
collecting of the transaction data;
a domain name services program for dynamically assigning
one of said at least one server to receive portions of the
5 transaction data for balancing the transaction data among
said at least one server; and
a memory hierarchy.

20. A system as in claim 19 wherein said memory
10 hierarchy comprises at least one primary memory for
collecting transaction data and at least one secondary memory
for backup storage of the transaction data.

21. A system as in claim 20 wherein said at least one
15 secondary memory comprises at least one DLT jukebox.

22. A system as in claim 18 wherein said at least one
communication network comprises:
at least one first local area network for transmitting
20 data within a corresponding one of said one or more remote
data access subsystems;
at least one second local area network for transmitting
data within a corresponding one of said at least one data
collection subsystem;
25 at least one third local area network for transmitting
data within a corresponding one of said at least one data
processing subsystem; and
at least one wide area network for transmitting data
between said one or more remote data access subsystems, said
30 at least one data collection subsystem and said at least one
data processing subsystem.

23. A system as in claim 22 wherein said at least one
communication network further comprises:
35 at least one first modem for connecting said at least
one first local area network of said one or more data access
subsystems to a corresponding one of said at least one second

– 45 –

PRDC-93965.3

local area network through said at least one wide area
network;

at least one bank of modems for connecting said at least
one second local area network of said at least one data

5  collection subsystem to a corresponding some of said at least
one first local area network of said one or more data access
subsystems through said at least one wide area network;

at least one first wide area network router for
connecting a corresponding one of said at least one second

10 local area network of said at least one data collecting
subsystem to said at least one wide area network; and

at least one second wide area network router for
connecting a corresponding one of said at least one third
local area network of said at least one data processing

15 subsystem to said at least one wide area network.

24.    A system as in claim 23 wherein said at least one
first wide area network and said at least one second wide
area network comprises a carrier cloud, said carrier cloud

20 using a frame relay method for transmitting the transaction
data.

25.    A system as in claim 22 wherein said at least one
second local area network and said at least one third local

25 area network further comprises a corresponding one of at
least one network switch for routing transaction data within
said at least one second local area network and said at least
one third local area network.

30    26.    A method for central management, storage and
verification of remotely captured paper transactions from
documents and receipts comprising the steps of:

capturing and sending the paper transaction data at one
or more remote locations;

35    managing the capturing and sending of the transaction
data;

- 46 -

PEDC 93965.3

DTC000296

D 066999

collecting, processing, sending and storing the
transaction data at a central location;

managing the collecting, processing, sending and storing
of the transaction data; and

5    transmitting the transaction data within and between the
remote location(s) and the central location.


27.   The method as in claim 26 wherein said managing the
capturing and sending step comprises the steps of:

10    successively transforming the captured transaction data
to a bitmap image, a compressed bitmap image, an encrypted,
compressed bitmap image and an encrypted, compressed bitmap
image tagged with information identifying a location and time
of the transaction data capturing; and

15    storing the tagged, encrypted, compressed bitmap image.


28.   The method as in claim 27 wherein said managing the
capturing and sending step also captures electronic
transactions from credit cards, smart cards and debit cards,
20 signature data or biometric data, further comprising the
steps of:

initiating an electronic transaction;

capturing signature data;

capturing biometric data; and

25    printing a paper transaction with data glyphs for the
initiated electronic transaction.


29.   A method as in claim 26 wherein:

said capturing and sending step occurs at a plurality of
30 remote locations; and

said collecting, processing, sending and storing step
occurs at a plurality of central locations.


30.   A method as in claim 29 wherein said collecting,
35 processing, sending and storing step comprises the steps of:

polling the remote locations for transaction data with
servers at the central locations;

- 47 -

PEDC-93965.3

DTC000297

D 067000

storing the transaction data at the central location in
a memory hierarchy, said storing maintains recently accessed
transaction data in a primary memory and other transaction
data in a secondary memory; and

5     dynamically assigning the servers at the central
location to receive portions of the transaction data for
balancing the transaction data among the servers; and

generating reports from the transaction data and
providing data to software applications.

10

31. A method as in claim 30 wherein said storing the
transaction data step comprises the steps of:

partitioning the stored transaction data with predefined
templates into panels; and

15     identifying locations of the panels.

32. A method as in claim 31 wherein said managing the
collecting, processing, sending and storing of the
transaction data step comprises correcting errors in the
20 panels of stored transaction data.

33. A method as in claim 32 further comprising the
steps of:

polling the remote locations for captured electronic
25 data, captured signature data and captured biometric data
with servers at the central locations; and

comparing the captured signature data and the captured
biometric data to stored signature data and stored biometric
data respectively for identification verification.

30

34. A method as in claim 32 wherein said transmitting
the transaction data step comprises the steps of:

transmitting data within the remote locations;
transmitting data from each remote location to a
35 corresponding central location; and

transmitting data within the central locations.

– 48 –

PEDC-93965.3

DTC000298

D 067001

35.  A method as in claim 34 wherein said transmitting
data from each remote location to a corresponding central
location step comprises the steps of:
     connecting each remote location to a corresponding
5 central location; and
     connecting each central location to corresponding remote
locations.

36.  A method as in claim 29 further comprising the
10 steps of:
     collecting and sending the electronic or paper
transaction data at intermediate locations;
     managing the collecting and sending of the transaction
data; and
15     transmitting the transaction data within the
intermediate location and between the intermediate locations
and the remote locations and the central locations.

37.  A method as in claim 36 wherein said managing the
20 collecting and sending step comprises the steps of:
     polling the remote locations for transaction data with
servers in the intermediate locations;
     storing the transaction data in the intermediate
locations in a useful form, said storing maintains the
25 transaction data in a primary memory of a memory hierarchy
and performs backup storage of the transaction data into a
secondary memory of the memory hierarchy; and
     dynamically assigning the servers to receive portions of
the transaction data for balancing the transaction data among
30 the servers.

38.  The method as in claim 36 wherein said transmitting
the transaction data step comprises the steps of:
     transmitting data within the remote locations;
35     transmitting data from each remote location to a
corresponding intermediate location;
     transmitting data within the intermediate locations;

- 49 -

PEDC-93965.3

DTC000299

D 067002

transmitting data from each intermediate location to
corresponding central locations; and
transmitting data within the central locations.

5      39.   A method as in claim 38 wherein said transmitting
data from each remote location to corresponding intermediate
locations step comprises the steps of:
connecting each remote location to a corresponding
intermediate location; and
10      connecting the intermediate locations to corresponding
remote locations.

40.   A method as in claim 38 wherein said transmitting
data from each intermediate location to corresponding central
15 locations comprises the steps of:
connecting each intermediate location to an external
communication network; and
connecting the corresponding central locations to the
communication network.
20

41.   A method as in claim 40 wherein said transmitting
data from each intermediate location to corresponding central
locations step further comprises the steps of:
packaging the transaction data into frames; and
25      transmitting the frames through the external
communication network.

42.   A communication network for the transmission of
data within and between one or more remote subsystems, at
30 least one intermediate subsystem and at least one central
subsystem forming a tiered architecture wherein each of said
at least one central data processing subsystem communicate
with a corresponding some of said at least one data
collecting subsystem and each of said at least one data
35 collecting subsystem communicate with a corresponding some of
said one or more data processing subsystems comprising:

- 50 -                    PEDC-93965.3

DTC000300

D 067003

at least one first local area network for transmitting
data within a corresponding one of said one or more remote
subsystems;

at least one second local area network for transmitting
5 data within a corresponding one of said at least one
intermediate subsystem;

at least one third local area network for transmitting
data within a corresponding one of said at least one central
subsystem; and

10 at least one wide area network for transmitting data
between said one or more remote subsystems, said at least one
intermediate subsystem and said at least one central
subsystem.

15 43. A communication network as in claim 42 further
comprising:

at least one first modem for connecting said at least
one first local area network of said one or more remote
subsystems to a corresponding one of said at least one second
20 local area network through said at least one wide area
network;

at least one bank of modems for connecting said at least
one second local area network of said at least one
intermediate subsystem to a corresponding some of said at
25 least one first local area network of said one or more remote
subsystems through said at least one wide area network;

at least one first wide area network router for
connecting a corresponding one of said at least one second
local area network of said at least one intermediate
30 subsystem to said at least one wide area network; and

at least one second wide area network router for
connecting a corresponding one of said at least one third
local area network of said at least one central subsystem to
said at least one wide area network.

35

44. A system as in claim 43 wherein said at least one
first wide area network and said at least one second wide

- 51 -

PRDC-93965.3

DTC000301

D 067004

area network comprises a carrier cloud which utilizes a frame
relay method for transmitting the transaction data.

45. A system as in claim 44 wherein said at least one
5  second local area network and said at least one third local
area network further comprises a corresponding one of at
least one network switch for routing transaction data within
said at least one second local area network and said at least
one third local area network, and further wherein said data
10 comprises (a) electronic transactions from credit cards,
smart cards and debit cards, signature data or biometric
data, or (b) paper transactions from documents and receipts.

46. A method for transmitting data within and between
15 one or more remote subsystems, at least one intermediate
subsystem and at least one central subsystem in a tiered
manner wherein each of the central subsystems communicate
with a corresponding some of the intermediate subsystems and
each of the intermediate subsystems communicate with a
20 corresponding some of the remote subsystems comprising the
steps of:
        transmitting data within the remote locations;
        transmitting data from each remote location to a
corresponding intermediate location;
25        transmitting data within the intermediate locations;
        transmitting data from each intermediate location to
corresponding central locations; and
        transmitting data within the central locations.

47. A method as in claim 46 wherein said transmitting
30 data from each remote location to corresponding intermediate
locations step comprises the steps of:
        connecting each remote location to a corresponding
intermediate location; and
35        connecting the intermediate locations to corresponding
remote locations.

– 52 –

PEDC-93965.3

DTC000302

D 067005

48.  A method as in claim 47 wherein said transmitting data from each intermediate location to corresponding central locations comprises the steps of:

connecting each intermediate location to an external
5 communication network; and

connecting the corresponding central locations to the external communication network.

49.  A method as in claim 48 wherein said transmitting
10 data from each intermediate location to corresponding central locations step further comprises the steps of:

packaging the transaction data into frames; and

transmitting the frames through the external communication network.
15

50.  A method as in claim 46 wherein said data is obtained from (a) electronic transactions from credit cards, smart cards and debit cards, signature data or biometric data, or (b) paper transactions from documents and receipts.
20

51.  A method for central management, storage and verification of remotely captured paper transactions from documents and receipts as in claim 33 wherein said comparing step further comprises the step of comparing said captured
25 electronic data to stored electronic data.

52.  A method for central management, storage and verification of remotely captured paper transactions from documents and receipts as in claim 51 wherein said
30 transaction data comprises a payer bank's identification number, a payer bank's routing number, a payer bank's routing information, a payer's account number, a payer's check, a payer bank's draft, a check amount, a payee bank's identification number, a payee bank's routing information,
35 and a payee's account number.

– 53 –

PEDC-93965.3

DTC000303

D 067006

53.  A method for central management, storage and
verification of remotely captured paper transactions from
documents and receipts as in claim 52 wherein said managing
the collecting, processing, sending and storing step further
5  comprises the step of performing said paper transaction by
transferring funds electronically from a payer bank to a
payee bank.

- 54 -

PEDC-93965.3

DTC000304

D 067007

## REMOTE IMAGE CAPTURE
## WITH CENTRALIZED PROCESSING AND STORAGE

### ABSTRACT

5

A system for remote data acquisition and centralized processing and storage is disclosed called the DataTreasury™ System. The DataTreasury™ System provides comprehensive support for the processing of documents and electronic data associated with different applications including sale, business, banking and general consumer transactions. The system retrieves transaction data such as credit card receipts checks in either electronic or paper form at one or more remote locations, encrypts the data, transmits the encrypted data to a central location, transforms the data to a usable form, performs identification verification using signature data and biometric data, generates informative reports from the data and transmits the informative reports to the remote location(s). The DataTreasury™ System has many advantageous features which work together to provide high performance, security, reliability, fault tolerance and low cost. First, the network architecture facilitates secure communication between the remote location(s) and the central processing facility. A dynamic address assignment algorithm performs load balancing among the system's servers for faster performance and higher utilization. Finally, a partitioning scheme improves the error correction process.

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of application serial no. 08/917,761 filed August 27, 1997.

35

PEDC-93965.3

DTC000305

D 067008

PENNIE & EDMONDS LLP DOCKET NO. 2269-007

## DECLARATION
## AND POWER OF ATTORNEY

...below named inventor, I hereby declare that:

...residence, post office address and citizenship are as stated below at 201 et seq. underneath my name.

...I am the original, first and sole inventor if only one name is listed at 201 below, or an original, first and joint inventor if plural names ...at 201 et seq. below, of the subject matter which is claimed and for which a patent is sought on the invention entitled

### REMOTE IMAGE CAPTURE WITH CENTRALIZED PROCESSING AND STORAGE

...which a patent application is attached hereto.

...state that I have reviewed and understand the contents of the above identified application, including the claims, as amended by any ...referred to above.

...ledge the duty to disclose information known to me to be material to patentability as defined in Title 37, Code of Federal Regulations,

...claim foreign priority benefits under Title 35, United States Code, §119(a)-(d) of any foreign application(s) for patent or inventor's ...listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that ...application on which priority is claimed:

| EARLIEST FOREIGN APPLICATION(S), IF ANY, FILED PRIOR TO THE FILING DATE OF THE APPLICATION | | | | |
|---|---|---|---|---|
| APPLICATION NUMBER | COUNTRY | DATE OF FILING (day, month, year) | PRIORITY CLAIMED | |
| | | | YES ☐  NO ☐ | |
| | | | YES ☐  NO ☐ | |

...claim the benefit under Title 35, United States Code, §119(e) of any United States provisional application(s) listed below.

| APPLICATION NUMBER | FILING DATE |
|---|---|
| | |

...claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject ...of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first ...of Title 35, United States Code §112, I acknowledge the duty to disclose information which is material to patentability as defined ...37, Code of Federal Regulations, §1.56 which became available between the filing date of the prior application and the national or PCT ...filing date of this application:

| APPLICATION SERIAL NO. | FILING DATE | STATUS | | |
|---|---|---|---|---|
| | | PATENTED | PENDING | ABANDONED |
| 08/917,761 | August 27, 1997 | | X | |

...OF ATTORNEY: As a named inventor, I hereby appoint S. Leslie Misrock (Reg. No. 18872), Harry C. Jones, III (Reg. No. 20280), ...Berman (Reg. No. 20060), Gerald J. Flintoft (Reg. No. 20823), David Weild, III (Reg. No. 21094), Jonathan A. Marshall (Reg. No. ...Barry D. Rein (Reg. No. 22411), Stanton T. Lawrence, III (Reg. No. 25736), Isaac Jarkovsky (Reg. No. 22713), Joseph V. Colaianni ...20019), Charles E. McKenney (Reg. No. 22795), Philip T. Shannon (Reg. No. 24278), Francis E. Morris (Reg. No. 24615), Charles ...(Reg. No. 24576), Gidon D. Stern (Reg. No. 27469), John J. Lauter, Jr. (Reg. No. 27814), Brian M. Poissant (Reg. No. 28462), ...Caprio (Reg. No. 27624), Rory J. Radding (Reg. No. 28749), Stephen J. Harbulak (Reg. No. 29166), Donald J. Goodell (Reg. No. ...James N. Palik (Reg. No. 25510), Thomas B. Friebel (Reg. No. 29258), Laura A. Coruzzi (Reg. No. 30742), Jennifer Gordon (Reg. ...39), Jon R. Stark (Reg. No. 30111), Allan A. Fanucci (Reg. No. 30256), Geraldine F. Baldwin (Reg. No. 31232), Victor N. Balancia ...31231), Samuel B. Abrams (Reg. No. 30605), Steven J. Wallach (Reg. No. 35402), Marcia H. Sundeen (Reg. No. 30893), Paul ...(Reg. No. 33821), Edmond R. Bannon (Reg. No. 32110), Bruce J. Barker (Reg. No. 33291), Adriane M. Antler (Reg. No. 25605), ...S. Rowan (Reg. No. 34419), Ann L. Gisolfi (Reg. No. 31956), Mark A. Parley (Reg. No. 33170), and James G. Markey (Reg. No. ...all of Pennie & Edmonds LLP, whose addresses are 1155 Avenue of the Americas, New York, New York 10036, 1667 K Street N.W., ...DC 20006 and 3300 Hillview Avenue, Palo Alto, CA 94304, and each of them, my attorneys, to prosecute this application, and ...all business in the Patent and Trademark Office connected therewith.

(1)

DTC000306

D 067009

PENNIE & EDMONDS LLP DOCKET NO. 2269-007

| CORRESPONDENCE TO: | PENNIE & EDMONDS LLP<br>1667 K STREET, N.W.<br>WASHINGTON, D.C. 20006 | DIRECT TELEPHONE CALLS TO:<br>PENNIE & EDMONDS LLP DOCKETING<br>(202) 496-4400 | |
|---|---|---|---|
| **FULL NAME OF INVENTOR** | LAST NAME<br>BALLARD | FIRST NAME<br>Claudio | MIDDLE NAME<br>R. |
| **RESIDENCE & CITIZENSHIP** | CITY<br>Lloyd Harbor | STATE OR FOREIGN COUNTRY<br>New York | COUNTRY OF CITIZENSHIP<br>United States |
| **POST OFFICE ADDRESS** | STREET<br>16 West Neck Court | CITY<br>Lloyd Harbor | STATE OR COUNTRY  ZIP CODE<br>New York        11743 |
| **FULL NAME OF INVENTOR** | LAST NAME | FIRST NAME | MIDDLE NAME |
| **RESIDENCE & CITIZENSHIP** | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP |
| **POST OFFICE ADDRESS** | STREET | CITY | STATE OR COUNTRY  ZIP CODE |
| **FULL NAME OF INVENTOR** | LAST NAME | FIRST NAME | MIDDLE NAME |
| **RESIDENCE & CITIZENSHIP** | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP |
| **POST OFFICE ADDRESS** | STREET | CITY | STATE OR COUNTRY  ZIP CODE |
| **FULL NAME OF INVENTOR** | LAST NAME | FIRST NAME | MIDDLE NAME |
| **RESIDENCE & CITIZENSHIP** | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP |
| **POST OFFICE ADDRESS** | STREET | CITY | STATE OR COUNTRY  ZIP CODE |
| **FULL NAME OF INVENTOR** | LAST NAME | FIRST NAME | MIDDLE NAME |
| **RESIDENCE & CITIZENSHIP** | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP |
| **POST OFFICE ADDRESS** | STREET | CITY | STATE OR COUNTRY  ZIP CODE |
| **FULL NAME OF INVENTOR** | LAST NAME | FIRST NAME | MIDDLE NAME |
| **RESIDENCE & CITIZENSHIP** | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP |
| **POST OFFICE ADDRESS** | STREET | CITY | STATE OR COUNTRY  ZIP CODE |

... that all statements made herein of my own knowledge are true and that all statements made on information and belief are ... be true; and further that these statements were made with the knowledge that willful false statements and the like so made are ... by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements ... the validity of the application or any patent issuing thereon.

| OF CLAUDIO R. BALLARD<br>*Claudis R. Ballard* | SIGNATURE OF INVENTOR 202 | SIGNATURE OF INVENTOR 203 |
|---|---|---|
| *May 18, 1998* | DATE | DATE |
| OF INVENTOR 204 | SIGNATURE OF INVENTOR 205 | SIGNATURE OF INVENTOR 206 |
| | DATE | DATE |

(2)

MAY 18 '98 03:31PM PENNIE & EDMONDS

DTC000307

D 067010

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:

Claudio R. BALLARD

Application No.: To Be Assigned                              Group Art Unit:

Filed: Herewith                                             Examiner:

For:    REMOTE IMAGE CAPTURE WITH            Attorney Docket No.:
        CENTRALIZED PROCESSING AND           2269-007
        STORAGE

### VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS
[37 CFR 1.9(f) and 1.27(c)] - Small Business Concern

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

I hereby declare that I am an official of the small business concern empowered to act in behalf of the concern identified below:

> CSP Holdings, LLC
> 16 West Neck Court
> Lloyd Harbor, New York 11743

I hereby declare that the above identified small business concern qualifies as a small business concern as defined in 37 CFR 1.9(d), for purposes of paying reduced fees under section 41(a) and (b) of Title 35, United States Code, in that the number of employees of the concern, including those of its affiliates, does not exceed 500 persons. For purposes of this statement, (1) the number of employees of the business concern is the average over the previous fiscal year of the concern of the person employed on a full-time, part-time or temporary basis during each of the pay periods of the fiscal year, and (2) concerns are affiliates of each other when either, directly or indirectly, one concern controls or has the power to control the other, or a third party or parties controls or has the power to control both.

I hereby declare that rights under contract or law have been conveyed to and remain with the small business concern and/or there is an obligation under contract or law by the inventor(s) to convey rights to the small business concern with regard to the invention, entitled **REMOTE IMAGE CAPTURE WITH CENTRALIZED PROCESSING AND STORAGE** by Claudio R. BALLARD described in the specification filed herewith.

If the rights held by the above identified small business concern are not exclusive, each individual, concern or organization having rights to the invention is listed below and no rights to the invention are held by any person, other than the inventor, who could not qualify as an independent inventor under 37 CFR 1.9(c) if that person made the invention, or by any concern which would not qualify as a small business concern under 37 CFR 1.9(d), or a nonprofit organization under 37 CFR 1.9(e).

FULL NAME:    _____
ADDRESS:      _____
              _____

☐ INDIVIDUAL   ☐ SMALL BUSINESS CONCERN   ☐ NONPROFIT ORGANIZATION

PEDC-122545.1

MAY 18 '98 03:31PM PENNIE & EDMONDS

P. 5

DTC000308

D 067011

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. [37 CFR 1.28 (b)]

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, and patent issuing thereon, or any patent to which this verified statement is directed.

Send correspondence to:

> PENNIE & EDMONDS LLP
> 1667 K Street, N.W.
> Washington, D.C. 20006

Direct telephone calls to:

> PENNIE & EDMONDS LLP
> (202) 496-4400

Name:

Title:  _PRESIDENT_

Address:

Signature:  _Alexander R. Ballard_

Date:  _May 18, 1998_

DTC000309

D 067012

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:

C. BALLARD

Application No.:  09/081,012          Group Art Unit:  3642

Filed:  May 19, 1998                 Examiner:

For: REMOTE IMAGE CAPTURE WITH        Attorney Docket No.:
     CENTRALIZED PROCESSING AND        2269-007
     STORAGE

## REQUEST FOR CORRECTED FILING RECEIPT

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

Applicant respectfully requests that the Patent Office correct the Filing Receipt for the above-identified application as follows:

Change the Attorney Docket No. from "2269-003" to --2269-007--.

A copy of the Filing Receipt marked with the requested change is enclosed along with a copy of the Declaration and Power of Attorney in support of this request.

No fee is believed to be due for this submission.  Should any fees be required, however, please charge such fees to Pennie & Edmonds LLP Deposit Account No. 16-1150.

Respectfully submitted,

_____6/24/98_____          _Allan A. Fanucci_____
Date                            Allan A. Fanucci, Reg. No. 30,256

                                **PENNIE & EDMONDS** LLP
                                1667 K Street, N.W.
                                Washington, DC  20006

                                (202) 496-4400

Enclosure

                                                    PEDC-125295.1

DTC000310

D 067013

Case 2:04-cv-00085-DF    Document 38    Filed 02/01/2006    Page 21 of 49



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

FILING RECEIPT

| APPLICATION NUMBER | FILING DATE | GRP ART UNIT | FIL FEE REC'D | ATTORNEY DOCKET NO. | DRWGS | TOT CL | IND CL |
|---|---|---|---|---|---|---|---|
| 09/081,012 | 05/19/98 | 3642 | $799.00 | ~~2269-003~~ | 11 | 53 | 4 |

2269-007

020582
ANNIE EDMONDS
1667 K STREET NW
SUITE 1000
WASHINGTON DC 20006

Receipt is acknowledged of this nonprovisional Patent Application. It will be considered in its order and you will be notified as to the status of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. If an error is noted on this Filing Receipt, please write to the Application Processing Division's Customer Correction Branch within 10 days of receipt. Please provide a copy of the Filing Receipt with the changes noted thereon.

Applicant(s)    CLAUDIO R. BALLARD, LLOYD HARBOR, NY.

CONTINUING DATA AS CLAIMED BY APPLICANT—
        THIS APPLN IS A CIP OF  08/917,761 08/27/97

FOREIGN FILING LICENSE GRANTED 06/09/98        * SMALL ENTITY *
TITLE
REMOTE IMAGE CAPTURE WITH CENTRALIZED PROCESSING AND STORAGE

PRELIMINARY CLASS: 380

(see reverse)

DTC000311

D 067014

PENNIE & EDMONDS LLP DOCKET NO. 2269-007

## DECLARATION
## AND POWER OF ATTORNEY

named inventor, I hereby declare that:

ce, post office address and citizenship are as stated below at 201 et seq. underneath my name.

I am the original, first and sole inventor if only one name is listed at 201 below, or an original, first and joint inventor if plural names at 201 et seq. below, of the subject matter which is claimed and for which a patent is sought on the invention entitled

### REMOTE IMAGE CAPTURE WITH CENTRALIZED PROCESSING AND STORAGE

which a patent application is attached hereto.

state that I have reviewed and understand the contents of the above identified application, including the claims, as amended by any referred to above.

ge the duty to disclose information known to me to be material to patentability as defined in Title 37, Code of Federal Regulations,

claim foreign priority benefits under Title 35, United States Code, §119(a)-(d) of any foreign application(s) for patent or inventor's listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that cation on which priority is claimed:

| EARLIEST FOREIGN APPLICATION(S), IF ANY, FILED PRIOR TO THE FILING DATE OF THE APPLICATION | | | | |
|---|---|---|---|---|
| APPLICATION NUMBER | COUNTRY | DATE OF FILING (day, month, year) | PRIORITY CLAIMED | |
| | | | YES ☐     NO ☐ | |
| | | | YES ☐     NO ☐ | |

claim the benefit under Title 35, United States Code, §119(e) of any United States provisional application(s) listed below.

| APPLICATION NUMBER | FILING DATE |
|---|---|
| | |
| | |

claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first of Title 35, United States Code §112, I acknowledge the duty to disclose information which is material to patentability as defined Code of Federal Regulations, §1.56 which became available between the filing date of the prior application and the national or PCT filing date of this application:

| CATION SERIAL NO. | FILING DATE | STATUS | | |
|---|---|---|---|---|
| | | PATENTED | PENDING | ABANDONED |
| 08/917,761 | August 27, 1997 | | X | |

OF ATTORNEY: As a named inventor, I hereby appoint S. Leslie Misrock (Reg. No. 18872), Harry C. Jones, III (Reg. No. 20280), (Reg. No. 20060), Gerald J. Flintoft (Reg. No. 20823), David Weild, III (Reg. No. 21094), Jonathan A. Marshall (Reg. No. D. Rein (Reg. No. 22411), Stanton T. Lawrence, III (Reg. No. 25736), Isaac Jarkovsky (Reg. No. 22713), Joseph V. Colaianni 0019), Charles E. McKenney (Reg. No. 22795), Philip T. Shannon (Reg. No. 24278), Francis E. Morris (Reg. No. 24615), Charles (Reg. No. 24576), Gidon D. Stern (Reg. No. 27469), John J. Lauter, Jr. (Reg. No. 27814), Brian M. Poissant (Reg. No. 28462), Oggio (Reg. No. 27624), Rory J. Radding (Reg. No. 28749), Stephen J. Harbulak (Reg. No. 29166), Donald J. Goodell (Reg. No. N. Palik (Reg. No. 25510), Thomas E. Friebel (Reg. No. 29258), Laura A. Coruzzi (Reg. No. 30742), Jennifer Gordon (Reg. Jon R. Stark (Reg. No. 30111), Allan A. Fanucci (Reg. No. 30256), Geraldine F. Baldwin (Reg. No. 31232), Victor N. Balancia 31231), Samuel B. Abrams (Reg. No. 30605), Steven I. Wallach (Reg. No. 35402), Marcia H. Sundeen (Reg. No. 30893), Paul (Reg. No. 33821), Edmond R. Bannon (Reg. No. 32110), Bruce J. Barker (Reg. No. 33291), Adriane M. Antler (Reg. No. 32605), Rowan (Reg. No. 34419), Ann L. Gisolfi (Reg. No. 31956), Mark A. Farley (Reg. No. 33170), and James G. Markey (Reg. No. of Pennie & Edmonds LLP, whose addresses are 1155 Avenue of the Americas, New York, New York 10036, 1667 K Street N.W., DC 20006 and 3300 Hillview Avenue, Palo Alto, CA 94304, and each of them, my attorneys, to prosecute this application, and all business in the Patent and Trademark Office connected therewith.

DTC000312

D 067015

PENNIE & EDMONDS LLP DOCKET NO. 2269-007

| CORRESPONDENCE TO: | PENNIE & EDMONDS LLP<br>1667 K STREET, N.W.<br>WASHINGTON, D.C. 20006 | DIRECT TELEPHONE CALLS TO:<br>PENNIE & EDMONDS LLP DOCKETING<br>(202) 496-4400 |

| | LAST NAME | FIRST NAME | MIDDLE NAME | |
|---|---|---|---|---|
| NAME OF INVENTOR | BALLARD | Claudio | R. | |
| RESIDENCE & CITIZENSHIP | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP | |
| | Lloyd Harbor | New York | United States | |
| POST OFFICE ADDRESS | STREET | CITY | STATE OR COUNTRY | ZIP CODE |
| | 16 West Neck Court | Lloyd Harbor | New York | 11743 |
| NAME OF INVENTOR | LAST NAME | FIRST NAME | MIDDLE NAME | |
| RESIDENCE & CITIZENSHIP | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP | |
| POST OFFICE ADDRESS | STREET | CITY | STATE OR COUNTRY | ZIP CODE |
| NAME OF INVENTOR | LAST NAME | FIRST NAME | MIDDLE NAME | |
| RESIDENCE & CITIZENSHIP | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP | |
| POST OFFICE ADDRESS | STREET | CITY | STATE OR COUNTRY | ZIP CODE |
| NAME OF INVENTOR | LAST NAME | FIRST NAME | MIDDLE NAME | |
| RESIDENCE & CITIZENSHIP | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP | |
| POST OFFICE ADDRESS | STREET | CITY | STATE OR COUNTRY | ZIP CODE |
| NAME OF INVENTOR | LAST NAME | FIRST NAME | MIDDLE NAME | |
| RESIDENCE & CITIZENSHIP | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP | |
| POST OFFICE ADDRESS | STREET | CITY | STATE OR COUNTRY | ZIP CODE |
| NAME OF INVENTOR | LAST NAME | FIRST NAME | MIDDLE NAME | |
| RESIDENCE & CITIZENSHIP | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP | |
| POST OFFICE ADDRESS | STREET | CITY | STATE OR COUNTRY | ZIP CODE |

... that all statements made herein of my own knowledge are true and that all statements made on information and belief are ... and further that these statements were made with the knowledge that willful false statements and the like so made are ... or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements ... validity of the application or any patent issuing thereon.

| SIGNATURE OF INVENTOR CLAUDIO R. BALLARD<br>*Claudio R Ballard* | SIGNATURE OF INVENTOR 202 | SIGNATURE OF INVENTOR 203 |
|---|---|---|
| DATE<br>*18, 1998* | DATE | DATE |
| INVENTOR 204 | SIGNATURE OF INVENTOR 205 | SIGNATURE OF INVENTOR 206 |
| | DATE | DATE |

DTC000313

D 067016



FIG. 1

DTC000314

D 067017



FIG. 2

DTC000315

D 067018



**FIG. 3A**

DTC000316

D 067019



XEROX DATAGLYPH

OFFICE DEPOT
2110 BROAD HOLLOW ROAD
FARMINGDALE, NY 11735
516-844-0444

2.16D    9464    3305    0373 001

SALE                06/18/97        16:42

75608700053 BUSINESS PLAN PRO    89.99
       MFG. LIST    $95.00
                SUBTOTAL            89.99
TX 8.225% SALES TAX                7.42
                TOTAL              97.41

ACCOUNT NUMBER    9999888877776666
EXPIRATION DATE                   01/98
VISA                               97.41
CHANGE                              0.00

THANK YOU FOR SHOPPING AND SAVING AT
OFFICE DEPOT

— 372
— 370
— 374
— 376
— 378
— 380
— 382
— 384
— 386
— 388

FIG. 3B

DTC000317

D 067020



FIG. 4

DTC000318

D 067021



FIG. 5

DTC000319

D 067022



FIG. 6

DTC000320

D 067023



FIG. 7

DTC000321

D 067024



FIG. 8

DTC000322

D 067025



FIG. 9

DTC000323

D 067026



*FIG. 10*

DTC000324

D 067027

**6032137**



FIG. 1

DTC000325

D 067028



**FIG. 2**

DTC000326

D 067029



FIG. 3A

DTC000327

D 067030

O.G. FIG.



XEROX DATAGLYPH

OFFICE DEPOT
2110 BROAD HOLLOW ROAD
FARMINGDALE, NY 11735
516-844-0444

2.16D    9464    3305    0373 001    — 370

SALE    06/18/97    16:42    — 374

75608700053 BUSINESS PLAN PRO    89.99    — 376
MFG. LIST    $95.00
SUBTOTAL    89.99    — 378
TX 8.225% SALES TAX    7.42    — 380
TOTAL    97.41    — 382

ACCOUNT NUMBER    9999888877776666    — 384
EXPIRATION DATE    01/98    — 386
VISA    97.41
CHANGE    0.00    — 388

THANK YOU FOR SHOPPING AND SAVING AT
OFFICE DEPOT

— 372

FIG. 3B

**FIG. 4**

DTC000329

D 067032



FIG. 5

DTC000330

D 067033

**FIG. 6**

DTC000331

D 067034



FIG. 7

DTC000332

D 067035

FIG. 8

DTC000333

D 067036

O.G. FIG.



FIG. 9

DTC000334

D 067037



*FIG. 10*

DTC000335

D 067038

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:

C. BALLARD

Application No.:   09/081,0??    Group Art Unit:   3642

Filed:  May 19, 1998    Examiner:

For: REMOTE IMAGE CAPTURE WITH    Attorney Docket No.:
CENTRALIZED PROCESSING AND    2269-007
STORAGE

## INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Pursuant to applicants' duty of disclosure under
37 C.F.R. 1.56, enclosed is Form PTO-1449 which lists 22
references which were cited in the parent Application No.
08/917,761, filed August 27, 1997.  Copies of the references
listed on Form PTO-1449 are not enclosed as they should be
available in the file of 08/917,761.  Should the Examiner not
be able to locate copies of the references, applicant will
supply them upon request.

No fee is believed to be due for the submission of these
references.  Should any fees be required, however, please
charge such fees to Pennie & Edmonds LLP Deposit Account No.
16-1150.

Respectfully submitted,

_____6/24/98_____    _Allan A. Fanucci_
Date    Allan A. Fanucci, Reg. No. 30,256

**PENNIE & EDMONDS** LLP
1667 K Street, N.W.
Washington, D.C. 20006

(202) 496-4400

PEDC-126350.1

DTC000336

D 067039



# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:

Claudio R. BALLARD

Application No.: 09/081,012          Group Art Unit: ~~3642~~ 2766

Filed:  May 19, 1998                 Examiner:

For: REMOTE IMAGE CAPTURE WITH        Attorney Docket No.:
     CENTRALIZED PROCESSING AND            2269-007
     STORAGE


## INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

    Pursuant to applicant's duty of disclosure under 37 C.F.R. 1.56, enclosed are copies of 50 references for the Examiner's review and consideration.  The references are listed on the enclosed Form PTO-1449.  It is respectfully requested that the references be made of record in this application by the Examiner's completion and return of Form PTO-1449.

    No fee or certification is believed to be due for this submission since the references are being submitted prior to a first Office Action being issued in the case.  Should any fees be required, however, please charge such fees to Pennie & Edmonds LLP Deposit Account No. 16-1150.


Respectfully submitted,

9/3/98
_____          _____
Date                             Allan A. Fanucci, Reg. No. 30,256

                                 **PENNIE & EDMONDS** LLP
                                 1667 K Street, N.W.
                                 Washington, D.C. 20006

                                 (202) 496-4400


PEDC-132351.1

DTC000337

D 067040

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ATTY. DOCKET NO. | | | 2269-007 | | | APPLICATION NO. 09/081,012 | |

**LIST OF REFERENCES CITED BY APPLICANT**

*(Use several sheets if necessary)*

APPLICANT
Claudio R. BALLARD

FILING DATE
May 19, 1998

GROUP
~~3642~~ 2766

PartofPaper #3

OIPE JC17
3 1998
TRADEMARK OFFICE

## U.S. PATENT DOCUMENTS

| | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| AA | 4,201,978 | 05/1980 | Nally | 340 | 146.3 | |
| AB | 4,264,808 | 04/1981 | Owens et al. | 235 | 379 | |
| AC | 4,326,258 | 04/1982 | de la Guardia | 364 | 515 | |
| AD | 4,417,136 | 11/1983 | Rushby et al. | 235 | 379 | |
| AE | 4,457,015 | 06/1984 | Nally et al. | 382 | 45 | |
| AF | 4,523,330 | 06/1985 | Cain | 382 | 7 | |
| AG | 4,555,617 | 11/1985 | Brooks et al. | 235 | 379 | |
| AH | 4,680,803 | 07/1987 | Dilella | 382 | 9 | |
| AI | 4,747,058 | 05/1988 | Ho | 364 | 478 | |
| ~~AJ~~ | ~~4,750,201~~ | ~~06/1988~~ | ~~Hodgson et al.~~ *Duplicate* | ~~399~~ | ~~144~~ | |
| ~~AK~~ | ~~4,843,220~~ | ~~06/1989~~ | ~~Haun~~ *Duplicate* | ~~235~~ | ~~380~~ | |
| AL | 4,888,812 | 12/1989 | Dinan et al. | 382 | 7 | |
| ~~AM~~ | ~~4,926,325~~ | ~~05/1990~~ | ~~Benton et al.~~ *Duplicate* | ~~364~~ | ~~408~~ | |
| ~~AN~~ | ~~4,960,981~~ | ~~10/1990~~ | ~~Benton et al.~~ *Duplicate* | ~~235~~ | ~~379~~ | |
| AO | 5,091,968 | 02/1992 | Higgins et al. | 382 | 30 | |
| ~~AP~~ | ~~5,122,950~~ | ~~06/1992~~ | ~~Benton et al.~~ *Duplicate* | ~~364~~ | ~~408~~ | |
| ~~AQ~~ | ~~5,144,115~~ | ~~09/1992~~ | ~~Yoshida~~ *Duplicate* | ~~235~~ | ~~379~~ | |
| AR | 5,159,548 | 10/1992 | Caslavka | 364 | 408 | |
| ~~AS~~ | ~~5,175,694~~ | ~~12/1992~~ | ~~McClure~~ *Duplicate* | ~~235~~ | ~~380~~ | |
| AT | 5,175,682 | 12/1992 | Higashiyama et al. | 364 | 408 | |
| AU | 5,187,750 | 02/1993 | Behera | 382 | 7 | |
| AV | 5,204,811 | 04/1993 | Bednar et al. | 364 | 406 | |
| ~~AW~~ | ~~5,220,501~~ | ~~06/1993~~ | ~~Lawlor et al.~~ *Duplicate* | ~~364~~ | ~~408~~ | |
| AX | 5,237,158 | 08/1993 | Kern et al. | 235 | 379 | |
| AY | 5,274,567 | 12/1993 | Kallin et al. | 364 | 478 | |
| ~~AZ~~ | ~~5,283,829~~ | ~~02/1994~~ | ~~Anderson~~ *Duplicate* | ~~380~~ | ~~24~~ | |

PEDC-132391.1

DTC000338

D 067041

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BA | 5,321,238 | 06/1994 | Kamata et al. | | 235 | 379 | |
| BB | 5,321,751 | 06/1994 | Ray et al. | Duplicate | 380 | 23 | |
| BC | 5,345,090 | 09/1994 | Hludzinski | | 250 | 566 | |
| BD | 5,434,928 | 07/1995 | Wagner et al. | Duplicate | 382 | 187 | |
| BE | 5,436,970 | 07/1995 | Ray et al. | Duplicate | 380 | 23 | |
| BF | 5,444,794 | 08/1995 | Uhland, Sr. | | 382 | 137 | |
| BG | 5,457,747 | 10/1995 | Drexler et al. | Duplicate | 380 | 24 | → |
| BH | 5,479,510 | 12/1995 | Olsen et al. | Duplicate | 380 | 24 | |
| BI | 5,506,691 | 04/1996 | Bednar et al. | | 358 | 402 | |
| BJ | 5,544,043 | 08/1996 | Miki et al. | | 364 | 406 | |
| BK | 5,590,038 | 12/1996 | Pitroda | Duplicate | 395 | 241 | |
| BL | 5,602,933 | 02/1997 | Blackwell et al. | | 382 | 116 | |
| BM | 5,602,936 | 02/1997 | Green et al. | Duplicate | 382 | 140 | |
| BN | 5,604,640 | 02/1997 | Zipf et al. | Duplicate | 359 | 803 | |
| BO | 5,613,001 | 03/1997 | Bakhoum | Duplicate | 380 | 4 | |
| BP | 5,647,017 | 07/1997 | Smithies et al. | Duplicate | 382 | 115 | |
| BQ | 5,657,388 | 08/1997 | Houvener | Duplicate | 380 | 23 | → |
| BR | 5,657,396 | 08/1997 | Rudolph et al. | Duplicate | 382 | 190 | → |
| BS | 5,673,333 | 09/1997 | Johnston | | 382 | 137 | |
| BT | 5,751,842 | 05/1998 | Riach et al. | | 382 | 137 | |
| BU | 5,754,673 | 05/1998 | Brooks et al. | | 382 | 112 | |
| BV | 5,781,654 | 07/1998 | Carney | | 382 | 137 | |
| BW | 5,784,503 | 07/1998 | Bleecker, III et al. | | 382 | 306 | |
| BX | 5,787,403 | 07/1998 | Randle | | 705 | 43 | |

S. Cangialosi

DATE CONSIDERED
6/99

*Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

FEDC-132391.1

DTC000339

D 067042