Webster's Third New International Dictionary

UNABRIDGED



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
   unabridged: a Merriam-Webster/editor in chief, Philip Babcock
   Gove and the Merriam-Webster editorial staff.
      p.      cm.
   ISBN 0-87779-201-1

   1. English language—Dictionaries.   I. Gove, Philip Babcock,
1902–1972.   II. Merriam-Webster, Inc.
PE1625.W36 1993
423–dc20                                                        93-10630
                                                                    CIP

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

MADE IN THE UNITED STATES OF AMERICA

5051 QP/H00

**il·y·si·i·dae** \ˌiləˈsīəˌdē\ [NL, fr. *Ilysia*, genus of burrowing snakes (fr. Gk *ilys* mud + NL *-ia*) + *-idae;* akin to OSlav *ilŭ* mud] + *-idae*] syn of ANILIIDAE
**im-** — see IN
**im** *abbr* immature
**IM** *abbr* **1** imperial measure **2** inner marker **3** intramuscular
¹**im·age** \ˈimij, -mēj\ *n* -S [ME, fr. OF, short for *imagene*, fr. L *imagin-, imago;* akin to L *imitari* to imitate] **1** : a reproduction of a person or thing: as **a** : STATUE **b** (1) : DEVICE, EMBLEM (2) : a figure used as a talisman or amulet esp. in conjurations (as by sorcerers in casting spells) **c** (1) : PICTURE, PORTRAIT (2) : a sculptured or fabricated object of symbolic value : IDOL; *specif* : a holy picture (as an ikon) **2** : a thing actually or seemingly reproducing another: as **a** (1) : the optical counterpart of an object produced by a lens, mirror, or other optical system and being the geometric figure made up of the foci corresponding to the points of the object — see REAL IMAGE, VIRTUAL IMAGE (2) : an analogous phenomenon in some field other than optics ⟨an acoustic ∼⟩ ⟨an electric ∼⟩ **b** : any likeness of an object produced on a photographic material **3** : exact likeness : SEMBLANCE **4 a** : a tangible or visible representation : INCARNATION ⟨a civil servant who is the ∼ of conscientiousness⟩ **b** *archaic* : an illusory appearance : APPARITION **5 a** (1) : a mental picture : IMPRESSION ⟨a soldier haunted by ∼s of battle⟩ ⟨∼s, as contrasted with sensations, are the responses during a narrative —Bertrand Russell⟩ (2) : a mental conception held in common by members of a group and being symbolic of a basic attitude and orientation toward something (as a person, class, racial type, political philosophy, or nationality) ⟨the Frenchman's ∼ of America⟩ **b** : the memory of a perception in psychology that is modified by subsequent experience and that contains both intellectual and emotional elements elicited by intrapsychic and extrapsychic stimuli; *also* : the representation of a stimulus object on a receptor mechanism **c** : IDEA, CONCEPT ⟨conflicting ∼s of good and evil⟩ **6** : a markedly vivid, effective, or graphic representation or description ⟨the set for the play being the ∼ of a New England village⟩ **7 a** : something concrete or abstract introduced (as in a poem or speech) to represent something else which it strikingly resembles or suggests (as the use of *sleep* for *death*) — compare EMBLEM, SYMBOL **b** : a figure of speech (as a metaphor or simile) : TROPE **8** : a person who is strikingly like another person in appearance, manner, or thought ⟨a son who is the ∼ of his father⟩
²**image** \"\, chiefly in pres part -mǝj\ *vt* -ED/-ING/-S **1** : to describe or portray in language esp. in an effective or vivid manner **2** : to call up a mental picture of : IMAGINE ⟨we no longer ∼ the native landscape in the terms beloved of Rossetti and Tennyson —Vincent Buckley⟩ **3 a** : REFLECT, MIRROR ⟨a face *imaged* in a mirror⟩ **b** : to make appear (as in desired form) : PROJECT ⟨film *imaged* on a screen⟩ **4 a** : to create a representation of : DEPICT, PORTRAY ⟨a national hero *imaged* in bronze on a village green⟩ **b** (1) : to create or produce a suggestion of : ADUMBRATE ⟨a symphony *imaging* the beauty of nature⟩ (2) : to represent symbolically : stand as a symbol of ⟨acres of headstones *imaging* the losses of war⟩
**image dissector** *n* : a camera tube resembling the iconoscope and having the electronic image focused electromagnetically through an aperture and voltages that are subsequently amplified and transmitted as television-picture signals being produced by electron multiplication
**im·age·less** \-ləs\ *adj* : characterized by absence of mental images ⟨an ∼ thought⟩
**image orthicon** *n* : a camera tube that is similar to the iconoscope or the orthicon and uses secondary emission and electron multiplication to produce the voltages that are subsequently amplified and transmitted as television-picture signals
**im·ag·er** \ˈimijə(r), -mēj-\ *n* -S : one that images : a vivid describer or portrayer
**im·ag·ery** \-j(ə)rē, -ri\ *n* -ES [ME *imagerie*, fr. MF, fr. *image* + *-erie* -ery] **1** : the product of image makers (as a statue, emblem, or idol) : IMAGES; *also* : the art of making images **2** *obs* : IMAGE WORSHIP **3** : ornate or heightened description or figures of speech; *specif* : the often peculiarly individual concrete or figurative diction used by a writer in those portions of his texts where he wishes to produce a particular effect (as a special emotional appeal or a train of intellectual associations) ⟨Shakespeare's ∼⟩ **4** : mental images; *esp* : the products of imagination ⟨psychotic ∼⟩
**images** *pl of* IMAGE, *pres 3d sing of* IMAGE
**image slicer** *n* : an attachment for a stellar spectrograph comprised of a system of very small mirrors that direct strips of light from various portions of the star-image disk so that they pass through the narrow slit of the spectrograph thereby increasing the intensity of the star's spectrum several times
**image space** *n* : a space in connection with an optical system each of whose points is an image of a corresponding point in the object space
**image tube** *n* : CAMERA TUBE
**image worship** *n* : the worship of images as the special residence of a divine spirit or supernatural power : IDOLATRY
**imag·in·able** \ˈəˈmaj(ə)nəbəl\ *adj* [ME, fr. LL *imaginabilis*, fr. L *imaginari* to imagine + *-abilis* -able — more at IMAGINE] : capable of being imagined : CONCEIVABLE ⟨the biggest lies ∼⟩ ⟨any ∼ situation⟩ — **imag·in·able·ness** \-nəs\ *n* -ES — **imag·in·ably** \-blē, -bli\ *adv*
**imag·i·nal** \ˈəˈmajənᵊl, in sense 4 -māgən- or -māgən- or -māgən- or -mājən- or -mājən-\ *adj* [*imagine* + *-al*] **1** : of or relating to imagination ⟨∼ objects⟩ **2** [LL *imaginalis*, fr. L *imagin-, imago* image + *-alis* -al — more at IMAGE] : of or relating to an image (the idea of weeping can be translated into its ∼ equivalent, as rain —K.D.Burke⟩ **3** [NL *imagin-, imago* + E *-al*] : relating to mental images **4** [NL *imagin-, imago* + E *-al*] : of or relating to the insect imago
**imaginal disk** *also* **imaginal bud** *n* : one of the clusters of undifferentiated cells in the larvae and pupae of some insects from which the wings, legs, and other organs of the adult are formed
**imaginal type** *n* : a tendency of an individual to have images arising predominantly from one or another sense (as from vision, hearing, or taste)
**imaginant** *n* -S [L *imaginant-, imaginans,* pres. part. of *imaginari* to imagine — more at IMAGINE] *obs* : IMAGINER
**imag·i·nar·i·ly** \ˈəˈmajəˌnerəlē, -li, ˌiˌ**¹**ˈ**¹¹¹**\ *adv* : in an imaginary manner
**imag·i·nar·i·ness** \ˈəˈ**¹¹**ˌnerēnəs, -rin-\ *n* -ES : the quality or state of being imaginary
¹**imag·i·nary** \ˈəˈmajəˌnerē, -ri\ *adj* [ME, fr. L *imaginarius*, fr. *imaginari* to imagine + *-arius* -ary] **1 a** : having no real existence : existing only in imagination or fancy : UNREAL, FANCIED, FICTITIOUS, HYPOTHETICAL ⟨to guard the cattle against their real and their ∼ foes, the wolves and the witches —J.G.Frazer⟩ **b** : formed, characterized, or ascribed outside the evidence of reality : shaped, endowed, or attributed imaginatively or arbitrarily ⟨the statue of John Harvard . . . is an ∼ likeness; no portrait of Harvard is known to exist —*Amer. Guide Series; Mass.*⟩ **2** *obs* : of the nature of or suggesting an image **3** *obs* : IMAGINATIVE **4** : containing or related to the imaginary unit
  syn FANCIFUL, VISIONARY, FANTASTIC, CHIMERICAL, QUIXOTIC: IMAGINARY stresses lack of reality; it indicates an existence, formation, or ascription by imagination, not fact ⟨those nervous persons who may be terrified by *imaginary* dangers are often courageous in the face of real danger —Havelock

heighten the notion of extravagant fancy far transcending the usual, ordinary, or real ⟨one of those eoan errors to which we are subject before the clear commonplace of daylight orders and moderates our tenebrous and *fantastical* imaginations —Rose Macaulay⟩ ⟨a *fantastic* world inhabited by monsters of iron and steel —Louis Bromfield⟩ ⟨two heroines may mangle each other in every impossible and *fantastic* way, beyond the bounds of the faintest degree of verisimilitude —H.O.Taylor⟩ CHIMERICAL suggests the wild, utterly unreal, and extravagantly imaginary characteristics of creations of classical mythology ⟨the defeat was more complete, more humiliating . . . the hopes of revival more *chimerical* —*Times Lit. Supp.*⟩ ⟨as *chimerical* as a specter —Bernard Smith⟩ QUIXOTIC describes completely unrealistic and impractical devotion to romantic or chivalric ideals ⟨was *quixotic*, and would not permit a secret service and spies —G.K.Chesterton⟩ ⟨among the last *quixotic* acts of his life was an attempt to set up a Greek academy for aspiring authors —Alfred Kreymborg⟩ ⟨be so *quixotic* as to stand upon principles at the risk of losing the business —R.M.Cunningham⟩
²**imaginary** \"\ *n* -ES **1** *obs* : a figment of imagination **2** : a complex number (as *2*+*3i*) whose imaginary part is not zero
**imaginary number** *n* : IMAGINARY 2
**imaginary part** *n* : the part of a complex number (as "3i" in *2*+*3i*) that has the imaginary unit as a factor
**imaginary unit** *n* : the positive square root of minus 1 : $+\sqrt{-1}$ — symbol *i*
**imag·i·na·tion** \ˈəˌmajəˈnāshən\ *n* -S [ME *imaginacioun*, fr. MF *imagination*, fr. L *imagination-, imaginatio*, fr. *imaginatus* (past part. of *imaginari* to imagine) + *-ion-, -io* -ion — more at IMAGINE] **1** : an act or process of forming a conscious idea or mental image of something never before wholly perceived in reality by the imaginer (as through a synthesis of remembered elements of previous sensory experiences or ideas as modified by unconscious mechanisms of defense); *also* : the ability or gift of forming such conscious ideas or mental images esp. for the purposes of artistic or intellectual creation ⟨our simple apprehension of corporeal objects, if present, is sense; if absent, is ∼ —Joseph Glanvill⟩ **2 a** : creative ability : GENIUS ⟨the great ∼s of literature⟩ **b** : ability to confront and deal with a problem : RESOURCEFULNESS ⟨the attempt shows suggestions of the ∼ that the situation demands⟩ **3** *obs* : a plotting or scheming esp. of evil : PLOT ⟨all their vengeance and all their ∼s against me —Lam 3:60 (AV)⟩ **4 a** : a mental image, conception, or notion formed by the action of imagination **b** : a product of the mind; *esp* : an idealized or poetic creation ⟨the gory ∼s of folk poetry⟩ **c** : fanciful or empty assumption ⟨idle ∼s⟩ **5** : popular or traditional belief : usual or accepted conception ⟨the Magna Charta . . . has operated in the meaning given it in ∼ rather than by its literal contents —John Dewey⟩
  syn FANCY, FANTASY, PHANTASY: IMAGINATION, freer of derogatory connotations than the other terms, is the most comprehensive, applying to the power of creating, in the mind or in an outward form as in a literary work, images of things once known but absent, of things never seen or never seen in their entirety, of things actually nonexistent, of things created new from diverse old elements, or of things perfected or idealized; it may carry the implication of mere tricky concoction, as of things unreal or odd, but is more frequently nearer the other extreme in suggesting the genuine artist's gift of perceiving more deeply or essentially and creating the interestingly and the significantly new and vital ⟨all youth lives much in reverie; thereby the stronger minds anticipate and rehearse themselves for life in a thousand *imaginations* —H.G.Wells⟩ ⟨*imagination* being little else than another name for illusion —Samuel Butler⟩ ⟨the *imagination* is able to manipulate nature as by creating three legs and five arms but it is not able to create a totally new nature —Wallace Stevens⟩ ⟨the production of vivid images, usually visual images . . . is the commonest and the least interesting thing which is referred to by *imagination* —I.A.Richards⟩ ⟨a product of fancy rather than *imagination* — if one accepts fancy as decorative and *imagination* as creative —Pamela L. Travers⟩ ⟨*imagination*, in his opinion, gets at relationships that are true at the deepest level of experience —F.A.Pottle⟩ ⟨*imagination* is something akin to what it was in Wordsworth, a means of deepest insight and sympathy —Roy Pascal⟩ ⟨it is only through *imagination* that men become aware of what the world might be —Bertrand Russell⟩ FANCY now usu. suggests the power to conceive and give expression to images of things removed from reality, usu. of things purely, sometimes frivolously though often delightfully, imaginary, often contrasting with IMAGINATION in suggesting a more superficial often factitious power of inventing the novel or unreal by recombining existing elements as opposed to the imagination's gift of grasping a deeper, more organic reality ⟨like all weak men of a vivid *fancy*, he was constantly framing dramas of which he was the towering lord —G.D.Brown⟩ ⟨the associative faculty performs, to a varying extent in individual cases, constantly shifting arrangements and rearrangements of the data of observation, thought, feeling . . . which Coleridge distinguishes from imagination by the word *fancy* —George Whalley⟩ ⟨in a creative artist the imagination functions . . . in three ways. It is partly mere *fancy*, which moves happily into make-believe —K.P.Kempton⟩ FANTASY or PHANTASY suggests the power of unrestrained, often extravagant or delusive, fancy, stressing the unreal more than *fancy;* PHANTASY is used more frequently than FANTASY in the technical sense of image-making power in general ⟨hard to say where the actuality ends and the *fantasy* begins in these sketches of life —B.C.L.Keelan⟩ ⟨fairy stories and *fantasy* are phenomenally popular —Lavinia R. Davis⟩ ⟨an appealing *fantasy*, though its appeal does not lie in what is fantastic about it. It lies in what is realistic and homely —*Time*⟩ ⟨a *fantasy* . . . may be distinguished from the representation of something that actually exists, but it is not opposed to "reality" and not an "escape" from reality. Thus, the idea of a rational society, or the image of a good house to be built, or the story of something that never happened, is a fantasy —Lionel Trilling⟩ ⟨this mechanical man or robot idea has been decidedly overdone in the writings of *fantasy* —C.C.Furnas⟩ ⟨a mixture . . . of comic *phantasy*, improbable adventure and rainbow colors —G.E.Fox⟩ ⟨a novelist is a person who has a highly developed gift of *phantasy* —Bernard De Voto⟩ ⟨its invention is based on the extinction of a wish *phantasy* belonging to the period of puberty —D.F.Tait⟩
**imag·i·na·tion·al** \-shənᵊl, -shnəl\ *adj* : of, relating to, involving, caused by, or suggestive of the imagination
**imag·i·na·tive** \ˈəˈmaj(ə)nəˌtiv, -jə, nāˌ, ǀtǀ, ǀēv *also* ǀəvǀ\ *adj* [ME, MF *imaginatif*, fr. *imagination* + *-if* -ive] **1** : of or relating to the imagination: as **a** : created, inspired, guided, or drawn from the imagination and not from known facts or sources ⟨an ∼ biography⟩ **b** : tending to provoke, excite, or enliven the imagination ⟨a few ∼ comments⟩ **c** (1) : able to handle new or difficult problems : RESOURCEFUL ⟨a young and ∼ general⟩ (2) : imbued with or showing an ability to draw conclusions, suggest hypotheses, make comparisons, or create systems ⟨an ∼ interpretation of a poem⟩ ⟨an ∼ critic⟩ ⟨∼ research⟩ (3) : full of freshness, originality, or vividness ⟨∼ patterns⟩ **d** : devoid of truth : FALSE ⟨the report of his death was wholly ∼⟩ **2** : of or relating to images; *esp* : showing a distinctive or fine command of artistic images ⟨∼ diction⟩
**imag·i·na·tive·ly** \ǀəvlē, -li\ *adv* : in an imaginative manner ⟨a play produced ∼⟩ ⟨an ∼ planned garden⟩

**imag·in·er** \ˈəˈmaj(ə)nə(r)\ *n* -S [ME, fr. *imagine*] : one that imagines
**imaging** *pres part of* IMAGE
**im·ag·ism** \ˈimiˌjizəm, -mē-, -mə-,-\ *n* : a movement in poetry (as in America and England between 1909 and 1918) advocating concrete language and figures of speech as the subject matter, freedom in the use of meter, and freedom from romantic or mystic themes — compare SYMBOLISM
¹**im·ag·ist** \-jəst\ *n* -S [¹*image* + *-ist*] : an exponent of the precepts of imagism
²**im·ag·ist** \"\ *or* **im·ag·is·tic** \ˌ**¹¹**ˈjistik\ *adj* : of or relating to imagism — **im·ag·is·ti·cal·ly** \-tik(ə)lē, -li\ *adv*
**ima·go** \ˈəˈmā(ˌ)gō, -mā(-, -mä(-\ *n, pl* **imagoes** \-ˌmāgəˌnēz; -mägəˌnēz, -mäg-, -ˌnās; -m\ [NL, fr. L, image — more at IMAGE] **1** : an insect in its sexually mature usu. winged state — compare LARVA, PUPA **2** : a conception of the parent that persists unconsciously, elaborated by infantile phantasy with the affect pertaining to the infantile idealized mental image of any person intimate
**imam** \ˈəˈmäm, ('')ē¦-, -mam\ *n* -S [Ar *imām*] **1** : the leader of a mosque **2** : the caliph who is the titular head of Islam **3** : one of the twelve leaders of the Shi'a appointed to guide respective earthly representatives descended from the pointed head of the Muslim community **4** : any authoritative Muslim scholar whose interpretation or is followed as an authority in law **5** : any of various sovereign princes from Muhammad and that exercise spiritual leadership over a Muslim region
**imam·ate** \-ˌāt\ *n* -S *often cap* **1** : the office **2** : the region or country ruled over by an imam ⟨Yemen⟩
**imami** \-ē\ *n* -S [Ar *imāmī*, fr. *imām*] *usu cap*
**iman·to·phyl·lum** \(ˌ)ī,mantəˈfiləm\ *n* -S [NL *himanto-* (fr. *himant-, himas* thong) + *-phyllum* -phyllum] : CLIVIA
**ima·ret** \ˈəˈmärət\ *n* -S [Turk, fr. Ar '*imārat*] : an inn or hospice in Turkey
**ima·ri ware** \ˈəˈmäˌrē-\ *n, usu cap I* [fr. *Imari*, the place where it is made] : a Hizen porcelain character of red, green, and blue with a design often of blossoms or hedges of brushwood growing on rocks
**im·bal·ance** \(ˈ)im+\ *n* [¹*in-* + *balance*] : lack of balance: as **a** (1) : loss of parallel relation between the lines of vision of the two eyes caused by faulty action of the eye muscles, often resulting in diplopia (2) : an abnormal equilibrium (as in a gland) **b** : lack of functioning elements of a nation's economy (as between international payments or between costs and disproportion between the number of rural population)
**imbarn** *vt* -ED/-ING/-S [²*in-* + *barn* (n.)] : to lodge or store in a barn : GARNER
**im·base** \ˌəm+\ *var of* EMBASE
**im·bat** \(ˈ)imˈbät\ *n* -S [Turk] : a cool wind on the Levant (as in Cyprus)
**im·ba·uba** \ˌimbəˈübə\ *also* **im·ba·u·ba** *also* **im·ba·ub** *ambaúba, imbaúba, umbaúba,* fr. Tup : TRUMPETWOOD
**im·be** \(ˈ)imˈbā\ *n* -S [Pg *imbé*, fr. Tup] : a climbing plant derived from the stems of an epiphytic *dendron imbe*) **2** : the plant that yields
¹**im·be·cile** \ˈimbəsəl *also* -(ˌ)sil *or* -ˌsīl\ *n, adj* [MF *imbecille*, fr. L *imbecillus* weak, ¹*in-* + *-becillus* (perh. fr. *bacillus, bacillum* at BACILLUS] **1** *archaic* : WEAK, FEEBLE, ⟨∼ *imbecillus*⟩ **a** : of, relating to, or characterizing **b** : markedly inane, idiotic, foolish, or a generalized term of contempt
²**imbecile** \"\ *n* -S [F *imbécile*, fr. imbecile] : a person marked by mental deficiency: as **a** : one of normal average intelligence and intellectual usu. above that of an idiot but below the moron feebleminded person who has a mental age of three to seven years and who requires supervision in the performance of routine activities (as feeding and clothing himself) **2** : a generalized term of contempt syn see FOOL
**im·be·cile·ly** \-əl(ˌ)lē, -il(ˌ)l, -ˌīl, -ˌēl, -ˌē-\ *adv* : in an imbecile manner
**im·be·cil·ic** \ˌimbəˈsilik, -ˈīlēk\ *adj* : suggestive of an imbecile ⟨an ∼ grin⟩ ⟨∼ conduct⟩
**im·be·cil·i·ty** \ˌimbəˈsiləd·ē, -ˌlätē, -i\ *n* [ME, fr. L *imbecillitat-, imbecillitas* weakness, fr. *imbecillus* + *-itat-, -itas* -ity] **1 a** : being weak **b** : INCAPACITY, INABILITY ⟨∼ of *imbecillité*, fr. L *imbecillitat-, imbecill-* state of being mentally weak — compare FEEBLEMINDEDNESS⟩ **3 a** : complete nonsense : utter foolishness ⟨live without food⟩; *also* : FUTILITY ⟨∼⟩ **b** : foolish or nonsensical action
**imbed** *var of* EMBED
**imbellious** *also* **imbellic** *adj* [L *imbellis*, fr. *bellum* war) + E *-ous* or *-ic* — more at BELLICOSE] : not warlike
**im·bibe** \ˌəmˈbīb\ *vb* -ED/-ING/-S [in sense **1**, ME *imbiben*, fr. MF *embiber*, fr. L *imbibere* to drink in, ²*in-* + *bibere* to drink; in other senses, direct fr. L] *vt* **1** *archaic* : to cause to absorb ⟨∼ cloth with dye; as POTABLE⟩ **2 a** : to receive into the mind and retain ⟨∼ moral principles⟩ **b** : to assimilate ⟨as if one were to take into solution **3 a** : to consume in drink ⟨habitually quantities of strong coffee⟩ **b** : to drink of or from ⟨can ∼ as much nourishment through the tips of his roots —F.J.Taylor⟩ ⟨a sponge *imbibing* water⟩ **1** : DRINK **2 2 a** : to take in or up liquid; assimilate moisture, gas, light, or heat by infiltration
**im·bib·er** \-ˈībə(r)\ *n* -S : one that imbibes
**im·bi·bi·tion** \ˌimbəˈbishən, -m,bīˈbi-\ *n* -S [ME *imbybycyon*, fr. MF *imbibition*, fr. L *imbibition-, imbibitio*, fr. *imbibere*) + MF *-ion:* in other senses *-ion*] **1** *obs* **a** : saturation with or solution of solid and liquid by such imbibition ⟨action of imbibing: as **a** : the taking in and holding in ⟨fluid by a colloidal system resulting in a ∼⟩ **b** : possible explanation of certain biological retention of water by desert plants⟩ SYNERESIS 2 **b** : IMBIBITION PROCESS
**im·bi·bi·tion·al** \ˌ°°⟩bishənᵊl, -shnəl\ *adj* : of, relating to, or characterized by imbibition
**imbibition process** *n* : a process by which a print is produced by absorption of a dye from a relief image or a differentially absorbent surface to a similar medium or in which a previously inked image is transferred by absorption from one surface to another
**im·bi·rus·sú** \ˌimbərəˈsü, -rüˈsü\ *n*, *pl* **imbirussú** *russú*, fr. Tupi *embirussú, imbirussú, iba + -ussú big*] : a timber tree of South America, possibly yielding brushwood, that is an undetermined species of the family Bombacaceae