Datatreasury Corporation v. Small Value Payments Company

Doc. 38 Att. 11

Case 2:04-cv-00085-DF  Document 38  Filed 02/01/2006  Page 1 of 3

# IBM

# Dictionary of Computing

▼ The most comprehensive computing dictionary ever published

▼ More than 18,000 entries

Dockets.Justia.com

**Limitation of Liability**

While the Editor and Publisher of this book have made reasonable efforts to ensure the accuracy and timeliness of the information contained herein, neither the Editor nor the Publisher shall have any liability with respect to loss or damage caused or alleged to be caused by reliance on any information contained herein.

Copyright © 1994 by International Business Machines Corporation. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permisssion of the publisher.

1 2 3 4 5 6 7 8 9 0   DOC/DOC   9 9 8 7 6 5 4 3

ISBN 0-07-031488-8 (HC)
ISBN 0-07-031489-6 (PBK)

*The sponsoring editor for this book was Daniel A. Gonneau and the production supervisor was Thomas G. Kowalczyk.*

*Printed and bound by R. R. Donnelley & Sons Company.*

**Tenth Edition (August 1993)**

This is a major revision of the *IBM Dictionary of Computing*, SC20-1699-8, which is made obsolete by this edition. Changes are made periodically to the information provided herein.

It is possible that this material may contain reference to, or information about, IBM products (machines and programs), programming, or services that are not announced in your country. Such references or information must not be construed to mean that IBM intends to announce such IBM products, programming, or services in your country. Comments may be addressed to IBM Corporation, Department E37/656, P. O. Box 12195, Research Triangle Park, NC 27709.

**International Edition**

Copyright © 1994 by International Business Machines Corporation. Exclusive rights by McGraw-Hill, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

When ordering this title, use ISBN 0-07-113383-6.

This book is printed on acid-free paper.

| | |
|---|---|
| extended | |
| operating | |
| e used for | |
| that sorts | |
| ogramming | |
| ic data. | |
| on a tele- | |
| to represent | |
| ation at the | |
| idle char- | |
| network that | |
| tion due to | |
| m, the time | |
| In the idle | |
| utomatically | |
| luring which | |
| (2) Con- | |
| ission. | |
| ronics Engi- | |
| for IF-AND- | |
| ent that per- | |
| alence. (T) | |
| ment. | |
| for equiv- | |

**IF expression** An expression in a procedure used to test for a condition. The action performed by the procedure depends on the result of the test.

**I-field bytes** Data within the information field of a transmit or receive sequenced data frame.

**I format** Information format.

**IFP** IMS/VS Fast Path.

**I frame** Information frame.

**IF statement** (1) A conditional statement that specifies a condition to be tested and the action to be taken if the condition is satisfied. (T)   (2) A statement used for conditional statement execution. IF is always followed by a THEN clause and optionally, an ELSE clause.   (3) In C language, a conditional statement that contains the keyword IF, followed by an expression in parentheses (the condition), a statement (the action), and an optional else clause (the alternative action).

**IF-THEN element** Synonym for IF-THEN gate.

**IF-THEN gate** A logic element that performs the Boolean operation of implication. (T)   Synonymous with IF-THEN element.

**IF-THEN operation** Synonym for implication.

**if-then rule** A formulated rule which specifies a logical relationship among a set of facts and which consists of an "if" part representing the premise or condition and a "then" part representing the goal or action to be taken when the "if" part is true. (T)

**if-then statement** Synonym for if-then rule. (T)

**IGC** See ideographic.

**IGES (Initial Graphics Exchange Specification)** An industry-standard graphic file format for computer-assisted design (CAD) programming, defined by the American National Standards Institute (ANSI).

**ignore character** (1) Synonym for cancel character. (2) See block ignore character.

**IGS** Interchange group separator.

**ILBT** Interrupt level branch table.

**ilist** In an AIX Base Operating System file system, blocks 2 through n, containing structures (i-nodes) that relate a file to the data blocks or disk. The size of the ilist depends on the size of the mounted file system. See also i-node, superblock.

**illegal character** (1) A character or combination of bits that is not valid according to some criteria; for example, with respect to a specified alphabet, a character that is not a member. (A)   (2) Contrast with forbidden combination.

**ILU** Initiating logical unit.

**image** (1) An electronic representation of a picture produced by means of sensing light, sound, electron radiation, or other emanations coming from the picture or reflected by the picture. An image can also be generated directly by software without reference to an existing picture. See also page image.   (2) An electronic representation of an original document recorded by a scanning device.   (3) In a document copying machine, a faithful likeness of the subject matter of the original. (T)   (4) In multimedia applications, a still picture or one frame.   (5) In the IBM ImagePlus system, a single page of information; the result of scanning, or digitizing, a single sheet of paper.

**image area** (1) In micrographics, the part of the film frame reserved for an image. (A)   (2) In computer graphics, synonym for display space.

**image block** A structure that contains the raster pattern and instructions for placing the pattern on a page.

**image cache** In the AIXwindows program, a means of associating an image with a name. Once this association is in place, the appropriate AIXwindows subroutines can generate pixmaps through references to an .Xdefaults file, by name, and through an argument list, by pixmap.

**image cell** A portion of an image that can be replicated to fill a defined area.

**image content** Image data and its associated image data parameters.

**image copy** (1) An exact reproduction of all or part of an image.   (2) In the DB2 program, the exact reproduction of all or part of a table space. DB2 provides utilities to make full image copies or incremental image copies.

**image data** (1) Digital data derived from electrical signals that represent a visual image. See binary image data, gray-scale image data, thresholding.   (2) In the ImagePlus program, rectangular arrays of raster information that define an image.

**image dissector** In optical character recognition, a mechanical or electronic transducer that sequentially detects the level of light intensity in different areas of a completely illuminated sample space. (A)