UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

------------------------------ x
DATATREASURY CORP.           :
                              :
            Plaintiff,        :   No. 2-04CV-85
                              :
      v.                      :
                              :
SMALL VALUE PAYMENTS COMPANY  :
                              :
            Defendant.        :
                              :
------------------------------ x

## AGREED MOTION TO EXTEND DEADLINES AND EXCEED PAGE LIMIT

Comes now Datatreasury Corporation, Plaintiff, and Small Value Payments Company ("SVPCo"), Defendant, and file this their Agreed Motion to Extend Deadlines and Exceed Page Limit and would show the Court as follows:

I.

First, Plaintiff and Defendant move for an extension of time to respond to the following actions. Lead counsel for the parties have conferred and agree to the following extensions of time, as set forth below.

| | CURRENT DATE | AGREED DATE |
|---|---|---|
| Plaintiff's Response to Defendant's Motion to Stay | February 13, 2006 | February 27, 2006 |
| Defendant's Responsive Claim Construction Brief | February 14, 2006 | February 28, 2006 |
| Plaintiff's Reply Brief on Claim Construction | February 21, 2006 | March 14, 2006 |

II.

The extensions of deadlines are sought not for the purpose of delay, but so that justice may be served.

Second, the parties have agreed that, in light of the number of claim terms and elements defendant SVPCo seeks to present to this Court, SVPCo's Responsive Claim Construction brief may exceed the page limit so that SVPCo has an adequate opportunity to present its position to this Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant pray that this Court grant their Agreed Motion to Extend Deadlines and Exceed Page Limit as noted in this Motion.

Respectfully submitted,

EDWARD L. HOHN, Attorney in Charge
State Bar No. 09813240
**D. NEIL SMITH**
State Bar No. 00797450
**NIX PATTERSON & ROACH, L.L.P.**
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.4415 (facsimile)
edhohn@nixlawfirm.com
dnsmith@nixlawfirm.com

**C. CARY PATTERSON**
State Bar No. 15587000
**BRADY PADDOCK**
State Bar No. 00791394
**ANTHONY BRUSTER**
State Bar No. 24036280
**R. BENJAMIN KING**
State Bar No. 24048592
**NIX PATTERSON & ROACH L.L.P.**
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
903.223.3999 (telephone)
903.223.8520 (facsimile)
akbruster@nixlawfirm.com
bpaddock@nixlawfirm.com

**JOE KENDALL**
State Bar No. 11260700
**KARL RUPP**
State Bar No. 24035243
**PROVOST * UMPHREY, L.L.P.**
3232 McKinney Avenue, Ste. 700
Dallas, Texas 75204
214.774.3000 (telephone)
214.744.3015 (facsimile)
jkendall@provostumphrey.com
krupp@provostumphrey.com

**ROD COOPER**
State Bar No. 90001628
**THE COOPER LAW FIRM**
545 E. John Carpenter Frwy., Ste. 1460
Irving, Texas 75062
972.831.1188 (telephone)
972.692.5445 (facsimile)
rcooper@cooperiplaw.com

**ERIC M. ALBRITTON**
State Bar ;No. 00790215
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
903.757.8449 (telephone)
903.758.7397 (facsimile)
ema@emafirm.com

**T. JOHN WARD, JR.**
State Bar No. 00794818
**LAW OFFICE OF T. JOHN WARD, JR.**
P.O. Box 1231
Longview, Texas 75601
903.757.6400 (telephone)
903.757.2323 (facsimile)
jw@jwfirm.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Preston W. McGee
Preston W. McGee
State Bar No. 13620600
Flowers Davis, P.L.L.C.
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701
(903) 534-8063
pmcgee@tyler.net

Of Counsel:
James H. Carter
James T. Williams
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Lawrence F. Scinto
Ronald A. Clayton
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, New York 10112-3801
(212) 218-2254

*Attorneys for Defendant and Counterclaimant Small Value Payments Company*

**CERTIFICATE OF CONFERENCE**

    I hereby certify that I have conferred with lead counsel for Defendant, who indicates that he is not opposed to the relief sought in this Motion.

_____
Edward L. Hohn

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Motion has been delivered to all counsel of record on this 14th day of February, 2006 in accordance with the Rules.

_____
Edward L. Hohn