UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

```
------------------------------ x
DATATREASURY CORP.             :
                               :
                Plaintiff,     :    No. 2-04CV-85
        v.                     :
                               :
SMALL VALUE PAYMENTS COMPANY   :
                               :
                Defendant.     :
------------------------------ x
```

### ORDER ON MOTION TO EXTEND DEADLINES AND EXCEED PAGE LIMIT

On this date, came on to be considered the Agreed Motion to Extend Deadlines and Exceed Page Limit filed by the parties herein. The Court, having considered same, finds that it should be GRANTED.

IT IS THEREFORE ORDERED that the following dates are extended as noted and Defendant's request to exceed page limit for responsive claim construction brief is granted.

|  |  |  |
|---|---|---|
| Plaintiff's Response to Defendant's Motion to Stay | February 13, 2006 | February 27, 2006 |
| Defendant's Responsive Claim Construction Brief | February 14, 2006 | February 28, 2006 |
| Plaintiff's Reply Brief on Claim Construction | February 21, 2006 | March 14, 2006 |

SIGNED THIS <u>  15  </u> day of February, 2006.

*[signature: David Folsom]*

───────────────────────────
U. S. Magistrate