Scanned

**Appendix K**

Revised: 12/3/03

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case No. 2:04cv85
   Style: *DataTreasury Corporation v. Small Value Payments Company*
2. Applicant is representing the following party: Small Value Payments Company
3. Applicant was admitted to practice in Virginia on October 30, 2000
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has not had an application for admission to practice before another court denied.
7. Applicant has not ever had the privilege to practice before another court suspended
8. Applicant has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses. (None.)
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
    U.S. Supreme Court; U.S. Court of Appeals for the Federal and Fourth Circuits; U.S. District Courts for the Eastern District of Virginia, Eastern District of Wisconsin and District of Columbia
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25.00 fee (see Local Rule AT-1(d)).
14. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Stephen E. Belisle, do solemnly swear that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date: December 23, 2005   Signature: _____

Name (please print): Stephen E. Belisle
State Bar Number: 45177
Firm Name: Fitzpatrick, Cella, Harper & Scinto
Address/P.O. Box: 1900 K Street, N.W.
City/State/Zip: Washington, D.C. 20006
Telephone No.: 202-530-1010
Fax No.: 202-530-1055
E-mail Address: sbelisle@fchs.com

Applicant is authorized to enter an appearance as counsel for the party listed above. This application has been approved for the court this ___ day of _____, 20___

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By: _____
Deputy Clerk

DC_MAIN 226122v1