Appendix K                                                              Revised: 12/3/03

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case No. 2:04-CV-8. Style: DataTreasury Corporation v. Small Value Payments Company.
2. Applicant is representing the following party: Small Value Payments Company
3. Applicant was admitted to practice in New York on November 9, 1981
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has not had an application for admission to practice before another court denied
7. Applicant has not ever had the privilege to practice before another court suspended.
8. Applicant has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses. (None)
10. There are no pending grievances or criminal matters pending against the applicant
11. Applicant has been admitted to practice in the following courts: State of Connecticut, U.S. Second Circuit Court of Appeals, U.S. Court of Appeals for the Federal Circuit, U.S. District Courts for the Southern and Eastern Districts of New York, Connecticut, Eastern District of Wisconsin.
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d))
14. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

   I, Ronald A. Clayton, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States

Date January 5, 2006           Signature _Ronald A. Clayton_

Name (please print): Ronald A. Clayton

State Bar Number: (New York) 1752344

Firm Name: Fitzpatrick, Cella, Harper & Scinto

Address/P.O Box: 30 Rockefeller Plaza

City/State/Zip: New York, New York 10112-3800

Telephone #: 212-218-2100

Fax #: 212-218-2200

E-mail Address: rclayton@fchs.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this ___ day of _____, 2006.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

NY_MAIN 544851v1