Appendix K                                                                    Revised: 12/3/03

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION
### APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # __2-04 CV-85__

   Style: __DATATREASURY CORP. v. SMALL VALUE PAYMENTS COMPANY (SVPCo)__

2. Applicant is representing the following party/ies: __Small Value Payments Company__

3. Applicant was admitted to practice in __NY__ (state) on __6/19/57__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant

11. Applicant has been admitted to practice in the following courts:
    __U.S. Supreme Court; Federal Circuit; S.D. Texas; N.D. Texas; SD & ED New York__

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Lawrence F. Scinto__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __1/5/06__         Signature _____

Name (please print) Lawrence F. Scinto
State Bar Number 1126671
Firm Name: Fitzpatrick, Cella, Harper & Scinto
Address/P.O. Box: 30 Rockefeller Plaza
City/State/Zip: New York, NY 10112
Telephone #: 212-218-2244
Fax #: 212-218-2200
E-mail Address: lscinto@fchs.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 19 day of _____, 2006

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk