IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORP. | § | |
| *PLAINTIFF* | § | |
| VS. | § | No.: 2-04-CV- 85 (DF/CC) |
| | § | JURY DEMAND |
| SMALL VALUE PAYMENTS CO. | § | |
| (SVPCo) | § | |
| *DEFENDANT* | | |

## UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS

COMES NOW Plaintiff herein, DataTreasury Corporation ("DataTreasury") and files this Unopposed Motion to Exceed Page Limitations, as to its Response to Defendant's Motion to Stay. The issues involved in this Motion require briefing beyond the typical limitation.

WHEREFORE, DataTreasury respectfully moves the Court to extend the page limitation for Plaintiff's Response to Defendant's Motion to Stay so as to permit adequate briefing of the issues involved.

Respectfully submitted,

EDWARD L. HOHN
Texas Bar No. 09813240
edhohn@nixlawfirm.com
D. NEIL SMITH
Texas Bar No. 00797450
dnsmith@nixlawfirm.com
**NIX, PATTERSON & ROACH, LLP**
205 Linda Drive
Daingerfield, Texas 75638
Telephone: 903.645.7333
Facsimile: 903.645.4415

C. CARY PATTERSON
Texas Bar No. 15587000
ANTHONY K. BRUSTER
Texas Bar No. 24036280
akbruster@nixlawfirm.com
BRADY PADDOCK
Texas Bar No. 00791394
bpaddock@nixlawfirm.com
R. BENJAMIN KING
Texas Bar No. 24048592
benking@nixlawfirm.com
**NIX, PATTERSON & ROACH, LLP**
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
Telephone: 903.223.3999
Facsimile:  903.223.8520

JOE KENDALL
Texas Bar No. 11260700
jkendall@provostumphrey.com
KARL RUPP
Texas Bar No. 24035243
krupp@provostumphrey.com
**PROVOST UMPHREY, LLP**
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
Telephone: 214.774.3000
Facsimile:   214.744.3015

ROD COOPER
Texas Bar No. 90001628
rcooper@cooperiplaw.com
**THE COOPER LAW FIRM**
545 E. John Carpenter Fwy., Suite 1460
Irving, Texas 75062
Telephone:  972.831.1188
Facsimile:   972.692.5445

ERIC M. ALBRITTON
Texas Bar No. 00790215
ema@emafirm.com
**ALBRITTON LAW FIRM**
P. O. Box 2649
Longview, Texas 75606
Telephone: 903.757.8449
Facsimile:   903.758.7397

T. JOHN WARD, JR.
Texas Bar No. 00794818
jw@jwfirm.com
LAW OFFICES OF T. JOHN WARD, JR. PC
P. O. Box 1231
Longview, Texas 75606
Telephone: 903.757.6400
Facsimile:   903.757-2323

**ATTORNEYS FOR PLAINTIFF
DATATREASURY CORPORATION**

**CERTIFICATE OF CONFERENCE**

I hereby certify that Plaintiff's counsel has conferred with Defendant's counsel regarding the above Motion to Exceed Page Limitations, and they indicated that they do not oppose the filing of such Motion.

_____
ANTHONY K. BRUSTER

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on the 23rd day of February, 2006.

| | |
|---|---|
| Preston McGee | pmcgee@tylernet.com |
| SULLIVAN & CROMWELL | |
| James Carter | carterj@sullcrom.com |
| James Williams | williamsj@sullcrom.com |
| Jane Jaang | jaangj@sullcrom.com |
| FITZPATRICK CELLA HARPER & SCINTO | |
| Ronald Clayton | rclayton@fchs.com |
| S. Belisle | sbelisle@fchs.com |
| Lawrence F. Scinto | lscinto@fchs.com |

_____
ANTHONY K. BRUSTER