IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORP. | § | |
|     *PLAINTIFF* | § | |
| VS. | § | No.: 2-04-CV- 85 (DF/CC) |
| | § | JURY DEMAND |
| SMALL VALUE PAYMENTS CO. | § | |
| (SVPCo) | § | |
|     *DEFENDANT* | | |

## ORDER

Came on to be considered by the Court the Unopposed Motion to Exceed Page Limitations filed on February 23, 2006 by Plaintiff DataTreasury Corporation. The Court, having considered the Unopposed Motion, hereby GRANTS the Motion.

**SO ORDERED.**

**SIGNED this 24th day of February, 2006.**

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE