IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION,<br>    *Plaintiff* | §<br>§<br>§ |
| v. | § NO. 2:04cv85-DF<br>§ |
| SMALL VALUE PAYMENTS<br>COMPANY,<br>    *Defendant*. | §<br>§<br>§<br>§ |

**ORDER**

**CAME ON** to be considered the Motion to Stay Litigation pending Completion of Reexamination, filed by Defendant Small Value Payments Company on January 27, 2006. The Court having duly considered same, together with all briefing submitted by the parties, hereby **DENIES** said motion. **SO ORDERED.**