# EXHIBIT "A"

Dockets.Justia.com

### *DataTreasury Wins Another Round*

**Electronic Payments Week, November 15, 2005**

DataTreasury Corp., which has been waging a courtroom war to enforce its patent on the ideas comprising much of the check-imaging business, won another round last week when France's Groupe Ingenico settled with DataTreasury on the day of trial and agreed to a licensing agreement.

The last-minute deal brings to six the number of such settlements: Previously, J.P. Morgan Chase & Co., Bank One, NetDeposit Inc., RDM Corp. and ACS Corp. surrendered to DataTreasury, whose chairman, Claudio Ballard, received a U.S. patent on the process in 1999 and 2000 (see Electronic Payments Week, July 12). Litigation is still pending with First Data Corp., Wells Fargo, Bank of America, and Citigroup.

Ballard claims he came up with the imaging and check exchange idea, filed with the U.S. Patent Office, and approached what was then Chase Manhattan Bank in 1998, hoping for a partnership. The parties met and swapped information, but never reached any agreement. Chase then got deep into Check 21-related activities.

Ballard claims his efforts to cut a deal with Chase got nowhere, and so filed suit in Texarkana federal court in 2002. Morgan then claimed Ballard met with them to steal its ideas. When Chase realized what Ballard was up to, it said, they cut him off, adding that it and most other big banks in the U.S. had been working on similar plans long before they met Ballard. But Chase's arguments cut no ice with the federal judge hearing the case, and now Ballard is on his way to being very rich.