# EXHIBIT "G"

Datatreasury Corporation v. Small Value Payments Company
Case 2:04-cv-00085-DF  Document 48  Filed 02/27/2006  Page 1 of 2

### *J.P. Morgan Chase Settles Patent Claims*

**The New York Times, July 7, 2005**

J. P. Morgan Chase & Company settled claims yesterday that its businesses infringed on two check-processing patents by the DataTreasury Corporation.

J. P. Morgan also agreed to license the technology, DataTreasury said in a statement. Terms were not disclosed.

The patents, issued in 1999 and 2000, describe the way equipment of DataTreasury captures, processes and stores images of checks and other documents.

The suit was one of several DataTreasury filed in federal court in Texas.

Founded in 1998 and based in Melville, N.Y., DataTreasury developed a system to help banks and other institutions store and manage information securely.

"J. P. Morgan Chase has shown respect for our patents, and a costly court battle has been resolved," Claudio Ballard, DataTreasury's chief executive, said in the statement.

Tom Kelly, a spokesman for J. P. Morgan, declined to comment.