# EXHIBIT "I"

### *DataTreasury Suits Staying Put*

### American Banker, October 24, 2005

The Melville, N.Y., item processing vendor DataTreasury Corp. signed a licensing agreement for its imaging technology and won minor victories in two of its patent infringement lawsuits against several major banking companies and vendors.

DataTreasury announced Thursday that it has signed a licensing agreement with Community Banking Systems Ltd. of Dallas.

The vendor, which has asserted that its patented technology is a critical component of check image exchange networks, also announced that efforts by Citigroup Inc. and Viewpointe Archive Services LLC to change the venue of suits against them have failed. The suits will be heard in the U.S. District Court for the Eastern District of Texas, where they were filed this summer.

E.L. Shockey, Community Banking Systems' chief executive, said in a DataTreasury press release that the agreement "facilitates the present and future technological growth of our company, while protecting customers from concerns regarding these patents."

DataTreasury has signed similar deals with several major banking companies, including JPMorgan Chase & Co. and Zions Bancorp.

A judge in the Northern District of Texas denied Viewpointe's motion to move its suit there, and the Charlotte check image archive provider declined to pursue the matter further, according to DataTreasury. Citi withdrew its motion to move its suit to the Southern District of New York after a New York judge endorsed a DataTreasury letter requesting that the case be heard where it was first filed.

DataTreasury said the defendants wanted to move the cases to venues they believed would be more favorable to them.

Jennifer Lucas, a Viewpointe spokeswoman, said the ruling was "a minor procedural matter." A spokesman for Citi did not return calls.