# EXHIBIT "K"

Dockets.Justia.com

Original Assignment for filing with USPTO.

## ASSIGNMENT
## OF UNITED STATES LETTERS PATENT

WMR E-PIN LLC TO DATATREASURY CORPORATION

WHEREAS, WMR E-PIN LLC, 2389 Bryden Road, Bexley, Ohio, 43209, an Ohio limited liability company, is the owner of the United States Letters Patent identified below ("Patents'):

| PATENT NUMBER | ISSUE DATE | TITLE OF PATENT |
| --- | --- | --- |
| 5,265,007 | November 23, 1993 | CENTRAL CHECK CLEARING SYSTEM |
| 5,583,759 | December 10, 1996 | MECHANISM FOR EXPEDITING THE DEPOSIT, TRANSPORT AND SUBMISSION OF CHECKS INTO THE PAYMENT SYSTEM |
| 5,717,868 | February 10, 1998 | ELECTRONIC PAYMENT INTERCHANGE CONCENTRATOR |
| 5,774,663 | June 30, 1998 | PERSONAL BANKER CUSTOMER MANAGEMENT SYSTEM PROVIDING INTERACTIVE VIDEO COMMUNICATION IN REAL TIME CONCERNING BANKING INFORMATION |
| 5,787,403 | July 28, 1998 | BANK-CENTRIC SERVICE PLATFORM, NETWORK AND SYSTEM |
| 5,899,982 | May 4, 1999 | BANK-CENTRIC SERVICE PLATFORM, NETWORK AND SYSTEM |
| 5,930,778 | July 27, 1999 | SYSTEM FOR EXPEDITING THE CLEARING OF FINANCIAL INSTRUMENTS AND COORDINATING THE SAME WITH INVOICE PROCESSING AT THE POINT OF RECEIPT |
| 5,974,146 | October 26, 1999 | REAL TIME BANK-CENTRIC UNIVERSAL PAYMENT SYSTEM |

Page 1 of 3 pages.

**Original Assignment for filing with USPTO.**

| | | |
|---|---|---|
| 6,182,052 | January 30, 2001 | COMMUNICATIONS NETWORK INTERFACE FOR USER FRIENDLY INTERACTIVE ACCESS TO ONLINE SERVICES |
| 6,341,272 | January 22, 2002 | BUSINESS SERVICE PLATFORM, NETWORK AND SYSTEM |
| 6,594,647 | July 15, 2003 | REAL TIME BANK-CENTRIC UNIVERSAL PAYMENT SYSTEM |

and

WHEREAS, DataTreasury Corporation, 101 East Park Boulevard, Suite 600, Plano, Texas 75074, a corporation of the State of Delaware, is desirous of acquiring the interest of WMR E-PIN LLC in and to the said Patents.

NOW, THEREFORE, for and in consideration of the sum of one dollar ($1.00), the receipt and sufficiency of which is hereby acknowledged, and other good and valuable consideration, by these presents, WMR E-PIN LLC does hereby sell, assign and transfer unto said DataTreasury Corporation, the entire right, title, and interest of WMR E-PIN LLC in and to the Patents including the right to recover for past infringements thereof.

Executed this __6__th day of February, 2006 at Columbus, Ohio.

WMR E-PIN LLC

By: _William M. Randle_ (signature)
William M. Randle
Managing Principal and Sole Owner

Original Assignment for filing with USPTO.

STATE OF OHIO         :
                      : ss:
COUNTY OF FRANKLIN    :

Before me personally appeared William M. Randle known to me to be Managing Principal and Sole Owner of WMR E-PIN LLC who acknowledged the foregoing instrument to be the free act and deed of WMR E-PIN LLC, this 6th day of February, 2006.

SEAL

*Barbara D Jackson*
Notary Public

BARBARA D. JACKSON
NOTARY PUBLIC
STATE OF OHIO
MY COMMISSION EXPIRES
12/27/08

Page 3 of 3 pages.